Netlist, Inc. v. Google Inc. Doc. 2

**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Phone: 310.765.7650
Fax: 310.765.7641

**LEE TRAN & LIANG APLC**
Enoch H. Liang (Bar No. 212324)
ehl@ltlcounsel.com
Steven R. Hansen (Bar No. 198401)
srh@ltlcounsel.com
Edward R. Quon (Bar No. 214197)
eq@ltlcounsel.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Phone: 213.612.3737
Fax: 213.612.3773

Attorneys for Plaintiff
Netlist, Inc.

E-filing

FILED
DEC - 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C09-05718 EMC<br><br>**NETLIST, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3-16** |

Dockets.Justia.com

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.
3
4  DATED: December 3, 2009      **PRUETZ LAW GROUP LLP**
5
6  By: _/s/ Adrian M. Pruetz_
7  Adrian M. Pruetz
   Attorneys for Plaintiff
8  Netlist, Inc.

-1-
Disclosure of Non-Party Interested Entities or Persons