Daniel M. Wall  
Direct Dial: (415) 395-8240  
dan.wall@lw.com

505 Montgomery Street, Suite 1900  
San Francisco, California 94111-2562  
Tel: (415) 391-0600  Fax: (415) 395-8095  
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| | Washington, D.C. |

May 18, 2004

**BY HAND DELIVERY**

The Hon. Vaughn R. Walker  
United States District Judge  
U.S. District Court, Northern District of California  
Courtroom 6, 17th Floor,  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re:    *United States v. Oracle Corporation*, Case No. C 04-00807 VRW

Dear Judge Walker:

Pursuant to Paragraph 10 of the Case Management Order, enclosed herewith is Defendant Oracle Corporation's list of witnesses it intends to call live at trial, the order in which they will be called, a brief description of the subjects to which they will testify, and the estimated time of direct examination.

Very truly yours,

Daniel M. Wall /JH  
Daniel M. Wall  
of LATHAM & WATKINS LLP

Enclosure

## ORACLE WITNESS LIST

| Order | Witness | Subject Matter | Est. Time (hrs.) |
|---|---|---|---|
| 1 | Tom Campbell<br>Haas School of Business | Expert economic testimony to be disclosed pursuant to Paragraph 11 of the CMO. | 2.5 |
| 2 | Charles Peters<br>Emerson Electric | Large enterprise options to procuring FMS and HRMS suites from SAP, Oracle and PeopleSoft; procurement dynamics. | 2.0 |
| 3 | Ken Harris<br>Retail.In.Genius | Professional experience (Gap, Nike, Pepsi); FMS and HRMS procurement dynamics; strategies for assuring competitive pricing. | 1.5 |
| 4 | Christy Bass<br>Accenture | Procurement dynamics; current market conditions, prospects; SAP strength, product offerings, and strategic initiatives; Accenture outsourcing efforts | 1.5 |
| 5 | Richard Knowles<br>SAP | FMS and HRMS market dynamics; SAP product offerings and strategic initiatives; FMS and HRMS competition and pricing. | 1.5 |
| 6 | Kevin Fitzgerald<br>Oracle | Federal, state and local government procurement dynamics; competition; recent procurements and results. | 1.0 |
| 7 | Donna Morea<br>AMS | FMS and HRMS market dynamics in the public sector verticals; AMS successes against Tier 1 vendors; AMS strategic direction. | 1.5 |
| 8 | Lisa Pope<br>Oracle | Commercial procurement dynamics; competition; use of mixed vendor applications solutions. | 1.5 |
| 9 | Bob Greene<br>Oracle | HRMS market; procurement dynamics; functional comparisons of HRMS products. | 1.0 |
| 10 | Keith Block<br>Oracle | Oracle pricing procedures and strategies; feasibility of price discrimination strategies proposed by plaintiffs. | 1.0 |
| 11 | Safra Catz<br>Oracle | Oracle pricing procedures and strategies; feasibility of price discrimination strategies proposed by plaintiffs; PeopleSoft overtures for a combination with Oracle; rationale for proposed acquisition; efficiencies expected from the transaction. | 1.0 |

| Order | Witness | Subject Matter | Est. Time (hrs.) |
|---|---|---|---|
| 12 | Debra Anderson Novell | Alternatives to ERP suites; procurement dynamics; strategies for assuring competitive pricing. | 1.0 |
| 13 | John Coughlan Lawson Software | Lawson product offerings, positioning, and customers; FMS and HRMS competition. | 1.0 |
| 14 | Michael Sternklar FESCo | Outsourcing as competition for FMS and HRMS suites; Fidelity product offerings and positioning | 1.0 |
| 15 | Brian Mearns Bank of America | Replacement of PeopleSoft EAS with Fidelity outsourcing solution and resulting cost savings; alternatives to ERP suites. | 1.0 |
| 16 | Jay Rising ADP | Outsourcing as competition for FMS and HRMS suites; ADP products offerings and positioning | 1.0 |
| 17 | Steve Mills IBM | IBM database, application, integration layer, and stack positioning and strategies. | 1.5 |
| 18 | Cindy Bates Microsoft | Microsoft's analysis of the EAS market and its dynamics. | 1.5 |
| 19 | David Schmaier Siebel Systems | EAS market dynamics; intensity of competition for large EAS implementations; susceptibility to competition from new models such as hosted solutions and software as service; effects of integration layer technologies. | 1.0 |
| 20 | Craig Conway PeopleSoft | FMS and HRMS competitive dynamics; PeopleSoft's competition in large enterprise deals; customer alternatives to ERP suites; prior proposal to combine Oracle and PeopleSoft applications businesses; sustainability of PeopleSoft's current business model; opposition to acquisition. | 6.0 |
| 21 | Jerry Hausman M.I.T. | Expert economic testimony to be disclosed pursuant to Paragraph 11 of the CMO. | 4.5 |
| 22 | Dale Kutnick Meta Group | Expert industry testimony to be disclosed pursuant to Paragraph 11 of the CMO. | 2.0 |
| 23 | Ron Wohl Oracle | Drivers of technological innovation; absence of technological barriers to expansion or repositioning; technologies facilitating mixed vendor applications solutions. | 2.0 |

| Order | Witness | Subject Matter | Est. Time (hrs.) |
|---|---|---|---|
| 24 | Larry Ellison Oracle | Purpose of the acquisition; relationship of acquisition to competition with IBM, Microsoft and others. | 1.0 |
| 25 | David Teece Haas School of Business | Expert economic testimony to be disclosed pursuant to Paragraph 11 of the CMO. | 2.5 |