**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                       General Court Number
Clerk                                                                           408.535.5364

June 28, 2005

TO COUNSEL OF RECORD:

CIVIL NUMBER:  **CV 03-03012 RMW**

CASE TITLE:   **In Re: Kenneth H. Prochon**

BANKRUPTCY NUMBER: **96-56324**

## NOTICE OF BRIEFING

The Record on Appeal in the above matter was entered in the docket of this Court on 5/31/2005.  Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on 7/26/2005.

The appellee shall serve and file a brief 20 days after service of appellant's brief.

The appellant may serve and file a reply brief 10 days after service of appellee's brief.

The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.

The Bankruptcy Status Conference date is hereby **VACATED**.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

RICHARD W. WIEKING, Clerk


by:   Diane Miyashiro
Case Systems Administrator


NDC Bkcy-1  Rev. 7/96

Dockets.Justia.com