**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                     General Court Number
Clerk                                                   415.522.2000

**December 16, 2009**

**CASE NUMBER: CV 09-05718 EMC**
**CASE TITLE: NETLIST, INC.-v-GOOGLE, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/16/09

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking, Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                        Entered in Computer 12/16/09 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                Transferor CSA