1  Howard G. Pollack (CA Bar No. 162897/pollack@fr.com)
   Shelley K. Mack (CA Bar No. 209596/mack@fr.com)
2  Robert J. Kent (CA Bar No. 250905/rjkent@fr.com)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, CA 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5
   Attorneys for Defendant
6  GOOGLE INC.

7  Adrian M. Pruetz (Bar No. 118215/ampruetz@pruetzlaw.com)
   Erica J. Pruetz (Bar No. 227712/ejpruetz@pruetzlaw.com)
8  PRUETZ LAW GROUP LLP
   200 N. Sepulveda Blvd., Suite 1525
9  El Segundo, CA 90245
   Telephone: (310) 765-7650
10 Facsimile: (310) 765-7641

11 Attorneys for Plaintiff
   NETLIST, INC.
12
   Enoch H. Liang (Bar No. 212324/ehl@ltlcounsel.com)
13 Steven R. Hansen (Bar No. 198401/srh@ltlcounsel.com)
   LEE TRAN & LIANG APLC
14 601 S. Figueroa St., Suite 4025
   Los Angeles, CA 90017
15 Telephone: (213) 612-3737
   Facsimile: (213) 612-3773
16
   Attorneys for Plaintiff
17 NETLIST, INC.

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                       (SAN FRANCISCO DIVISION)
21

22
   NETLIST, INC.,                    Case No. C 09-05718 (CRB)
23
                  Plaintiff,         **STIPULATED JOINT MOTION TO**
24                                   **EXTEND TIME FOR DEFENDANT TO**
         v.                          **RESPOND TO PLAINTIFF'S**
25                                   **COMPLAINT**
   GOOGLE INC.,
26
                  Defendant.
27

28

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE that Plaintiff Netlist, Inc. ("Netlist") and Defendant Google Inc.
3  ("Google") file this Stipulated Joint Motion to Extent Time for Defendant to Respond to the
4  Complaint.

5  The parties have a mutual interest in the orderly and efficient conduct of this litigation, and
6  they agree that this extension of time will assist the parties in formulating their pleadings and
7  responses in the present action.  Having thus met and conferred on the issue, the parties hereby
8  stipulate that Google's deadline to answer or otherwise respond to Netlist's complaint should be
9  extended until January 29, 2010, and also move the court to order that this deadline be extended to
10 January 29, 2010.

12 Dated:  December 23, 2009                         FISH & RICHARDSON P.C.

14                                                  By:  */s/ Shelley K. Mack*
15                                                       Shelley K. Mack

16                                                  Attorneys for Defendant
                                                    GOOGLE INC.

19 Dated:  December 23, 2009                         PRUETZ LAW GROUP LLP

21                                                  By:  */s/ Adrian Pruetz*
22                                                       Adrian Pruetz

23                                                  Attorneys for Plaintiff
                                                    NETLIST, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

Dated: December 23, 2009          FISH & RICHARDSON P.C.


By: */s/ Shelley K. Mack*
    Shelley K. Mack

Attorneys for Defendant
GOOGLE INC.

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Google's answer or other response to Netlist's complaint shall be due on January 29, 2010.

Dated this ___ of December, 2009.

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

StipJt  Mot for EOT to answer (50690100).doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 23, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

                                    */s/ Robert J. Kent*
                                    Robert J. Kent

StipJt  Mot for EOT to answer (50690100).doc