1  JOSEPH W. COTCHETT (SBN 36324)
   FRANK M. PITRE (SBN 100062)
2  ELIZABETH C. PRITZKER (SBN 146267)
   STEVEN N. WILLIAMS (SBN 175489)
3  **COTCHETT, PITRE, SIMON & McCARTHY**
   San Francisco Airport Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA
5  (650) 697-6000
   (650) 692-0577 (facsimile)

9  Attorneys for Defendant Consumers Union of United States, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARPER IMAGE CORPORATION, a Delaware Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**CONSUMERS UNION OF THE UNITED STATES, INC., a non-profit New York corporation,**<br><br>Defendant. | Case No. C-03-4094 MMC<br><br>**DECLARATION OF R. DAVID PITTLE IN SUPPORT OF CONSUMERS UNION'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16**<br><br>Date:  June 18, 2004<br>Time:  9:00 a.m.<br>Judge:  Hon. Maxine M. Chesney |

DECLARATION OF R. DAVID PITTLE IN SUPPORT OF
SPECIAL MOTION TO STRIKE COMPLAINT
 CASE NO. C-03-4094 (MMC)

I, R. David Pittle, Ph.D, declare as follows:

1.  I am Senior Vice-President for Technical Policy at Consumers Union of United States, Inc. ("Consumers Union"), a not-for-profit corporation whose mission is to promote the public interest by providing unbiased information on consumer goods and services. I am authorized to make this declaration on CU's behalf. The statements made herein are of my own first-hand knowledge, and if called upon to testify thereto I could and would do so competently. I make this declaration in support of Consumers Union's Special Motion to Strike Complaint Pursuant to Cal. Code Civ. Proc. § 425.16.

2.  As of the date that Consumers Union published the October, 2003 *Consumer Reports* article on air cleaners, other than Sharper Image, no manufacturer of air cleaning products had ever suggested to us that Clean Air Delivery Rate (CADR) was not an appropriate way of evaluating the air cleaning effectiveness of portable air cleaners.

Dated: June 3, 2004
Yonkers, New York

*R. David Pittle* (signature)

R. David Pittle

DECLARATION OF R. DAVID PITTLE IN SUPPORT OF
SPECIAL MOTION TO STRIKE COMPLAINT
CASE NO. C-03-4094 (MMC)

1