TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 09-cv-05718-SBA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

Timothy T. Scott, Geoffrey M. Ezgar, and Leo Spooner III of the law firm of King & Spalding LLP, hereby enter their appearance as counsel for Defendant Google Inc., in the above action, and request notice of all hearings and other proceedings in the action and service of all orders, pleadings and other papers.

Respectfully submitted this 22nd day of January 2010.

                          KING & SPALDING LLP

                          By: /s/ *Geoffrey M. Ezgar*
                                Geoffrey M. Ezgar

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of the **NOTICE OF APPEARANCE OF COUNSEL**, enclosed is a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

> Edward R. Quon
> Lee Tran & Liang
> 601 Figueroa Street
> Suite 4025
> Los Angeles, CA 90017

Dated: January 22, 2010

>                    /s/  *Geoffrey M. Ezgar*
>                    Geoffrey M. Ezgar