1  TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
2  GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)
   LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
3  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
4  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
5  Facsimile:  (650) 590-1900

6
   Attorneys for Defendant
7  GOOGLE INC.

8  Adrian M. Pruetz (Bar No. 118215/ampruetz@pruetzlaw.com)
   Erica J. Pruetz (Bar No. 227712/ejpruetz@pruetzlaw.com)
9  PRUETZ LAW GROUP LLP
   200 N. Sepulveda Blvd., Suite 1525
10 El Segundo, CA 90245
11 Telephone: (310) 765-7650
   Facsimile: (310) 765-7641
12
   Enoch H. Liang (Bar No. 212324/ehl@ltlcounsel.com)
13 Steven R. Hansen (Bar No. 198401/srh@ltlcounsel.com)
14 LEE TRAN & LIANG APLC
   601 S. Figueroa St., Suite 4025
15 Los Angeles, CA 90017
   Telephone: (213) 612-3737
16 Facsimile: (213) 612-3773

17 Attorneys for Plaintiff
18 NETLIST, INC.

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA**

21 **OAKLAND DIVISION**

22
   NETLIST, INC.,                           Case No. 09-cv-05718-SBA
23
              Plaintiff,                    **SECOND STIPULATION TO EXTEND**
24                                          **TIME FOR DEFENDANT TO RESPOND**
      v.                                    **TO PLAINTIFF'S COMPLAINT**
25
   GOOGLE INC.
26
              Defendant.
27

28

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT                       CIVIL ACTION NO. CV 09-05718

Dockets.Justia.com

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Netlist, Inc. ("Netlist") and Defendant Google Inc. ("Google") file this Second Stipulation to Extend Time for Defendant to Respond to the Complaint in this action.

The parties have a mutual interest in the orderly and efficient conduct of this litigation, and they agree that this second extension of time will assist the parties in formulating their pleadings and responses in the present action.  In particular, Google is in the process of substituting counsel in this action from Shelley K. Mack at the law firm of Fish & Richardson P.C. to the undersigned at the law firm of King & Spalding LLP.  Google is therefore requesting a short second extension of time to respond to Netlist's Complaint, and Netlist has agreed to the extension.

Having thus met and conferred on the issue, the parties hereby stipulate that Google's deadline to answer or otherwise respond to Netlist's complaint should be extended from January 29, 2010 to February 12, 2010.

DATED:  January 22, 2010                **KING & SPALDING LLP**

By:  /s/ *Geoffrey Ezgar*  __
     Geoffrey Ezgar  (SBN 184243)
     Attorneys for Defendant
     GOOGLE INC.

DATED:  January 22, 2010                **PRUETZ LAW GROUP LLP**

By:  /s/ *Adrian Pruetz*  ____
     Adrian Pruetz (Bar No. 118215)
     Attorneys for Plaintiff
     NETLIST, INC.

2

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

DATED:  January 22, 2010              **KING & SPALDING LLP**


By:  /s/ *Geoffrey Ezgar*  
     Geoffrey Ezgar  (SBN 184243)  
     Attorneys for Defendant  
     GOOGLE INC.

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of the **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**, enclosed is a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

Edward R. Quon
Lee Tran & Liang
601 Figueroa Street
Suite 4025
Los Angeles, CA 90017

Dated: January 22, 2010

/s/ *Geoffrey M. Ezgar*
Geoffrey M. Ezgar