TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile:  (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice pending*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
DANIEL C. MILLER (*pro hac vice pending*)
dmiller@kslaw.com
MARK H. FRANCIS (*pro hac vice pending*)
mfrancis@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br>             Plaintiff, <br><br>       v. <br><br> GOOGLE INC. <br><br>             Defendant. | Case No. 09-cv-05718-SBA <br><br> Honorable:   Judge Saundra B. Armstrong <br><br> **GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

**<u>GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Google Inc. declares that it is a publicly traded company.  It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

DATED:  February 12, 2010  **KING & SPALDING LLP**

By:  /s/ *Geoffrey Ezgar*
    Geoffrey Ezgar  (SBN 184243)
    Attorneys for Defendant
    GOOGLE INC.