TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice pending*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
DANIEL C. MILLER (*pro hac vice pending*)
dmiller@kslaw.com
MARK H. FRANCIS (*pro hac vice pending*)
mfrancis@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>         Defendant. | Case No. 09-cv-05718-SBA<br><br>Honorable:   Judge Saundra B. Armstrong<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO CIVIL L.R. 3-16** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,**

**PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, defendant Google Inc., through the undersigned, certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16.

DATED:  February 12, 2010                **KING & SPALDING LLP**


By:  /s/ *Geoffrey Ezgar*
     Geoffrey Ezgar (SBN 184243)
     Attorneys for Defendant
     GOOGLE INC.