Fee Paid

1  TIMOTHY T. SCOTT (SBN 126971)
   tscott@kslaw.com
2  GEOFFREY M. EZGAR (SBN 184243)
   gezgar@kslaw.com
3  LEO SPOONER III (SBN 241541)
   lspooner@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile:  (650) 590-1900

7  SCOTT T. WEINGAERTNER (*pro hac vice pending*)
   sweingaertner@kslaw.com
8  KING & SPALDING LLP
   1185 Avenue of the Americas
9  New York, NY 10036-4003
   Telephone: (212) 556-2100
10 Facsimile:  (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.
12

FILED
FEB 1 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

13              UNITED STATES DISTRICT COURT FOR THE

14                  NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

17 NETLIST, INC., a Delaware Corporation,      Civil Action No. 09-cv-05718-SBA

18              Plaintiff,                     **APPLICATION OF SCOTT T.
                                               WEINGAERTNER FOR ADMISSION OF
19       v.                                    ATTORNEY *PRO HAC VICE***

20 GOOGLE INC., a Delaware Corporation,

21              Defendant.

# APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Scott T. Weingaertner, an active member in good standing of the Bar of the District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney are:

> Geoffrey M. Ezgar
> KING & SPALDING LLP
> 333 Twin Dolphin Drive, Suite 400
> Redwood Shores, California 94065
> Telephone: (650) 590-0700
> Facsimile: (650) 590-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2010

KING & SPALDING LLP

By: /s/ Scott T. Weingaertner
Scott T. Weingaertner
ATTORNEYS FOR DEFENDANT
GOOGLE INC.