1 | TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
2 | GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
3 | LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
4 | KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
5 | Redwood Shores, CA 94065
Telephone: (650) 590-0700
6 | Facsimile: (650) 590-1900

7 | MARK H. FRANCIS (*pro hac vice pending*)
mfrancis@kslaw.com
8 | KING & SPALDING LLP
1185 Avenue of the Americas
9 | New York, NY 10036-4003
Telephone: (212) 556-2100
10 | Facsimile: (212) 556-2222

11 | Attorneys for Defendant
GOOGLE INC.

FILED
FEB 1 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Paid

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NETLIST, INC., a Delaware Corporation,

Plaintiff,

v.

GOOGLE INC., a Delaware Corporation,

Defendant.

Civil Action No. 09-cv-05718-SBA

**APPLICATION OF MARK H. FRANCIS FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*   CIVIL ACTION NO. 09-cv-05718-SBA

## APPLICATION OF MARK H. FRANCIS FOR
## ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Mark H. Francis, an active member in good standing of the Bar of the District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Geoffrey M. Ezgar
> KING & SPALDING LLP
> 333 Twin Dolphin Drive, Suite 400
> Redwood Shores, California 94065
> Telephone: (650) 590-0700
> Facsimile: (650) 590-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2010

KING & SPALDING LLP

By: /s/ Mark H. Francis
Mark H. Francis
ATTORNEYS FOR DEFENDANT
GOOGLE INC.