1   TIMOTHY T. SCOTT (SBN 126971)
    tscott@kslaw.com
2   GEOFFREY M. EZGAR (SBN 184243)
    gezgar@kslaw.com
3   LEO SPOONER III (SBN 241541)
    lspooner@kslaw.com
4   KING & SPALDING  LLP
    333 Twin Dolphin Drive, Suite 400
5   Redwood Shores, CA 94065
    Telephone:   (650) 590-0700
6   Facsimile:   (650) 590-1900

7   DANIEL MILLER (*pro hac vice pending*)
    dmiller@kslaw.com
8   KING & SPALDING LLP
    1185 Avenue of the Americas
9   New York, NY 10036-4003
    Telephone:   (212) 556-2100
10  Facsimile:   (212) 556-2222

11  Attorneys for Defendant
    GOOGLE INC.
12

13              UNITED STATES DISTRICT COURT FOR THE

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

17  NETLIST, INC., a Delaware Corporation,          Civil Action No. 09-cv-05718-SBA

18              Plaintiff,
                                                     **APPLICATION OF DANIEL MILLER**
19       v.                                          **FOR ADMISSION OF ATTORNEY *PRO***
                                                     ***HAC VICE***
20  GOOGLE INC., a Delaware Corporation,

21              Defendant.

22

23

24

25

26

27

28

FILED

FEB 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Fee Paid*

1

**APPLICATION OF DANIEL MILLER FOR**

2

**ADMISSION OF ATTORNEY *PRO HAC VICE***

3    Pursuant to Civil Local Rule 11-3, Daniel Miller, an active member in good standing of

4    the Bar of the District Court for the Southern District of New York, hereby applies for admission

5    to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc.

6    in the above-entitled action.

7    In support of this application, I certify under oath that:

8    1.    I am an active member in good standing of a United States Court or of the highest

9    court of another State or the District of Columbia, as indicated above;

10    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

11    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

12    with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

13    3.    An attorney who is a member of the bar of this Court in good standing and who

14    maintains an office within the State of California has been designated as co-counsel in the above-

15    entitled action.  The name, address and telephone number of that attorney are:

16
Geoffrey M. Ezgar
KING & SPALDING LLP
17
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
18
Telephone:  (650) 590-0700
Facsimile:  (650) 590-1900
19

20    I declare under penalty of perjury that the foregoing is true and correct.

21    Dated: February  8  , 2010                KING & SPALDING LLP

22

23                                              By:

24                                              Daniel Miller
                                                ATTORNEYS FOR DEFENDANT
25                                              GOOGLE INC.

26

27

28

2