1　TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
　　GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
2　LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
　　KING & SPALDING LLP
3　333 Twin Dolphin Drive, Suite 400
　　Redwood Shores, CA 94065
4　Telephone: (650) 590-0700
　　Facsimile: (650) 590-1900
5
　　SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
6　ROBERT F. PERRY (rperry@kslaw.com)
　　ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
7　SUSAN KIM (*pro hac vice*/skim@kslaw.com)
　　MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
8　DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
　　King & Spalding LLP
9　1185 Avenue of the Americas
　　New York, NY 10036-4003
10　Telephone:  (212) 556-2100
　　Facsimile:  (212) 556-2222
11
　　Attorneys for Defendant, GOOGLE INC.
12
　　Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
13　Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
　　PRUETZ LAW GROUP LLP
14　200 N. Sepulveda Blvd., Suite 1525
　　El Segundo, California  90245
15　Telephone: 310.765.7650
　　Facsimile: 310.765.7641
16
　　Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
17　Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
　　LEE, TRAN & LIANG APLC
18　601 S. Figueroa St., Ste. 4025
　　Los Angeles, California  90017
19　Telephone: 213.612.3737
　　Facsimile: 213.612.3773
20
　　Attorneys for Plaintiff, NETLIST, INC.
21

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| NETLIST, INC., | Case No.   09-05718 SBA |
|---|---|
| Plaintiff, | Related to:  08-04144 SBA |
| v. | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. | |

STIPULATION RE SETTLEMENT CONFERENCE　　　　　　　　　　　　　　　　　　　　　　Case No. 09-05718 SBA

1 WHEREAS, on February 2, 2010 the Court issued an Order Denying Joint Motion to Consolidate, wherein the Court required the parties file a joint statement and proposed order specifying whether they preferred to have both Google Inc. v. Netlist, Inc., Case No. 08-4144, and Netlist, Inc. v. Google Inc., Case No. 09-5718 ( "the Cases") referred to a Magistrate Judge for an early settlement conference or proceed before a private mediator;

WHEREAS, the parties have met and conferred on the issue;

IT IS HEREBY STIPULATED THAT:

1. The parties elect to have the Cases referred to a Magistrate Judge for an early settlement conference;

2. While the parties are in agreement that such settlement conference should proceed before a Magistrate Judge, they have not yet reached agreement on the specific Magistrate Judge to handle such settlement conference. The parties intend to continue to meet and confer on this issue and will report back to the Court no later than Monday, February 22, 2010.

Dated: February 16, 2010　　　ADRIAN M. PRUETZ
　　　　　　　　　　　　　　　　PRUETZ LAW GROUP LLP


By: /s/ Adrian M. Pruetz
　　　ADRIAN M. PRUETZ

Attorneys for Plaintiff
NETLIST, INC.

Dated: February 16, 2010　　　KING & SPALDING LLP


By: /s/ Geoffrey M. Ezgar
　　　GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

2

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

Dated: February 16, 2010        KING & SPALDING LLP


                                By:  /s/ Geoffrey M. Ezgar
                                     GEOFFREY M. EZGAR

                                Attorneys for Defendant
                                GOOGLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __, 2010

                                _____
                                Saundra Brown Armstrong
                                United States District Judge