1  TIMOTHY T. SCOTT (SBN 126971)
   tscott@kslaw.com
2  GEOFFREY M. EZGAR (SBN 184243)            R E C E I V E D
   gezgar@kslaw.com
3  LEO SPOONER III (SBN 241541)                 FEB 1 2 2010
   lspooner@kslaw.com
4  KING & SPALDING LLP                       RICHARD W. WIEKING
   333 Twin Dolphin Drive, Suite 400       CLERK, U.S. DISTRICT COURT
5  Redwood Shores, CA 94065              NORTHERN DISTRICT OF CALIFORNIA
   Telephone: (650) 590-0700                        OAKLAND
6  Facsimile:  (650) 590-1900

7  ALLISON ALTERSOHN (*pro hac vice pending*)
   aaltersohn@kslaw.com                              FILED
8  KING & SPALDING LLP
   1185 Avenue of the Americas                    FEB 1 7 2010
9  New York, NY 10036-4003
   Telephone: (212) 556-2100                   RICHARD W. WIEKING
10 Facsimile:  (212) 556-2222                 CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
11 Attorneys for Defendant                              OAKLAND
   GOOGLE INC.
12

13              UNITED STATES DISTRICT COURT FOR THE

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

17

18 NETLIST, INC., a Delaware Corporation,    Civil Action No. 09-cv-05718-SBA

19            Plaintiff,                     [PROPOSED] ORDER GRANTING
                                             APPLICATION OF ALLISON
20       v.                                  ALTERSOHN FOR ADMISSION OF
                                             ATTORNEY *PRO HAC VICE*
21 GOOGLE INC., a Delaware Corporation,

22            Defendant.

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION          CIVIL ACTION NO. 09-CV-05718-SBA

Dockets.Justia.com

# [PROPOSED] ORDER GRANTING APPLICATION OF ALLISON ALTERSOHN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Allison Altersohn, who is an active member in good standing of the Bar of the District Court for the Southern District of New York and whose business address and telephone number are:

KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 16, 2010

_____
Hon. Saundra B. Armstrong
United States District Judge