| | |
|---|---|
| 1 | TIMOTHY T. SCOTT (SBN 126971) |
|   | tscott@kslaw.com |
| 2 | GEOFFREY M. EZGAR (SBN 184243) |
|   | gezgar@kslaw.com |
| 3 | LEO SPOONER III (SBN 241541) |
|   | lspooner@kslaw.com |
| 4 | KING & SPALDING LLP |
|   | 333 Twin Dolphin Drive, Suite 400 |
| 5 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 590-0700 |
| 6 | Facsimile: (650) 590-1900 |
| 7 | MARK H. FRANCIS (*pro hac vice pending*) |
|   | mfrancis@kslaw.com |
| 8 | KING & SPALDING LLP |
|   | 1185 Avenue of the Americas |
| 9 | New York, NY 10036-4003 |
|   | Telephone: (212) 556-2100 |
| 10 | Facsimile: (212) 556-2222 |
| 11 | Attorneys for Defendant |
|    | GOOGLE INC. |

**RECEIVED**

FEB 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

FEB 1 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NETLIST, INC., a Delaware Corporation,

Plaintiff,

v.

GOOGLE INC., a Delaware Corporation,

Defendant.

Civil Action No. 09-cv-05718-SBA

[PROPOSED] ORDER GRANTING MARK H. FRANCIS' APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION   CIVIL ACTION NO. 09-cv-05718-SBA

Dockets.Justia.com

# [PROPOSED] ORDER GRANTING MARK H. FRANCIS' APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Mark. H. Francis, who is an active member in good standing of the Bar of the District Court for the Southern District of New York and whose business address and telephone number are:

KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 16, 2010

_____
Hon. Saundra B. Armstrong
United States District Judge