TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

DANIEL MILLER (*pro hac vice pending*)
dmiller@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

RECEIVED
FEB 1 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
FEB 1 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NETLIST, INC., a Delaware Corporation,

Plaintiff,

v.

GOOGLE INC., a Delaware Corporation,

Defendant.

Civil Action No. 09-cv-05718-SBA

[~~PROPOSED~~] ORDER GRANTING APPLICATION OF DANIEL MILLER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION          CIVIL ACTION NO. 09-CV-05718-SBA

Dockets.Justia.com

### [PROPOSED] ORDER GRANTING APPLICATION OF DANIEL MILLER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Daniel Miller, who is an active member in good standing of the Bar of the District Court for the Southern District of New York and whose business address and telephone number are:

KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 16, 2010

Hon. Saundra B. Armstrong
United States District Judge