TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)
LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
King & Spalding LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile:  (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
SUSAN KIM (*pro hac vice*/skim@kslaw.com)
MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 09-cv-05718-SBA <br><br> **CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY** |

COS ON NON-REGISTERED CM/ECF PARTY                                                    CIVIL ACTION NO. CV 09-05718

Dockets.Justia.com

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed for mailing/delivery, at my place of business, a true copy of the following documents:

1. Applications and Orders for Admission of Attorney Pro Hac Vice for Susan Kim, Daniel Miller, Allison Altersohn, Mark Francis, and Scott Weingaertner
2. Notice of Appearance of Counsel of Robert F. Perry
3. Google's Answer to Plaintiff's Complaint for Patent Infringement; and Assertion of Counterclaims;
4. Google's Corporate Disclosure Statement
5. Certification of Interested Entities or Persons, Pursuant to Civil L.R. 3-16
6. Stipulation and [Proposed] Order re Settlement Conference

Said documents were enclosed is a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

Edward R. Quon
Lee Tran & Liang
601 Figueroa Street
Suite 4025
Los Angeles, CA 90017

Dated: February 19, 2010

/s/  *Geoffrey M. Ezgar*
Geoffrey M. Ezgar