1  TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
   GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
2  LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
   KING & SPALDING LLP
3  333 Twin Dolphin Drive, Suite 400
   Redwood Shores, CA 94065
4  Telephone: (650) 590-0700
   Facsimile: (650) 590-1900
5
   SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
6  ROBERT F. PERRY (rperry@kslaw.com)
   ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com)
7  SUSAN KIM (*pro hac vice*/skim@kslaw.com)
   MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
8  DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)
   King & Spalding LLP
9  1185 Avenue of the Americas
   New York, NY 10036-4003
10 Telephone:  (212) 556-2100
   Facsimile:  (212) 556-2222
11
   Attorneys for Defendant, GOOGLE INC.
12
   Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
13 Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
   PRUETZ LAW GROUP LLP
14 200 N. Sepulveda Blvd., Suite 1525
   El Segundo, California  90245
15 Telephone: 310.765.7650
   Facsimile: 310.765.7641
16
   Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
17 Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
   LEE, TRAN & LIANG APLC
18 601 S. Figueroa St., Ste. 4025
   Los Angeles, California  90017
19 Telephone: 213.612.3737
   Facsimile: 213.612.3773
20
   Attorneys for Plaintiff, NETLIST, INC.
21
                **UNITED STATES DISTRICT COURT**
22              **NORTHERN DISTRICT OF CALIFORNIA**
                       **OAKLAND DIVISION**
23

| | |
|---|---|
| NETLIST, INC., | Case No.   09-05718 SBA |
| Plaintiff, | Related to:  08-04144 SBA |
| v. | **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. | |

STIPULATION RE SETTLEMENT CONFERENCE                    Case No. 09-05718 SBA

WHEREAS, on February 2, 2010 the Court issued an Order Denying Joint Motion to Consolidate, wherein the Court required the parties file a joint statement and proposed order specifying whether they preferred to have both Google Inc. v. Netlist, Inc., Case No. 08-4144, and Netlist, Inc. v. Google Inc., Case No. 09-5718 ( "the Cases") referred to a Magistrate Judge for an early settlement conference or proceed before a private mediator;

WHEREAS, the parties have met and conferred on the issue;

IT IS HEREBY STIPULATED THAT:

1. The parties elect to have the Cases referred to a Magistrate Judge for an early settlement conference;

2. While the parties are in agreement that such settlement conference should proceed before a Magistrate Judge, they have not yet reached agreement on the specific Magistrate Judge to handle such settlement conference. The parties intend to continue to meet and confer on this issue and will report back to the Court no later than Monday, February 22, 2010.

Dated: February 16, 2010        ADRIAN M. PRUETZ
                                PRUETZ LAW GROUP LLP


                                By: /s/ Adrian M. Pruetz
                                    ADRIAN M. PRUETZ

                                Attorneys for Plaintiff
                                NETLIST, INC.

Dated: February 16, 2010        KING & SPALDING LLP


                                By: /s/ Geoffrey M. Ezgar
                                    GEOFFREY M. EZGAR

                                Attorneys for Defendant
                                GOOGLE INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Pruetz.

Dated: February 16, 2010    KING & SPALDING LLP

By: /s/ Geoffrey M. Ezgar
    GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2010

_____
Saundra Brown Armstrong
United States District Judge