TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (pro hac vice/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (pro hac vice/aaltersohn@kslaw.com)
SUSAN KIM (pro hac vice/skim@kslaw.com)
MARK H. FRANCIS (pro hac vice/mfrancis@kslaw.com)
DANIEL MILLER (pro hac vice/dmiller@kslaw.com)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Plaintiff, GOOGLE INC.

Adrian M. Pruetz (CA Bar No. 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (CA Bar No. 227712/ejpruetz@pruetzlaw.com)
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California  90245
Telephone: 310.765.7650
Facsimile: 310.765.7641

Steven R. Hansen (CA Bar No. 198401/srh@ltlcounsel.com)
Enoch H. Liang (CA Bar No. 212324/ehl@ltlcounsel.com)
LEE, TRAN & LIANG APLC
601 S. Figueroa St., Ste. 4025
Los Angeles, California  90017
Telephone: 213.612.3737
Facsimile: 213.612.3773

Attorneys for Defendant, NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No.   09-5718  SBA <br><br> Related to: 08-04144 SBA <br><br> **NOTICE OF STIPULATION TO SELECT MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR EARLY SETTLEMENT CONFERENCE** |

1 | WHEREAS, on February 16, 2010 the parties filed a Stipulation Re
2 | Settlement Conference, in which they agreed that the early settlement conference
3 | should proceed before a Magistrate Judge and further agreed to meet and confer
4 | further as to selection of a specific Magistrate Judge and to report back to the Court
5 | no later than Monday, February 22, 2010.

6 | WHEREAS, the parties have met and conferred on the issue; and

7 | WHEREAS, on February 22, 2010, the Court referred the case to Magistrate
8 | Judge Maria-Elena James for Settlement.

9 | IT IS HEREBY STIPULATED THAT:

10 | 1. The parties elect to have the Cases referred to a Magistrate Judge Patricia
11 | V. Trumbull for an early settlement conference.

13 | Dated: February 22, 2010

ADRIAN M. PRUETZ
PRUETZ LAW GROUP LLP

By: /s/ Adrian M. Pruetz
ADRIAN M. PRUETZ

Attorneys for Plaintiff
NETLIST, INC.

19 | Dated: February 22, 2010

KING & SPALDING LLP

By: /s/ Geoffrey M. Ezgar
GEOFFREY M. EZGAR

Attorneys for Defendant
GOOGLE INC.

### **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian M. Pruetz.

Dated: February 22, 2010         PRUETZ LAW GROUP LLP

By: /s/ Adrian M. Pruetz
    ADRIAN M. PRUETZ

    Attorneys for Plaintiff
    NETLIST, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __, 2010

Saundra Brown Armstrong
United States District Judge