| | |
|---|---|
| 1 | TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com) |
| 2 | GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)<br>LEO SPOONER III (SBN 241541/lspooner@kslaw.com) |
| 3 | King & Spalding LLP<br>333 Twin Dolphin Drive, Suite 400 |
| 4 | Redwood Shores, CA 94065<br>Telephone: (650) 590-0700 |
| 5 | Facsimile: (650) 590-1900 |
| 6 | SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com) |
| 7 | ROBERT F. PERRY (rperry@kslaw.com)<br>ALLISON ALTERSOHN (*pro hac vice*/aaltersohn@kslaw.com) |
| 8 | SUSAN KIM (*pro hac vice*/skim@kslaw.com)<br>MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com) |
| 9 | DANIEL MILLER (*pro hac vice*/dmiller@kslaw.com)<br>King & Spalding LLP |
| 10 | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 11 | Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| 12 | |
| 13 | Attorneys for Defendant<br>GOOGLE INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., | Case No. 09-cv-05718-SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed for mailing/delivery, at my place of business, a true copy of the following document:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Said document was enclosed is a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

Edward R. Quon
Lee Tran & Liang
601 Figueroa Street
Suite 4025
Los Angeles, CA 90017

Dated: February 23, 2010

/s/  *Geoffrey M. Ezgar*
Geoffrey M. Ezgar