# Exhibit A to Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3

**EXHIBIT A,** *Netlist v. Google,* **Patent Local Rule 4-3(a)**

| | |
|---|---|
| logic element | "a hardware circuit that performs a predefined function on input signals from the computer system and presents the resulting signals as its output." |
| signal | "a varying electrical impulse that conveys information from one point to another." |
| control signals | "signals, including address and command signals, that regulate system operations." |
| memory devices | "devices in which data is stored and retrieved." |
| coupled to the printed circuit board | "electrically connected to the printed circuit board." |
| rank | "a group of memory devices enabled to receive and transmit data by a common chip-select signal." |
| command signal | "a signal that initiates a predetermined type of computer operation, such as read, write, refresh or precharge." |
| chip-select signal | "a control signal that enables the input and output of data to and/or from a memory device." |
| computer system | "a server or personal computer system including a set of hardware components that are related and connected and to which a memory module is connectable" |
| phase-lock loop device | "a device for generating a clock signal that is related to the phase of an input reference signal" |
| mounted to the printed circuit board | "attached to the printed circuit board" |
| register | "a circuit component or components that receive, buffer, and transmit signals" |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER P.L.R. 4-3**
Case No. CV-09-05718 SBA [Related to Case No. CV-08-04144 SBA]