**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. CA 118215/ampruetz@pruetzlaw.com)
Erica J. Pruetz (Bar No. CA 227712/ejpruetz@pruetzlaw.com)
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone:   (310) 765-7650
Facsimile:   (310) 765-7641

**LEE TRAN & LIANG APLC**
Enoch H. Liang (Bar No. CA 212324/ehl@ltlcounsel.com)
Steven R. Hansen (Bar No. CA 198401/srh@ltlcounsel.com)
Edward S. Quon (Bar No. CA 214197/ eq@ltlcounsel.com)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone:   (213) 612-3737
Facsimile:   (213) 612-3773

Attorneys for Plaintiff, NETLIST, INC.

TIMOTHY T. SCOTT (CA Bar No. 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (CA Bar No. 184243/gezgar@kslaw.com)
LEO SPOONER III (CA Bar No. 241541/lspooner@kslaw.com)
**KING & SPALDING LLP**
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (pro hac vice/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
ALLISON ALTERSOHN (pro hac vice/aaltersohn@kslaw.com)
DANIEL MILLER (pro hac vice/dmiller@kslaw.com)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant, GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., | CASE NO. C09-05718 SBA |
| Plaintiff, | [Related to Civil Action No. C08 04144 SBA] |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING OF CLAIM CONSTRUCTION HEARING** |
| GOOGLE, INC. | |
| Defendant. | |

STIPULATION REGARDING SCHEDULING OF CLAIM CONSTRUCTION HEARING – C09-05718 SBA

1    WHEREAS, on April 8, 2010, the Court entered the Amended Case Management

2    Scheduling Order setting the date for the Claim Construction Hearing to be September 9, 2010;

3    WHEREAS, all briefing by the parties for the Claim Construction Hearing has been

4    completed pursuant to the Court's April 8, 2010 scheduling order;

5    WHEREAS, on August 5, 2010 the clerk of this Court contacted counsel for Netlist and

6    Google to inform them that the September 9, 2010 hearing would be taken off-calendar and

7    would need to be rescheduled.  Based on the Court's availability, the Court clerk suggested

8    alternative dates of October 20, 21, 27, and 28 for the Claim Construction Hearing and asked that

9    counsel for the parties meet and confer regarding such dates;

10    WHEREAS, the parties met and conferred and determined that none of the suggested

11    alternative dates would work for all of the parties;

12    WHEREAS, in view of the trial in the parties' related case *Google Inc. v. Netlist, Inc.*,

13    Case No. 08-4144, being scheduled to begin on November 1, 2010, the parties agreed that the

14    Claim Construction Hearing in this case should be held after such trial to prevent the parties from

15    being unnecessarily distracted and diverting resources from trial preparation;

16    WHEREAS, on August 24, 2010, counsel for Netlist and Google informed the clerk of

17    this Court that the parties were unavailable on the dates originally proposed and requested

18    alternative dates in December 2010;

19    WHEREAS, on August 25, 2010, the clerk of the Court informed the parties that Judge

20    Armstrong would be available to conduct the Claim Construction Hearing on either December 8,

21    2010 or December 9, 2010;

22    WHEREAS, counsel have met and conferred and request that the Claim Construction

23    Hearing be held on December 8, 2010.

24    IT IS HEREBY STIPULATED THAT:

25    1.    The Claim Construction Hearing set for September 9, 2010 be continued and shall

26    take place before Judge Armstrong on December 8, 2010 beginning at 9 a.m.  In addition, a

27

28

1

STIPULATION REGARDING SCHEDULING OF CLAIM CONSTRUCTION HEARING – C09-05718 SBA

1    further Case Management Conference shall take place immediately following the Claim

2    Construction Hearing on December 8, 2010.

3

4

5    Dated: August 31, 2010            LEE TRAN & LIANG, APLC

6                                      By:  /s/Daniel J. Taylor_____

7                                          Daniel J. Taylor
                                           *Attorneys for Plaintiff*
8                                          NETLIST, INC.

9    Dated: August 31, 2010            KING & SPALDING LLP

10

11                                     By:  /s/ Allison Altersohn_____

12                                         Allison Altersohn
                                           *Attorneys for Defendant*
13                                         GOOGLE INC.

14

15                           **DECLARATION OF CONSENT**

16        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

17   penalty of perjury that concurrence in the filing of this document has been obtained from Allison

18   Altersohn.

19

20   Dated: August 31, 2010            LEE TRAN & LIANG, APLC

21

22                                     By:  /s/Daniel J. Taylor _____

23                                         Daniel J. Taylor
                                           *Attorneys for Plaintiff*
24                                         NETLIST, INC.

25   PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Dated:  9/7/10

27                                         Honorable Saundra Brown Armstrong
                                           UNITED STATES DISTRICT JUDGE
28

                                       2