
SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
JOHN M. GUARAGNA, Bar No. 199277
john.guaragna@dlapiper.com
JOHN D. KINTON, Bar No. 203250
john.kinton@dlapiper.com
JESSE HINDMAN, Bar No. 222935
jesse.hindman@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Civil Action No. C09-05718 SBA <br><br> [Related to Civil Action No. C08-04144 SBA] <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

**NOTICE OF SUBSTITUTION OF COUNSEL AND**

**[PROPOSED] ORDER APPROVING SUBSTITUTION**

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff NETLIST, INC., hereby substitutes Sean C. Cunningham, John M. Guaragna, John D. Kinton and Jesse Hindman of the law firm of DLA Piper LLP (US) as attorneys of record in the place and stead of Adrian M. Pruetz and Erica J. Pruetz of Pruetz Law Group LLP, located at 200 N. Sepulveda Blvd., Suite 1525, El Segundo, CA 90245, and Enoch H. Liang, Edward S. Quon and Steven R. Hansen of the law firm of Lee Tran & Liang APLC, located at 601 S. Figueroa Street, Suite 4025, Los Angeles, CA 90017.

Copies of all further notices, papers, pleadings, and orders filed or served upon plaintiff should be sent to the undersigned at:

    Sean C. Cunningham
    John D. Kinton
    Jesse Hindman
    DLA Piper LLP (US)
    401 B St., Suite 1700
    San Diego, CA 92101
    Telephone: (619) 699-2900
    Facsimile: (619) 699-2701
    sean.cunningham@dlapiper.com
    john.kinton@dlapiper.com
    jesse.hindman@dlapiper.com

    John M. Guaragna
    DLA Piper LLP (US)
    401 Congress Avenue, Suite 2500
    Austin, TX 78701-3799
    Telephone: (512) 457-7125
    Facsimile: (512) 721-2325
    john.guaragna@dlapiper.com

///

///

///

///

///

///

///

1  Plaintiff has been given proper notice pursuant to Civil L.R. 11-5 and further consents to
2  the above substitution.
3  Dated: October 20, 2010

4                               NETLIST, INC.

6                          By /s/ Nickie Duong
                          NICKIE DUONG
7                            Vice President and General Counsel

9  I have been given proper notice pursuant to Civil L.R. 11-5 and further consent to the
above substitution.
10  Dated: October 20, 2010

12                          PRUETZ LAW GROUP, LLP

13                          By /s/ Adrian M. Pruetz
                          ADRIAN M. PRUETZ
14                            ERICA J. PRUETZ

16  I have been given proper notice pursuant to Civil L.R. 11-5 and further consent to the
above substitution.
17
18  Dated: October 20, 2010

19                          LEE, TRAN & LIANG APLC

20                          By /s/ Steven R. Hansen
21                            ENOCH H. LIANG
                          EDWARD S. QUON
22                            STEVEN R. HANSEN

23  ///
24  ///
25  ///
26  ///
27  ///
28

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

Dated: October 20, 2010

                                                  DLA PIPER LLP (US)

                                                  By /s/ Sean C. Cunningham
                                                       SEAN C. CUNNINGHAM
                                                       JOHN M. GUARAGNA
                                                       JOHN D. KINTON
                                                       JESSE HINDMAN
                                                       Attorneys for Defendant
                                                       NETLIST, INC.

I hereby certify that Nickie Duong, Adrian M. Pruetz and Steven R. Hansen concur in the e-filing of this document and attest that I have on file original signatures for any signatures indicated by a conformed signature within this e-filed document.

Dated: October 20, 2010

                                                  DLA PIPER LLP (US)

                                                  By /s/ Sean C. Cunningham
                                                       SEAN C. CUNNINGHAM

### [Proposed] Order

The Court hereby approves the substitution of Sean C. Cunningham, John M. Guaragna, John D. Kinton and Jesse Hindman of the law firm of DLA Piper LLP (US) as counsel for Plaintiff in the place and stead of Adrian M. Pruetz and Erica J. Pruetz of Pruetz Law Group LLP, located at 200 N. Sepulveda Blvd., Suite 1525, El Segundo, CA 90245, and Enoch H. Liang, Edward S. Quon and Steven R. Hansen of the law firm of Lee Tran & Liang APLC, located at 601 S. Figueroa Street, Suite 4025, Los Angeles, CA 90017.

Copies of all further notices, papers, pleading, and order filed or served upon plaintiff, should be sent to:

Sean C. Cunningham
John D. Kinton
Jesse Hindman
DLA Piper LLP (US)
401 B St., Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2900
Facsimile: (619) 699-2701
sean.cunningham@dlapiper.com
john.kinton@dlapiper.com
jesse.hindman@dlapiper.com

John M. Guaragna
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721-2325
john.guaragna@dlapiper.com

Dated: October 26, 2010

_[signature]_
HON. SAUNDRA B. ARMSTRONG
Judge of the District Court