| | |
|---|---|
| SEAN C. CUNNINGHAM, Bar No. 174931<br>sean.cunningham@dlapiper.com<br>JOHN D. KINTON, Bar No. 203250<br>john.kinton@dlapiper.com<br>JESSE HINDMAN, Bar No. 222935<br>jesse.hindman@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.699.2700<br>Fax: 619.699.2701 | DONALD F. ZIMMER (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN) 224323<br>csabnis@kslaw.com<br>KING & SPALDING LLP<br>101 Second Street - Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
| JOHN M. GUARAGNA, Bar No. 199277<br>john.guaragna@dlapiper.com<br>DLA PIPER LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Telephone: (512) 457-7125<br>Facsimile: (512) 721-2325 | SCOTT T. WEINGAERTNER<br>(*pro hac vice*/sweingaertner@kslaw.com)<br>ROBERT F. PERRY (rperry@kslaw.com)<br>ALLISON ALTERSOHN<br>(*pro hac vice*/aaltersohn@kslaw.com)<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| Attorneys for Plaintiff<br>NETLIST, INC. | Attorneys for Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>      Defendant. | Case No. C 09-05718 SBA<br><br>[Related to Case No. C 08-04144 SBA]<br><br>**ORDER STAYING PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 7,619,912** |

[PROPOSED] ORDER STAYING PROCEEDINGS      CASE NO. C 09-05718 SBA
PENDING REEXAMINATION OF U.S. PATENT NO. 7,619,912      [RELATED TO CASE NO. C 08-04144 SBA]
**Error! Unknown document property name.**

| | |
|---|---|
| 1 | Upon the Joint Stipulation to Stay Proceedings Pending Reexamination of U.S. Patent No. |
| 2 | 7,619,912, having considered the stipulation and record therein, the Court finds there is good |
| 3 | cause for granting the requested stay. Accordingly, |

IT IS HEREBY ORDERED THAT:

1. The Court orders that all proceedings before the Court are stayed until the following *inter partes* reexamination proceedings of U.S. Patent No. 7,619,912 before the United States Patent and Trademark Office are complete:

   - Reexamination control no. 95/001,339;
   - Reexamination control no. 95/000,578; and
   - Reexamination control no. 95/000,579.

2. The Clerk of U.S. District Court shall ADMINISTRATIVELY CLOSE this matter.

3. The parties are instructed to submit status reports to the Court every six months, appraising the Court of the status of the pending aforementioned reexamination proceedings. The parties are advised that the failure to submit such status reports could result in dismissal of this matter.

4. Upon final exhaustion of all pending aforementioned reexamination proceedings, including any appeals, the parties shall jointly submit to the Court, within one week, a letter indicating that all appeals have been exhausted, and requesting that this matter be reopened and a case management conference be scheduled.

**IT IS SO ORDERED.**

DATED: 1/25/11

_____
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE