FILED

2012 AUG 20 PM 1:59

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br>       Plaintiff, <br> v. <br> GOOGLE, INC., <br>       Defendant. | Case No. C09-05718 SBA <br><br> [Related to Civil Action No. C08-04144 SBA] <br><br> [~~PROPOSED~~] **ORDER APPROVING SUBSTITUTION** |

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
C09-05718 SBA
sd-598165

1   The court hereby approves the substitution of David C. Doyle and Eric M. Acker of the
2   law firm Morrison & Foerster LLP as counsel for Plaintiff in the place and stead of Sean C.
3   Cunningham, John D. Kinton and Jesse Hindman of the law firm DLA Piper LLP (US), located at
4   401 B. Street, Suite 1700, San Diego, CA 92101, and John M. Guaragna of the law firm DLA
5   Piper LLP (US), located at 401 Congress Avenue, Suite 2500, Austin, TX 78701-3799.

    Copies of all further notices, papers, pleadings, and orders filed or served upon Plaintiff
    should be sent to the undersigned at:

    DAVID C. DOYLE (CA SBN 70690)
    DDoyle@mofo.com
    ERIC M. ACKER (CA SBN 135805)
    EAcker@mofo.com
    MORRISON & FOERSTER LLP
    12531 High Bluff Drive
    San Diego, California 92130-2040
    Telephone: 858.720.5100
    Facsimile: 858.720.5125

Dated: August 17, 2012

HON. SAUNDRA B. ARMSTRONG
Judge of the District Court

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
C09-05718 SBA
sd-598165

1