DONALD F. ZIMMER, JR.
(SBN 112279/fzimmer@kslaw.com)
CHERYL A. SABNIS
(SBN 224323/csabnis@kslaw.com)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300

ROBERT F. PERRY
(rperry@kslaw.com)
ALLISON ALTERSOHN
(pro hac vice/aaltersohn@kslaw.com)
MARK H. FRANCIS
(pro hac vice/mfrancis@kslaw.com)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212.556.2100
Facsimile: 212.556.2222

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. C09-05718 SBA <br><br> [Related to Civil Action No. C08-04144 SBA] <br><br> **MOTION FOR WITHDRAWAL OF COUNSEL MARK H. FRANCIS** |

Defendant Google Inc. ("Google") respectfully requests that Mark H. Francis be permitted to withdraw as counsel of record for Google in accordance with Civil Local Rule 11-5(a).  The reason for this request is that the undersigned is leaving the law firm of King & Spalding LLP, and will no longer be authorized to represent Google in this matter.

Google will continue to be represented in this case by counsel of record at King & Spalding LLP.

Dated: February 27, 2016    By:  /s/ Mark H. Francis

DONALD F. ZIMMER, JR.
(SBN 112279/fzimmer@kslaw.com)
CHERYL A. SABNIS
(SBN 224323/csabnis@kslaw.com)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300

ROBERT F. PERRY
(rperry@kslaw.com)
ALLISON ALTERSOHN
(pro hac vice/aaltersohn@kslaw.com)
MARK H. FRANCIS
(pro hac vice/mfrancis@kslaw.com)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212.556.2100
Facsimile: 212.556.2222

*Attorneys for Defendant*
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 27, 2016.

Dated: February 27, 2016              By:  /s/ Mark H. Francis
                                          MARK H. FRANCIS