Adrian Kwan (SBN 300032)
AKwan@mintz.com
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001

Andrew H. DeVoogd (pro hac vice)
DHDeVoogd@mintz.com
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

Attorneys for Plaintiff
NETLIST, INC.

ERIK R. PUKNYS (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

JASON STACH (pro hac vice)
jason.stach@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Facsimile: (404) 653-6444

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. C09-05718 SBA <br><br> [Related to Civil Action No. C08-04144 SBA] <br><br> **JOINT NOTICE REGARDING CONCLUSION OF REEXAMINATION OF U.S. PATENT NO. 7,619,912** |

**JOINT NOTICE REGARDING CONCLUSION OF REEXAMINATION PROCEEDINGS**

Pursuant to this Court's January 25, 2011 Order (Dkt. No. 68), Plaintiff Netlist, Inc. and Defendant Google LLC hereby submit this Joint Notice to advise the Court that the *inter partes* reexamination of U.S. Patent No. 7,619,912 ("the '912 patent") has concluded and all related appeals are exhausted.

On January 25, 2021, the Parties filed a detailed overview of the reexamination proceedings and the related appeals. (*See* Dkt. No. 102.) The only update to this overview is that on February 8, 2021, the United States Patent & Trademark Office issued an *Inter Partes* Reexamination Certificate.

As required by the Court's January 25, 2011 Order (Dkt. No. 68), the Parties request that this matter be reopened and a case management conference be scheduled.

Counsel for Plaintiff and Defendant conferred regarding this Joint Notice on February 12 and 16, and have reviewed and agree to this Joint Notice.

Respectfully Submitted,

Dated: February 16, 2021                    FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP

                                            BY: /s/ *Erik R. Puknys*
                                            ERIK R. PUKNYS
                                            *Attorneys for Defendant*
                                            GOOGLE LLC

Dated: February 16, 2021                    MINTZ, LEVIN, COHN, FERRIS,
                                            GLOVSKY, AND POPEO, P.C.

                                            BY: /s/ *Andrew H. DeVoogd*
                                            ANDREW H. DEVOOGD (pro hac vice)
                                            *Attorneys for Plaintiff*
                                            NETLIST, INC.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrew H. DeVoogd.

Dated: February 16, 2021   FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, LLP

BY: /s/ *Erik R. Puknys*
ERIK R. PUKNYS
*Attorneys for Defendant*
GOOGLE LLC