UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br>    Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No:  4:09-cv-05718 SBA <br><br> **ORDER REOPENING CASE** |

Pursuant to the Court's order dated January 26, 2011, this patent infringement action has been stayed pending reexamination proceedings.  Dkt. 68.  On February 16, 2021, the parties filed a Joint Notice advising the Court that the reexamination proceedings have concluded and that all related appeals have been exhausted.  Dkt. 110.  The parties request that the Court reopen the action and schedule a case management conference.

Pursuant to the parties' joint notice, IT IS HEREBY ORDERED THAT the instant action be REOPENED and restored to the Court's active civil docket.  The stay entered on January 26, 2011 is VACATED.

The parties shall appear for a telephonic Case Management Conference on <u>March 11, 2021, at 2:45 p.m.</u>  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that sets forth the status of the case and proposes a schedule.

Counsel shall join the conference line (888) 684-8852 promptly at the date and time specified. The access code to join the conference is 7281326.  Please be advised that

conferences in other cases may precede and/or follow the conference scheduled in this case. When connecting, you may hear music and/or another conference; please be patient and wait for your case to be called before making an appearance. When your case management conference concludes, please exit without delay to clear the line for other proceedings.

IT IS SO ORDERED.

Dated: 02/17/2021

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge