UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No:  4:09-cv-05718 SBA<br><br>**ORDER SETTING DEADLINES** |

Upon consideration of the parties' Joint Case Management Conference Statement (Dkt. 115), the Court set the following deadlines:

| Event | Deadline |
|---|---|
| Amended Infringement Contentions | 06/18/21 |
| Opening Brief on Intervening Rights | 07/16/21 |
| Response Brief on Intervening Rights | 08/06/21 |
| Reply Brief on Intervening Rights | 08/20/21 |
| Amended Invalidity Contentions | 09/17/21 |
| Exchange Proposed Claims Terms | 10/01/21 |
| Exchange Preliminary Constructions and Extrinsic Evidence | 10/22/21 |
| Damages Contentions | 11/08/21 |
| Joint Claim Construction and Prehearing Statements | 11/17/21 |
| Responsive Damages Contentions | 12/08/21 |
| End of Claim Construction Discovery | 12/17/21 |
| Opening Claim Construction Brief | 01/21/22 |
| Responsive Claim Construction Brief | 02/04/22 |
| Reply Claim Construction Brief | 02/11/22 |
| Tutorial/Markman Hearing | 03/09/22 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: 03/11/2021

*/s/ Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge