UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff(s)<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant(s) | CASE No C 09-CV-05718-SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: After intervening rights ruling.

Date: March 25, 2021        /s/ Drew DeVoogd
                            Attorney for Plaintiff

Date: March 25, 2021        /s/ Doris Johnson Hines
                            Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: March 25, 2021

*Saundra B. Armstrong*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*