IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and Counter-Defendant Netlist, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> GOOGLE LLC, <br><br>             Defendant. | Case No. 4:09-cv-05718-SBA (JCS) <br><br> **DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECLARATION IN SUPPORT OF NETLIST,
INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
4:09-cv-05718-SBA (JCS)

## DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

2. The Joint Letter to Judge Spero ("Joint Letter") and its Exhibits 1, 2, 4, and 5 contain information designated as "CONFIDENTIAL INFORMATION" or "CONFIDENTIAL ATTORNEYS' EYES ONLY" by Defendant Google LLC according to the Stipulated Protective Order (ECF No. 47). I understand that as the designating party, Google will file a declaration establishing that all of the designated material is sealable.

3. Exhibits 7 and 8 to the Joint Letter are exhibits to Netlist's infringement contentions that contain and refer to sensitive technical and commercial information regarding Netlist's research and development of memory modules and the timing of such development. Public disclosure of such information would harm Netlist's competitive position by revealing information regarding Netlist's research and development that Netlist keeps confidential in the ordinary course of business. Netlist has designated Exhibit 7 and 8 as "CONFIDENTIAL ATTORNEYS' EYES ONLY" according to the Stipulated Protective Order. In addition, Netlist's infringement contentions are directed at JEDEC-standard memory modules. Google has indicated that information concerning its memory modules, including the types of memory modules it uses, is confidential.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2021, at Los Angeles, California.

By: */s/ Andrew J. Strabone*
    Andrew J. Strabone
    astrabone@irell.com
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067
    Telephone: (310) 277-1010

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECLARATION IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
4:09-cv-05718-SBA (JCS)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Facsimile: (310) 203-7199

*Attorneys for Plaintiff and Counter-Defendant Netlist, Inc.*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

STRABONE DECLARATION IN SUPPORT OF NETLIST,
INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
4:09-cv-05718-SBA (JCS)