IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff and Counter-Defendant Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:09-cv-05718-SBA (JCS)<br><br>**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC. AND GOOGLE LLC'S JOINT LETTER TO JUDGE SPERO** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SHEASBY DECLARATION IN SUPPORT OF THE JOINT
DISCOVERY DISPUTES LETTER TO JUDGE SPERO
4:09-cv-05718-SBA (JCS)

# DECLARATION OF JASON G. SHEASBY

I, Jason G. Sheasby, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist, Inc. ("Netlist") and Google LLC ("Google")'s Joint Letter to Judge Spero. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to its contents.

2. A true and correct copy of Defendant Google LLC's Responses and Objections to Plaintiff's Interrogatories 1-4 Served April 19, 2021 is attached as Exhibit 1.

3. A true and correct copy of Defendant Google LLC's Responses and Objections to Plaintiff's Requests for Production 1-6 Served April 19, 2021 is attached as Exhibit 2.

4. A true and correct copy of email communications between counsel for Netlist and Google between April 19, 2021 and May 24, 2021 is attached as Exhibit 3.

5. A true and correct copy of a letter from Jason Sheasby to Erik Puknys, dated May 20, 2021, is attached as Exhibit 4.

6. A true and correct copy of a letter from Doris Johnson Hines to Jason Sheasby, dated May 28, 2021, is attached as Exhibit 5.

7. A true and correct copy of an email from Doris Johnson Hines to Andrew Strabone dated June 2, 2021, is attached as Exhibit 6.

8. A true and correct copy of Netlist's First Amended Claim Chart Exhibit B is attached as Exhibit 7.

9. A true and correct copy of Netlist's DDR3 LRDIMM Claim Chart Exhibit C is attached as Exhibit 8.

10. A true and correct copy of Netlist's First Set of Interrogatories to Defendant Google LLC, served on April 19, 2021, is attached as Exhibit 9.

11. A true and correct copy of an email from Drew DeVoogd to Doris Johnson Hines, dated June 8, 2021, is attached as Exhibit 10.

I declare under penalty of perjury that the foregoing is true and correct.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

SHEASBY DECLARATION IN SUPPORT OF THE JOINT
DISCOVERY DISPUTES LETTER TO JUDGE SPERO
4:09-cv-05718-SBA (JCS)

Executed on June 10, 2021, at Los Angeles, California.

By: */s/ Jason G. Sheasby*
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff and Counter-Defendant Netlist, Inc.*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

SHEASBY DECLARATION IN SUPPORT OF THE JOINT
DISCOVERY DISPUTES LETTER TO JUDGE SPERO
4:09-cv-05718-SBA (JCS)