**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** <u>09-cv-05718-SBA (JCS)</u> | **Case Name:** Netlist, Inc. v. Google LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: June 25, 2021 | **Time:** 12 M (10:50-11:02) |

**Attorney for Plaintiff:** Jason Sheasby, Andrew Strabone
**Attorney for Defendant:** David Perlson, Jared Newton, Jon Tse

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>JoAnn Bryce</u>

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Discovery Hearing re: Redacted Joint Discovery Letter [dkt 135] - Held

<u>**ORDERED AFTER HEARING**</u>

Court ruled that ROG #3 must be answered in full. Counsel to meet and confer on all other issues.