IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (*pro hac vice*)
jarednewton@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

NETLIST, INC.,

               Plaintiff,

       v.

GOOGLE LLC,

               Defendant.

Civil Action No.: C09-05718 SBA

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO BRIEF THE ISSUE OF INTERVENING RIGHTS (Local Rule 6-1 and 6-2)**

Pursuant to Civil Local Rules 6-1 and 6-2, Defendant Google LLC ("Defendant") and Plaintiff Netlist Inc. ("Plaintiff"), through their respective attorneys, declare as follows:

WHEREAS, the deadline to file its Opening Brief on Intervening Rights is set for July 16, 2021, the deadline to respond is set for August 6, 2021, and the deadline to reply is set for August 20, 2021 (Dkt. 117);

WHEREAS, Plaintiff and Defendant are currently engaged in discovery related to intervening rights;

WHEREAS, the "Court ruled that ROG #3 must be answered in full," Dkt. 145;

WHEREAS, Defendant has committed to provide a complete response to Netlist's contention interrogatory on intervening rights on July 2, (as to absolute intervening rights) and on July 16 (as to equitable intervening rights);

WHEREAS, Defendant has committed to a complete document production based on a reasonable investigation relevant to absolute intervening rights by July 13;

WHEREAS, Defendant has committed to a complete document production based on a reasonable investigation relevant to equitable intervening rights by July 30;

WHEREAS, it is Plaintiff's position that Defendant cannot provide a complete production of discovery, including the depositions of its witnesses, sufficiently in advance of the current deadline for filing opening briefs on intervening rights;

WHEREAS, Defendant will no longer be seeking early summary judgment on equitable intervening rights on July 16, 2021 under the current schedule or on July 30, 2021 under the parties' proposed revised schedule;

WHEREAS, Defendant has requested more time to file its brief on absolute intervening rights and Plaintiff has likewise requested more time to file its corresponding opposition brief;

WHEREAS, Plaintiff and Defendant have conferred and have agreed to extend the parties' deadlines for briefing related to intervening rights by two weeks, such that the deadline to file the Opening Brief on Intervening Rights will be extended from July 16, 2021 to July 30, 2021; the

1  deadline to respond will be extended from August 6, 2021 to September 3, 2021, and the deadline

2  to reply will be extended from August 20, 2021 to September 17, 2021;

3       WHEREAS, Plaintiff and Defendant have agreed to modify no other dates in the schedule;

4       WHEREAS, the parties acknowledge that no previous time modifications in this case have

5  been made to the current procedural schedule.

6       NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree

7  and stipulate that:

8      i.    deadline to file the Opening Brief on Intervening Rights will be extended from July

9         16, 2021 to **July 30, 2021**;

10      ii.    deadline to respond will be extended from August 6, 2021 to **September 3, 2021**;

11      iii.    deadline to reply will be extended from August 20, 2021 to **September 17, 2021**;

12         and

13      iv.    No other changes will be made to the case schedule.

14

15       IT IS SO STIPULATED.

16

17  DATED: July 7, 2021           Respectfully submitted,

                          QUINN EMANUEL URQUHART

18                            & SULLIVAN

19

20            By */s/ David Perlson*

          David Perlson

21            *Attorneys for Defendant*

          Google LLC

22

23  DATED: July 7, 2021           Respectfully submitted,

                          IRELL & MANELLA LLP

24

25            By */s/ Jason Sheasby*

          Jason Sheasby

26            *Attorneys for Plaintiff*

          Netlist, Inc.

27

28

-3-          Civil Action No.: C09-05718 SBA

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, David Perlson, attest that concurrence in the filing of this document has been obtained

3

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

Dated:  July 7, 2021                                                  */s/ David Perlson*

David Perlson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

    i.    deadline to file the Opening Brief on Intervening Rights will be extended from July 16, 2021 to **July 30, 2021**;

    ii.    deadline to respond will be extended from August 6, 2021 to **September 3, 2021**;

    iii.    deadline to reply will be extended from August 20, 2021 to **September 17, 2021**; and

    iv.    No other changes will be made to the case schedule.

**IT IS SO ORDERED.**

DATED: _____     _____

                                            HON. SAUNDRA B. ARMSTRONG
                                          United States District Judge