QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| David Perlson (CA Bar No. 209502) | Jared Newton (admitted *pro hac vice*) |
| davidperlson@quinnemanuel.com | jarednewton@quinnemanuel.com |
| Jonathan Tse (CA Bar No. 305468) | Sandy Shen (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | sandyshen@quinnemanuel.com |
| 50 California Street, 22nd Floor | 1300 I Street NW, Suite 900 |
| San Francisco, CA 94111 | Washington, D.C. 20005 |
| Telephone: (415) 875-6600 | Telephone: (202) 538-8000 |
| Facsimile: (415) 875-6700 | Facsimile: (202) 538-8100 |

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | CASE NO. 4:09-CV-05718-SBA<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NEW ASSERTION OF CLAIM 16 AND NEW DATES FOR PRIORITY AND CONCEPTION THAT WERE NOT IN ITS ORIGINAL PATENT LOCAL RULE 3-1 DISCLOSURES** |

I, Jonathan Tse, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Motion to Strike Plaintiff's New Assertion of Claim 16 And New Dates For Priority And Conception That Were Not In Its Original Patent Local Rule 3-1 Disclosures. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as **Exhibit 1** is a true and correct copy of Netlist's Disclosure of Asserted Claims And Infringement Contentions (Patent L.R. 3-1 and 3-2) that was served on April 8, 2010.

3. Attached as **Exhibit 2** is a true and correct copy of Netlist's Amended Disclosure of Asserted Claims And Infringement Contentions that was served on June 18, 2021.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of Google's Second Supplemental Objections and Responses to Plaintiff Netlist Inc.'s Interrogatory No. 3 that was served on July 16, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of Google's Request for *Inter Partes* Reexamination Under 35 U.S.C. § 311 and 37 C.F.R. § 1.913 that was submitted on October 21, 2010.

6. Attached as **Exhibit 5** is a true and correct excerpted copy of the transcript of Jeffrey C. Solomon's deposition that took place on August 13, 2009.

7. Attached as **Exhibit 6** is a true and correct copy of the *Sua Sponte* Decision To Merge Reexamination Proceedings that was issued by the United States Patent and Trademark Office ("USPTO") on February 28, 2011.

8. Attached as **Exhibit 7** is a true and correct copy of the Appeal Brief Of Third Party Requester Google Inc. Pursuant To Pre-AIA 35 U.S.C. § 134(c) And 37 C.F.R. § 41.67 that was filed on September 30, 2014.

9. Attached as **Exhibit 8** is a true and correct copy of JEDEC's Patent Policy that was in force on May 3, 2010.

1   10.   Attached as **Exhibit 9** is a true and correct copy of (1) a letter from Mario J. Martinez,
2   JEDEC Representative at Netlist Inc., to John Kelly, President of JEDEC, dated April 1, 2010; and (2)
3   a letter from Sean C. Cunningham, partner at DLA Piper LLP, to John Kelly, dated September 7, 2011
4   and attachments.

5   11.   Attached as **Exhibit 10** is a true and correct excerpted copy of Netlist's
6   Response/Amendment made in response to the Reexam Non-Final Office Action issued by the
7   USPTO on October 14, 2011, dated January 13, 2012.

9   I, Jonathan Tse, certify under penalty of perjury that the foregoing is true and correct.

11  DATED: July 30, 2021              */s/ Jonathan Tse*
                                      Jonathan Tse