UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　　　Defendant. | Case No. 4:09-CV-05718-SBA<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NEW ASSERTION OF CLAIM 16 AND NEW DATES FOR PRIORITY AND CONCEPTION THAT WERE NOT IN ITS ORIGINAL PATENT LOCAL RULE 3-1 DISCLOSURES**<br><br>**JUDGE**: Hon. Saundra Brown Armstrong |

Defendant Google has filed a Motion to Strike Plaintiff Netlist's New Assertion Of Claim 16 And New Dates For Priority And Conception That Were Not In Its Original Patent Local Rule 3-1 Disclosures ("Motion to Strike").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Google's Motion to Strike and orders the following stricken:

1. Claim 16 from Netlist's Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions.

2. Netlist's reliance on new priority dates for the asserted claims of the '912 Patent.

**IT IS SO ORDERED.**

1
2  DATED: _____, 2021
3
4
5                                             _____
                                              HONORABLE SAUNDRA B. ARMSTRONG
6                                             Senior United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28