IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 4:09-cv-05718-SBA<br><br>**DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF PLAINTIFF NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S INTERVENING RIGHTS DEFENSE FOR CLAIM 16**<br><br>Date: November 10, 2021<br><br>Time: 2:00 PM<br><br>Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECLARATION IN SUPPORT OF
NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT
4:09-cv-05718-SBA

# DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Motion for Partial Summary Judgment on Google's Intervening Rights Defense for Claim 16. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to its contents.

2. A true and correct copy of excerpts of Defendant Google LLC's ("Google") July 2, 2021 Supplemental Objections and Responses to Netlist's Interrogatory No. 3 is attached as Exhibit 1.

3. A true and correct copy of U.S. Patent No. 7,619,912 (the "'912 patent") is attached as Exhibit 2.

4. A true and correct copy of the Certificate of Reexamination for the '912 patent is attached as Exhibit 3.

5. A true and correct copy of excerpts of the April 4, 2011 Non-Final Office Action from the *inter partes* reexamination of the '912 patent (the "Reexamination") is attached as Exhibit 4.

6. A true and correct copy of excerpts of Netlist's July 5, 2011 Response from the Reexamination is attached as Exhibit 5.

7. A true and correct copy of excerpts of the October 14, 2011 Non-Final Office Action from the Reexamination is attached as Exhibit 6.

8. A true and correct copy of excerpts of Netlist's January 13, 2012 Response/Amendment from the Reexamination is attached as Exhibit 7.

9. A true and correct copy of excerpts of November 13, 2012 Non-Final Office Action from the Reexamination is attached as Exhibit 8.

10. A true and correct copy of the May 31, 2016 Decision of the Patent Trial and Appeals Board in Appeal No. 2015-006849 is attached as Exhibit 9.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECLARATION IN SUPPORT OF
NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT
4:09-cv-05718-SBA

11. A true and correct copy of the June 1, 2018 Decision of the Patent Trial and Appeals Board in Appeal No. 2018-003618 is attached as Exhibit 10.

12. A true and correct copy of communications between counsel for Netlist and Google, dated July 22, 2021, is attached as Exhibit 11.

13. A true and correct copy of a table titled "Comparison of Original and Reexamined Claim 16," which provides a comparison of the language of claim 16 as it appears on the original '912 patent and claim 16 as it appears on the Certificate of Reexamination of the '912 patent is attached as Exhibit 12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2021, at Los Angeles, California.

By: */s/ Andrew J. Strabone*
Andrew J. Strabone

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

STRABONE DECLARATION IN SUPPORT OF
NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT
4:09-cv-05718-SBA