IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S INTERVENING RIGHTS DEFENSE FOR CLAIM 16** <br><br> Date: November 10, 2021 <br><br> Time: 2:00 PM <br><br> Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:09-CV-05718-SBA
- 1 -

## [PROPOSED] ORDER

Plaintiff Netlist, Inc. ("Netlist") brought before this Court the Motion for Partial Summary Judgment on Google's Intervening Rights Defense for Claim 16 of U.S. Patent No. 7,619,912 (the "Partial Summary Judgment Motion" and the "'912 Patent"). Having considered the motion, authorities cited in the motion, supporting documents and evidence, any opposition and opposing arguments, the reply brief, and oral arguments, this Court hereby finds that Netlist's Partial Summary Judgment Motion is GRANTED in full.

Summary judgment is proper in this case because there is no genuine issue of material fact and as a matter of law, Google is not entitled to intervening rights as to claim 16 of the '912 Patent. Fed. R. Civ. P. 56; *Celotex Corp. v. Catrett*, 477 U.S. 317, 322–23 (1986). As set forth in Netlist's Partial Summary Judgment Motion, claim 16 is not "amended" or "new" within the meaning of pre-AIA 35 U.S.C. § 316(b), and thus intervening rights do not apply to claim 16. *Marine Polymer Techs., Inc. v. HemCon, Inc.*, 672 F.3d 1350, 1363–65 (Fed. Cir. 2012) (en banc). In any event, reexamined claim 16 is "substantially identical" to the original claim. 35 U.S.C. § 252; *Seattle Box Co. v. Indus. Crating & Packing, Inc.*, 731 F.2d 818, 827-28 (Fed. Cir. 1984). Under settled Federal Circuit law, rewriting a dependent claim into independent form cannot result in a substantive change of scope for the purposes of § 252. *See Bloom Eng'g Co. v. N. Am. Mfg. Co.*, 129 F.3d 1247, 1250 (Fed. Cir. 1997). Therefore, neither absolute nor equitable intervening rights apply to claim 16.

Accordingly, as a matter of law, Google is not entitled to intervening rights under 35 U.S.C. §§ 252, pre-AIA 316(b) with respect to claim 16. Netlist's Partial Summary Judgment Motion is hereby GRANTED in full.

**IT IS SO ORDERED**.

Dated: _____, 2021            _____
                                    Honorable Saundra Brown Armstrong
                                    United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:09-CV-05718-SBA

- 2 -