Evan S. Nadel (SBN 213230)
ENadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel:  415-432-6000
Fax: 415-432-6001

Andrew H. DeVoogd (*admitted pro hac vice*)
AHDeVoogd@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Tel:  617-542-6000
Fax: 617-542-2241

Attorneys for Plaintiff and Counter-Defendant,
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  4:09-cv-05718-SBA<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Assigned Judge:<br>The Honorable Saundra B. Armstrong<br><br>Complaint Filed　　December 4, 2009<br>Trial Date:　　　　TBD |

1 **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   PLEASE TAKE NOTICE THAT effective immediately the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. (including all of its attorneys who have appeared in this action: Evan Nadel; Andrew H DeVoogd; James M Wodarski; Kara Grogan; and Matthew Galica) hereby withdraws as attorneys of record for Plaintiff and Counter-Defendant NETLIST, INC. ("NETLIST"), in this action. Counsel of record for NETLIST otherwise remains the same.

Dated:  August 3, 2021           Respectfully submitted,

By: */s/ Evan S. Nadel*
Evan S. Nadel
Andrew H. DeVoogd (*admitted pro hac vice*)

Attorneys for Plaintiff and Counter-Defendant NETLIST, INC.