IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECL. IN SUPPORT OF GOOGLE'S ADMIN.
MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:09-CV-05718-SBA

- 1 -

**DECLARATION OF ANDREW J. STRABONE**

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, and counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness could testify competently to such facts under oath.

2. I submit this Declaration pursuant to Civil Local Rule 79-5(e) in support of Google LLC's ("Google") Administrative Motion for Filing Under Seal Google's Motion for Summary Judgment (Dkt. 154), which moves the Court for an order to file under seal the following items related to Netlist:

- Select portions of Google's Motion for Summary Judgment that contain information designated as "Confidential" or "Confidential – Attorneys' Eyes Only" by Netlist. Dkt. 154.

- Exhibits 1 and 5 to the Shen Declaration.

3. Civil Local Rule 79-5(a) requires that every sealing request "be narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(a). "A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79–5(b).

4. Exhibit 1 is an excerpt from Netlist's April 8, 2010 Disclosure of Asserted Claims and Infringement Contentions. This excerpt does not contain any information Netlist has designated "Confidential" or "Confidential – Attorneys' Eyes Only." As such, Netlist does not contend that Exhibit 1 must be sealed.

5. Exhibit 5 is an excerpt from Netlist's June 18, 2021 Amended Disclosure of Asserted Claims and Infringement Contentions. This excerpt contains information that Netlist has designated as "Highly Confidential – Attorneys' Eyes Only," including confidential information derived from the September 17, 2010 deposition of Jayesh Bhakta in *Google v. Netlist*, Case No. 08-CV-4144 (N.D. Cal.), at 10:10-14, 11:22-12:16. Mr. Bhakta's testimony discusses the research and development of Netlist's technology and intellectual property—including information regarding the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECL. IN SUPPORT OF GOOGLE'S ADMIN.
MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:09-CV-05718-SBA

1  conception and reduction to practice of the patent-in-suit, U.S. Patent No. 7,619,912—which is
2  information that Netlist keeps confidential in the normal course of business, and public disclosure
3  of such information would cause competitive harm.  This information is designated as "Protected
4  Information" under the terms of the Court's Protective Order (Dkt. 47), ¶ 26 ("All transcripts of
5  depositions, exhibits, answers to interrogatories, pleadings, briefs, and other documents submitted
6  to the Court that have been designated as Protected Information or which contain information so
7  designated, shall be filed under seal in a manner prescribed by the Court for such filings.").
8  Additionally, Netlist has also redacted other information in Exhibit 2 derived from Google's May
9  19, 2021 Responses and Objections to Netlist's Interrogatories 1-4, consistent with Netlist's
10 obligations under the Protective Order and Google's statement that any information that contains
11 information on Google's memory module usage should be filed under seal.  As such, a redacted
12 version of Exhibit 2 has been attached hereto.

13      6.      In light of the foregoing, there are compelling reasons to seal the documents
14 described above.

15 I declare under penalty of perjury that the foregoing is true and correct.

17 Executed on August 3, 2021, at Los Angeles, California.

By: */s/ Andrew J. Strabone*
Andrew J. Strabone
*Attorney for Plaintiff*
Netlist Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

STRABONE DECL. IN SUPPORT OF GOOGLE'S ADMIN.
MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:09-CV-05718-SBA