IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (*pro hac vice*)
jarednewton@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Civil Action No.: C09-05718 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: GOOGLE'S MOTION TO STRIKE (DKT. 152)** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, Defendant filed its Motion To Strike Plaintiff's New Assertion Of Claim 16 And New Dates For Priority And Conception That Were Not In Its Original Patent Local Rule 3-1 Disclosures, Dkt. 152 ("Defendant's Motion to Strike") on July 30, 2021;

WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's deadline to file its opposition brief to Defendant's Motion to Strike is set for August 13, 2021;

WHEREAS, counsel of record for Netlist, Jason G. Sheasby and Andrew J. Strabone, are counsel of record for the plaintiffs in *Optis Wireless Technology, LLC et al v. Apple Inc.*, Case No. Case No. 2:19-CV-0066-JRG in the Eastern District of Texas ("Optis Wireless"), and Jason G. Sheasby is lead trial counsel for the plaintiffs in the aforementioned case;

WHEREAS, trial in the *Optis Wireless* case is set to begin on August 10, 2021, and is expected to continue through at least August 13, 2021, thus creating a direct scheduling conflict with the filing of Plaintiff's opposition brief;

WHEREAS, in light of this scheduling conflict, Plaintiff has requested a one-week extension of the parties' deadlines for briefing Defendant's Motion to Strike, such that Plaintiff's deadline to file its opposition brief to Defendant's Motion to Strike will be extended from August 13, 2021 to August 20, 2021, and Defendant's deadline to reply will be changed from August 20, 2021 to August 27, 2021;

WHEREAS, Defendant does not oppose Plaintiff's requested extension;

WHEREAS, the proposed briefing schedule would modify no other dates in the schedule;

WHEREAS, the parties acknowledge that the only previous time modification to the current procedural schedule concerned the briefing of the issue of intervening rights (Dkt. 150), and that no other time modifications have been entered into this case.

1  NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree
2  and stipulate that:

   i. Plaintiff's deadline to file its opposition brief to Defendant's Motion to Strike will be extended from August 13, 2021 to **August 20, 2021,** and
   ii. Defendant's deadline to reply will be changed from August 20, 2021 to **August 27, 2021.**
   iii. No other changes will be made to the case schedule.

IT IS SO STIPULATED.

DATED: August 5, 2021            Respectfully submitted,
                                             IRELL & MANELLA LLP

                                 By  */s/ Jason G. Sheasby*
                                     Jason G. Sheasby
                                     *Attorney for Plaintiff*
                                     Netlist, Inc.

DATED: August 5, 2021            Respectfully submitted,
                                             QUINN EMANUEL URQUHART
                                             & SULLIVAN

                                 By  */s/ David Perlson*
                                     David Perlson
                                     *Attorney for Defendant*
                                     Google LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ Jason G. Sheasby*
Jason G. Sheasby

### [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. Plaintiff's deadline to file its opposition brief to Defendant's Motion to Strike will be extended from August 13, 2021 to **August 20, 2021,** and

ii. Defendant's deadline to reply will be changed from August 20, 2021 to **August 27, 2021.**

iii. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: _____, 2021            _____
                                                  Honorable Saundra Brown Armstrong
                                                  United States District Judge