1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Deepa Acharya (CA Bar No. 267654)
2  deepaacharya@quinnemanuel.com
3  1300 I Street NW, Suite 900
   Washington, D.C. 20005
4  Telephone: (202) 538-8007
   Facsimile: (202) 538-8100
5

6  Attorney for Defendant Google LLC

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | NETLIST, INC.,                    |                                      |
13 |     Plaintiff,                    | Case No. 4:09-CV-05718-SBA           |
14 |     v.                            |                                      |
15 | GOOGLE LLC,                       | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
16 |     Defendant.                    |                                      |
17 |                                   | **JUDGE**: Hon. Saundra Brown Armstrong |

18

19

20 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21     **PLEASE TAKE NOTICE** that Deepa Acharya of Quinn Emanuel Urquhart & Sullivan,

22 LLP hereby appears as counsel of record for Defendant Google LLC.  Copies of all pleadings,

23 papers, correspondence, and notices in this action should be directed to counsel at the following

24 address:

25     Deepa Acharya (CA Bar No. 267654)
       deepaacharya@quinnemanuel.com
26     1300 I Street NW, Suite 900
27     Washington, D.C. 20005
       Telephone: (202) 538-8007
28     Facsimile: (202) 538-8100

| | |
|---|---|
| DATED: August 24, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By   /s/ *Deepa Acharya* <br>         Deepa Acharya |
| | Deepa Acharya (CA Bar No. 267654) <br> deepaacharya@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington, D.C. 20005 <br> Telephone: (202) 538-8007 <br> Facsimile: (202) 538-8100 |
| | *Attorney for Defendant Google LLC* |