QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| David A. Perlson (CA Bar No. 209502) | Catlin Williams (CA Bar No. 336464) |
| davidperlson@quinnemanuel.com | catwilliams@quinnemanuel.com |
| Jonathan Tse (CA Bar No. 305468) | 555 Twin Dolphin Drive, 5th Floor |
| jonathantse@quinnemanuel.com | Redwood Shores, CA 94065 |
| 50 California Street, 22nd Floor | Telephone: (650) 801-5000 |
| San Francisco, CA 94111 | Facsimile: (650) 801-5100 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | |

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:09-CV-05718-SBA<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF NETLIST, INC.'S MOTION TO CHANGE THE HEARING DATES FOR DEFENDANT GOOGLE LLC'S MOTION TO STRIKE (DKT. 153) AND MOTION FOR SUMMARY JUDGMENT (DKT. 155) UNDER CIVIL L.R. 6-3 AND THE DECLARATION OF JASON SHEASBY AND EXHIBIT A ATTACHED THERETO** |

1  I, Jonathan Tse, declare as follows:

2  1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

3  2. I am making this declaration pursuant to Civil Local Rule 79-5(e) as an attorney for the "Designating Party," as that term is used in that rule.

4  3. On August 23, 2021, Plaintiff filed an administrative motion to file under seal portions of Plaintiff Netlist, Inc.'s Motion to Change the Hearing Dates for Defendant Google LLC's Motion to Strike (Dkt. 153) and Motion for Summary Judgment (Dkt. 155) Under Civil L.R. 6-3 ("Netlist's Motion to Change Hearing Dates") and the Declaration of Jason Sheasby ("Sheasby Declaration") and Exhibit A Attached Thereto. On the same day, I received an unredacted service copy of these documents.

5  4. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Civil Local Rule 79-5, an unredacted copy of which has been filed at Docket Entry 171. Based on my review, there is good cause to seal the following information:

| Document | Basis for Sealing |
|---|---|
| Netlist's Motion to Change Hearing Dates (Dkt. 171):<br><br>Portions highlighted in YELLOW at 3:12-14 | The redacted portions contain Google's confidential technical information regarding the operation of Google's systems, including Google's internal server components, including details related to the various memory modules that Google uses in those servers, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such highly confidential information reveals Google's internal strategy and systems regarding various important products, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 47 at 2-3. Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing |

| | |
|---|---|
| | products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal systems. Google respectfully requests that the Court order the redacted portions of Netlist's Motion to Change Hearing Dates to be filed under seal. |
| Sheasby Declaration<br><br>Portions highlighted in YELLOW at 5:11-14 | The redacted portions contain Google's confidential technical information regarding the operation of Google's systems, including Google's internal server components, including details related to the various memory modules that Google uses in those servers, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such highly confidential information reveals Google's internal strategy and systems regarding various important products, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 47 at 2-3. Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal systems. Google respectfully requests that the Court order the redacted portions of Netlist's Motion to Change Hearing Dates to be filed under seal. |

5. Google's request is narrowly tailored in order to protect its confidential information. These redactions are limited in scope and volume. Because the proposed redactions are narrowly tailored and limited to portions containing Google's highly-confidential or confidential information, Google requests that the portions of the aforementioned documents be redacted from any public version of those documents.

6. Google does not seek to redact or file under seal any of the remaining portions of Netlist's Motion to Change Hearing Dates or the Sheasby Declaration not indicated in the table above.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in San Francisco, California on August 27, 2021.

3
4  DATED:  August 27, 2021                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
5
6
                                              By      */s/ Jonathan Tse*
7                                                  Jonathan Tse

8                                                  *Attorney for Defendant*