IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:09-cv-05718-SBA<br><br>**DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE (Dkt. 180).** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 180)
CASE NO. 4:09-CV-05718-SBA

- 1 -

# DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, and counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness could testify competently to such facts under oath.

2. I submit this Declaration pursuant to Civil Local Rule 79-5(e) in support of Google LLC's ("Google") Administrative Motion for Filing Under Seal Google's Reply in Support of Its Motion to Strike (Dkt. 180), which moves the Court for an order to file under seal the following item related to Netlist: **portions of Google's Reply in Support of Its Motion to Strike, Dkt. 181, 5:2-8.**

3. Civil Local Rule 79-5(a) requires that every sealing request "be narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(a). "A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79–5(b).

4. The information requested to be sealed contains confidential information regarding Netlist's patents and Netlist's participation in the JEDEC Solid Technology Association ("JEDEC"), which is derived from non-public documents maintained by JEDEC on an area of its website restricted only to members of the JEDEC organization. I understand that Netlist considers non-public JEDEC documents such as the licensing offers and licensing communications as confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

5. In light of the foregoing, there are compelling reasons to seal the information described above.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 180)
CASE NO. 4:09-CV-05718-SBA

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on August 30, 2021, at Los Angeles, California.

3           By: */s/ Andrew J. Strabone*
4              Andrew J. Strabone
               *Attorney for Plaintiff*
5              Netlist Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 180)
CASE NO. 4:09-CV-05718-SBA