UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No:  4:09-cv-05718 SBA<br><br>**ORDER CLARIFYING DOCKET NOS. 183 AND 184** |

On August 25 and 26, 2021, Google LLC filed its: (1) "Motion to Remove Incorrectly Filed Documents; Dkt. Nos. 169-3, 170, and 170-11"; and (2) "Motion to Remove Incorrectly Filed Documents; Dkt. No. 156-12." Dkt. 175, 176. On September 3, 2021, the Court granted the same. Dkt. 183, 184. Upon further review, however, the proposed orders prepared by Google LLC are less than clear. To clarify, the Clerk shall permanently remove Docket Nos. 169-3, 170, 170-11, and 156-12. The corrected version of Docket Nos. 169-3 and 170 can be found at Docket No. 174-1, and the corrected version of Docket Nos. 170-11 and 156-12 can be found at Docket No. 174-2.

　　　　IT IS SO ORDERED.

Dated: 09/03/2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　Senior United States District Judge