QUINN EMANUEL URQUHART & SULLIVAN, LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | CASE NO. 4:09-CV-05718-SBA<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT'S OPPOSITION TO NETLIST'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Jonathan Tse, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Opposition to Netlist's Motion for Partial Summary Judgment. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as **Exhibit A** is a true and correct copy of U.S. Patent Application US 2006/0117152 A1, entitled "Transparent Four Rank Memory Module For Standard Two Rank Sub-Systems."

I, Jonathan Tse, certify under penalty of perjury that the foregoing is true and correct.

DATED: September 3, 2021          */s/ Jonathan Tse*
                                  Jonathan Tse