Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>GOOGLE LLC, <br><br>　　　　　Defendant. | Case No. 4:09-cv-05718-SBA <br><br>**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF ABSOLUTE INTERVENING RIGHTS (Dkt. 155)** <br><br>Date: November 10, 2021 <br><br>Time: 2:00 PM <br><br>Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SHEASBY DECLARATION ISO NETLIST'S OPPOSITION TO
GOOGLE'S SUMMARY JUDGMENT MOTION
4:09-cv-05718-SBA

**DECLARATION OF JASON G. SHEASBY**

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Opposition to Defendant Google LLC's ("Google") Motion for Summary Judgment on the Issue of Absolute Intervening Rights. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. A true and correct copy of U.S. Patent No. 7,619,912 (the "'912 patent") is attached as Exhibit 1.

2. A true and correct copy of excerpts from the *Inter Partes* Reexamination Non-Final Office Action, dated October 14, 2011, is attached as Exhibit 2.

3. A true and correct copy of excerpts from Netlist's July 5, 2011 Response to Office Action in *Inter Partes* Reexamination Communication Mailed April 4, 2011 is attached as Exhibit 3.

4. A true and correct copy of excerpts from the *Inter Partes* Reexamination Non-Final Office Action, dated November 13, 2012, is attached as Exhibit 4.

5. A true and correct copy of excerpts from Netlist's Response Brief, *Google LLC v. Netlist, Inc.*, No. 19-1720 (9th Cir. Dec. 12, 2019), is attached as Exhibit 5.

6. A true and correct copy of excerpts from Netlist's January 13, 2012 Response/Amendment in response to the October 14, 2011 Office Action is attached as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

SHEASBY DECLARATION ISO NETLIST'S OPPOSITION TO
GOOGLE'S SUMMARY JUDGMENT MOTION
4:09-cv-05718-SBA

Executed on September 3, 2021, at Los Angeles, California.

By: */s/ Jason G. Sheasby*
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

SHEASBY DECLARATION ISO NETLIST'S OPPOSITION TO
GOOGLE'S SUMMARY JUDGMENT MOTION
4:09-cv-05718-SBA