| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>David Perlson (CA Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Jared Newton (admitted *pro hac vice*)<br>jarednewton@quinnemanuel.com<br>Deepa Acharya (CA Bar No. 267654)<br>deepaacharya@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>*Attorneys for Defendant Google LLC* | IRELL & MANELLA LLP<br>Jason G. Sheasby (CA SBN 205455)<br>jsheasby@irell.com<br>Andrew J. Strabone (CA SBN 301659)<br>astrabone@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:09-CV-05718-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE SEALING DECLARATION FOR DKTS. 193 AND 196** |

1   Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant
2   Google LLC ("Defendant"), through their respective attorneys, declare as follows:
3   WHEREAS, Plaintiff filed its Administrative Motion to File Under Seal Netlist's Objection
4   to New Evidence in Google's Reply in Support of its Motion to Strike (Dkt. 181) and Exhibits
5   Attached Thereto, Dkt. 193, on September 3, 2021;
6   WHEREAS, Plaintiff filed its Administrative Motion to File Under Seal Netlist's Opposition
7   to Google's Motion for Summary Judgment on the Issue of Absolute Intervening Rights (Dkt. 155),
8   Dkt. 196, on September 3, 2021;
9   WHEREAS, in light of Local Rule 79-5(e)(1), Google requested a two-day extension on
10  September 7, 2021 to adequately evaluate the information in the motions and submit its sealing
11  declarations for Dkts. 193 and 196;
12  WHEREAS, Plaintiff does not oppose Google's request for a two-day extension to submit
13  its sealing declarations for Dkts. 193 and 196;
14  WHEREAS, Google's request for a two-day extension to submit its sealing declarations to
15  Dkts. 193 and 196 modifies no other dates in the schedule;
16  WHEREAS, the parties acknowledge that the only previous time modifications to the current
17  procedural schedule concerned the briefing of the issue of intervening rights (Dkt. 150), the briefing
18  on Defendant's Motion To Strike (Dkt. 152), and the hearing dates for Google's Motion to Strike
19  and Motion for Summary Judgment on Absolute Intervening Rights, and that no other time
20  modifications have been entered into this case.
21  NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree and
22  stipulate that:
23      i.  The deadline for Google to submit its sealing declarations for Dkts. 193 and 196 be
24          extended to **September 9, 2021**.
25      ii. No other changes will be made to the case schedule.
26
27  IT IS SO STIPULATED.
28

| | |
|---|---|
| DATED: September 7, 2021 | Respectfully submitted,<br>IRELL & MANELLA LLP<br><br>By  */s/ Jason G. Sheasby*<br>Jason G. Sheasby<br>*Attorney for Plaintiff*<br>Netlist, Inc. |
| DATED: September 7, 2021 | Respectfully submitted,<br>QUINN EMANUEL URQUHART & SULLIVAN<br><br>By  */s/ David Perlson*<br>David Perlson<br>*Attorney for Defendant*<br>Google LLC |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Perlson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ David Perlson*
    David Perlson

# [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. The deadline for Google to submit its sealing declarations for Dkts. 193 and 196 be extended to **September 9, 2021**.

ii. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: _____, 2021          _____
                                  Honorable Saundra Brown Armstrong
                                  United States District Judge