QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:09-CV-05718-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE SEALING DECLARATION FOR DKTS. 193 AND 196** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, Plaintiff filed its Administrative Motion to File Under Seal Netlist's Objection to New Evidence in Google's Reply in Support of its Motion to Strike (Dkt. 181) and Exhibits Attached Thereto, Dkt. 193, on September 3, 2021;

WHEREAS, Plaintiff filed its Administrative Motion to File Under Seal Netlist's Opposition to Google's Motion for Summary Judgment on the Issue of Absolute Intervening Rights (Dkt. 155), Dkt. 196, on September 3, 2021;

WHEREAS, in light of Local Rule 79-5(e)(1), Google requested a two-day extension on September 7, 2021 to adequately evaluate the information in the motions and submit its sealing declarations for Dkts. 193 and 196;

WHEREAS, Plaintiff does not oppose Google's request for a two-day extension to submit its sealing declarations for Dkts. 193 and 196;

WHEREAS, Google's request for a two-day extension to submit its sealing declarations to Dkts. 193 and 196 modifies no other dates in the schedule;

WHEREAS, the parties acknowledge that the only previous time modifications to the current procedural schedule concerned the briefing of the issue of intervening rights (Dkt. 150), the briefing on Defendant's Motion To Strike (Dkt. 152), and the hearing dates for Google's Motion to Strike and Motion for Summary Judgment on Absolute Intervening Rights, and that no other time modifications have been entered into this case.

NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree and stipulate that:

   i. The deadline for Google to submit its sealing declarations for Dkts. 193 and 196 be extended to **September 9, 2021**.
   ii. No other changes will be made to the case schedule.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: September 7, 2021 | Respectfully submitted, |
| 4 | | IRELL & MANELLA LLP |
| 5 | | |
| 6 | | By  /s/ Jason G. Sheasby |
| | | Jason G. Sheasby |
| 7 | | *Attorney for Plaintiff* |
| | | Netlist, Inc. |
| 8 | DATED: September 7, 2021 | Respectfully submitted, |
| 9 | | QUINN EMANUEL URQUHART |
| | | & SULLIVAN |
| 10 | | |
| 11 | | By  /s/ David Perlson |
| 12 | | David Perlson |
| | | *Attorney for Defendant* |
| 13 | | Google LLC |

CASE NO. 4:09-CV-05718-SBA
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION TO FILE SEALING DECLARATIONS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Perlson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ David Perlson*
David Perlson

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. The deadline for Google to submit its sealing declarations for Dkts. 193 and 196 be extended to **September 9, 2021**.

ii. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: September 9, 2021

_____
Honorable Saundra Brown Armstrong
United States District Judge