IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (*pro hac vice*)
jarednewton@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 09-05718 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENDING REPLY BRIEF DEADLINES AND RESCHEDULING HEARING DATE FOR GOOGLE'S MOTION TO STRIKE (DKT. 153), GOOGLE'S MOTION FOR SUMMARY JUDGMENT (DKT. 155) AND NETLIST'S MOTION FOR SUMMARY JUDGMENT (DKT. 156)** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, pending before the Court are Defendant's Motion to Strike Plaintiff's New Assertion of Claim 16 and New Dates for Priority and Conception that Were Not in Its Original Patent Local Rule 3-1 Disclosures ("Defendant's Motion to Strike") (Dkt. 153); Defendant's Motion for Summary Judgment on the Issue of Absolute Intervening Rights ("Defendant's Motion for Summary Judgment") (Dkt. 155); and Plaintiff's Motion for Partial Summary Judgment on Google's Intervening Rights Defense for Claim 16 ("Plaintiff's Motion for Partial Summary Judgment") (Dkt. 156).

WHEREAS, the Court set the hearing date for all three motions to November 10, 2021. Dkt. 192.

WHEREAS, the deadline for the parties to file their reply briefs in support of their respective motions for summary judgment is September 17, 2021.

WHEREAS, Defendant desires to take the deposition of Plaintiff's declarant Dr. Murali Annavaram in advance of filing its reply on Defendant's Motion for Summary Judgment and seeks additional time to file its reply thereafter. In particular, Dr. Annavaram is available for deposition on September 17, 2021, and Defendant seeks to extend the deadline to file their reply until September 21, 2021 in order to incorporate Dr. Annavaram's deposition testimony into the reply as necessary.

WHEREAS, Plaintiff does not oppose Defendant's request for an extension for the deadline to file its reply brief from September 17, 2021 to **September 21, 2021**, and Defendant does not oppose a similar extension for Plaintiff's deadline to file its reply brief.

WHEREAS, Plaintiff's lead counsel learned of a scheduling conflict with the November 10, 2021 hearing date for Plaintiff's Motion for Summary Judgment and Defendant's Motion to Strike

and Motion for Summary Judgment and a claim construction hearing set for the same date in another matter on which Plaintiff's lead counsel is lead counsel (*United Services Automobile Ass'n v. PNC Bank N.A.*, No. 2:20-cv-319 in the Eastern District of Texas).  A calendaring error that is solely the responsibility of Plaintiff's lead counsel resulted in this conflict not being apparent before Friday, September 10.

WHEREAS, Plaintiff's lead counsel is also lead counsel for the defendant in *Albritton v. Acclarent, Inc.*, No.3:16-cv-03340 in the Northern District of Texas ("*Albritton*").  Trial in *Albritton* is set to begin on October 17, 2021—with pre-trial preparation set to begin the week prior—and trial is expected to continue through at least November 5, 2021.  Defendant's lead trial counsel is also not available on or prior to October 8, 2021, leaving no dates in October that are free of a scheduling conflict.

WHEREAS, Plaintiff's lead counsel is also lead trial counsel in *KAIFI LLC v. T-Mobile US, Inc.*, No. 2:30-CV-281 ("*KAIFI*"), in the Eastern District of Texas.  Trial in *KAIFI* is set to begin on December 6, 2021 and is expected to continue through at least December 11, 2021, thus creating a direct scheduling conflict with the next available hearing date per the Court's Standing Order for civil cases.

WHEREAS, Plaintiff recognizes that this Court's schedule is highly impacted and that the request to schedule a hearing on an off-calendar date places a burden on the Court.

WHEREAS, in light of the above scheduling conflicts, Plaintiff respectfully requests the Court move the hearing date for all three motions from November 10, 2021 to **November 8, 2021**, subject to the Court's availability for a hearing on an off-calendar date.

WHEREAS, Defendant does not oppose Plaintiff's request to reschedule the hearing date for all three motions to November 8, 2021.

WHEREAS, Defendant's lead counsel has a trial conflict after November 10, 2021, and therefore November 8, 2021, is the only date in November that does not present a scheduling conflict.  The resolution of these motions is extremely important to Plaintiff because until the motions are heard, the case cannot progress.  As a result Plaintiff seeks any opportunity to hold the hearing in November.

WHEREAS, the parties acknowledge that the only previous time modifications to the current procedural schedule concerned: the briefing of the issue of intervening rights (Dkt. 150); the briefing on Defendant's Motion To Strike (Dkt. 152); the hearing dates for Google's Motion to Strike and Motion for Summary Judgment on Absolute Intervening Rights (Dkt. 192); and Defendant's filing of sealing declarations in support of Plaintiff's administrative motions to file under seal (Dkt. 198). No other time modifications have been entered into this case.

NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree and stipulate that:

  i. The deadline for the parties to file their reply briefs in support of their respective motions will be extended from September 17, 2021 to **September 21, 2021**.
  ii. The hearing on Defendant's Motion to Strike, Defendant's Motion For Summary Judgment, and Plaintiff's Motion for Partial Summary Judgment will be rescheduled from November 10, 2021 to **November 8, 2021**, subject to the Court's availability.
  iii. No other changes will be made to the case schedule.

IT IS SO STIPULATED.

DATED: September 14, 2021              Respectfully submitted,
                                                    IRELL & MANELLA LLP


                                       By  /s/ *Jason G. Sheasby*
                                           Jason G. Sheasby
                                           *Attorney for Plaintiff*
                                           Netlist, Inc.

DATED: September 14, 2021              Respectfully submitted,
                                                    QUINN EMANUEL URQUHART
                                                         & SULLIVAN


                                       By  /s/ *Jared Newton*
                                           Jared Newton
                                           *Attorney for Defendant*
                                           Google LLC

### **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.


                                       By  */s/ Jason G. Sheasby*
                                           Jason G. Sheasby

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. The deadline for the parties to file their reply briefs in support of their respective motions will be extended from September 17, 2021 to **September 21, 2021**.

ii. The hearing on Defendant's Motion to Strike, Defendant's Motion For Summary Judgment, and Plaintiff's Motion for Partial Summary Judgment will be rescheduled from November 10, 2021 to **November 8, 2021**.

iii. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: _____, 2021      _____
                                                    Honorable Saundra Brown Armstrong
                                                    United States District Judge