1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 4:09-cv-05718-SBA

**DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS AND EXHIBITS 1, 5, 7-10, AND 12-16 THERETO (Dkt. 205)**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 205)
CASE NO. 4:09-CV-05718-SBA

## DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1.     I am an attorney at the law firm of Irell & Manella LLP, and counsel of record for Plaintiff Netlist, Inc. ("Netlist").  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness could testify competently to such facts under oath.

2.     I submit this Declaration pursuant to Civil Local Rule 79-5(e) in support of Google LLC's ("Google") Administrative Motion to File Under Seal Google's Motion to Amend Answer and Counterclaims ("Motion") and Exhibits 1, 5, 7-10, and 12-16 Thereto (Dkt. 205), which moves the Court for an order to file under seal the following items:

- **Portions of Google's Motion, Dkt. 205-4, at 4:12-15, 4:21-23, 5:16-21, 5:25, 5:27-28, 6:1, 6:4-8, 6:17-25, 7:1-6, 11:13-14, 13:20-22, and 13:25-26;**

- **Exhibits 7-10, 12-13, and 15-16 to the Shen Declaration in support of Google's Motion.**

3.     Civil Local Rule 79-5(a) requires that every sealing request "be narrowly tailored to seek sealing only of sealable material."  Civil L.R. 79-5(a).  "A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79–5(b).

4.     Exhibit 7 is a collection of licensing communications and offers with the JEDEC Solid State Technology Association ("JEDEC") concerning U.S. Patent No. 7,619,912.  Portions of Google's Motion reflect the confidential information contained in Exhibit 7.  Dkt. 205-4 at 5:16-21, 6:6-8, 6:17-25, 7:1-6.  Exhibit 7 contains non-public documents maintained by JEDEC on an area of its website restricted only to members of the JEDEC organization.  I understand that Netlist considers non-public JEDEC documents such as the licensing offers, licensing communications, and disclosure of its patents as confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

5.     Exhibit 8 is an excerpt from the March 23, 2010 deposition of Mario Martinez in *Google v. Netlist*, Case No. 08-4144-SBA. Portions of Google's Motion reflect the confidential

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 205)
CASE NO. 4:09-CV-05718-SBA

information contained in Exhibit 8.  Dkt. 205-4 at 5:25.  Exhibit 8 is designated "Confidential" under the terms of the Stipulated Protective Order (Dkt. 47), ¶ 26, and contains, reflects, or summarizes information regarding Netlist's patents and Netlist's participation at JEDEC, including confidential information regarding research and development efforts related to Netlist's technology, intellectual property, and related internal strategy.  I understand that Netlist considers such information confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

6.      Exhibit 9 is an excerpt from the March 30, 2010 deposition of John P. Kelly, in *Google v. Netlist*, Case No. 08-4144-SBA.  Portions of Google's Motion reflect the confidential information contained in Exhibit 9. Dkt. 205-4 at 5:25.  Exhibit 9 is designated "Highly Confidential Pursuant to Protective Order," under the terms of the Stipulated Protective Order (Dkt. 47), ¶ 26, and contains, reflects, or summarizes information regarding Netlist's patents and Netlist's participation at JEDEC, including Netlist's confidential information regarding licensing communications and offers with JEDEC.  I understand that Netlist considers such information confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

7.      Exhibit 10 is an excerpt from the September 17, 2010 deposition of Jayesh Bhakta in *Netlist v. Google*, Case No. 09-5718-SBA.  Portions of Google's Motion reflect the confidential information contained in Exhibit 10. Dkt. 205-4 at 5:27-6:1, 6:4-5.  Exhibit 10 is designated "Highly Confidential – Attorneys' Eyes Only," under the terms of the Stipulated Protective Order (Dkt. 47), ¶ 26, and contains, reflects, or summarizes information regarding Netlist's patents and Netlist's participation at JEDEC, including confidential information regarding research and development efforts related to Netlist's technology, intellectual property, and related internal strategy.  I understand that Netlist considers such information confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

8.      Exhibits 12 and 13 are licensing agreements between Netlist and third-party manufacturers, which are both designated "Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order (Dkt. 47), ¶ 26, and contains sensitive, highly confidential, non-

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 205)
CASE NO. 4:09-CV-05718-SBA

public information regarding Netlist's licensees and licensing activity.   Relatedly, Exhibit 16 is a letter from counsel for Google dated August 10, 2021, which is designated "Outside Attorneys Eyes Only," under the terms of the stipulated protective order (Dkt. 47), ¶ 26, and that contains, reflects, or summarizes the confidential information in the licensing agreements reproduced as Exhibits 12 and 13.  Portions of Google's Motion reflect the confidential information contained in Exhibits 12 and 13.  Dkt. 205-4 at 8:1, 8:3-6.  Netlist has third party confidentiality obligations  under the terms of both agreements.  Moreover, I understand that Netlist considers these agreements confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

9.     Exhibit 15 is a production letter accompanying Netlist's July 16, 2021 production of third-party licensing agreements, which contains non-public information regarding Irell & Manella LLP's external file-sharing system.  The highlighted portion of this letter contains the credentials used to access the confidential materials identified as Exhibit 12 and 13 to the motion.  As such, the highlighted portion of this letter should be redacted.

10.    In light of the foregoing, there are compelling reasons to seal the information described above.  Netlist's request is narrowly tailored to protect the confidential information. Netlist does not seek the redaction or sealing of any of the remaining portions of Google's Motion and the exhibits attached thereto not indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2021, at Los Angeles, California.

By: */s/ Andrew J. Strabone*

Andrew J. Strabone
*Attorney for Plaintiff Netlist Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

- 3 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION TO FILE UNDER SEAL (Dkt. 205)
CASE NO. 4:09-CV-05718-SBA