IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL NETLIST'S OPPOSITION TO DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS (Dkt. 206) AND EXHIBITS 1, 3, 4, 5, AND 6 ATTACHED THERETO** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
4:09-cv-05718-SBA

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Netlist, Inc. ("Netlist") hereby brings this Administrative Motion to File Under Seal certain portions of Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims (Dkt. 206) ("Opposition") and Exhibits 1, 3, 4, 5, and 6 Attached Thereto.

Civil Local Rule 79-5(a) requires that every sealing request "be narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(a). "A sealing order may issue only upon a request that establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79–5(b).

Netlist seeks to seal certain portions of Netlist's Opposition and exhibits 1, 3, 4, 5, and 6, specifically:

| Document | Portions Sought to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Netlist's Opposition | Portions highlighted at 15:10-11. | Netlist |
|  | Portions highlighted at 1:17-18, 2:20-25, 2:27-3:1, 3:2-3, 14:17-19, 14:24-25, 15:6-7, 15:10, 15:12-13. | Google |
| Ex. 1 (Google's July 16, 2021 R&Os to Interrog. No. 3) | Entirety | Google |
| Ex. 3 (Google's May 19, 2021 R&Os to Interrog. Nos. 1-4). | Entirety | Google |
| Ex. 4 (Netlist's June 18, 2021 Amended Infringement Contentions) | Portions highlighted at 3:27-28, 6:12-13. | Netlist |
| Ex. 5 (Google's Aug. 30, 2021 R&Os to Interrog. Nos. 1-2) | Entirety | Google |
| Ex. 6 (Netlist's May 19, 2021 DDR4 Claim Chart) | Portions highlighted at 2. | Netlist |

The portions of Netlist's Opposition highlighted at 15:10-11 contain information that Netlist has designated as "Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
4:09-cv-05718-SBA

1  Order (Dkt. 47), ¶ 26. Specifically, these portions reflect, summarize, or reproduce confidential
2  information regarding licensing agreements between Netlist and third parties. These portions of
3  Netlist's Opposition contain sensitive, highly confidential, non-public information regarding
4  Netlist's licensees and licensing activity, and third-party confidential information that Netlist is
5  obligated to protect under the terms of both licensing agreements.

6  Exhibit 4 is an excerpt from Netlist's June 18, 2021 Amended Disclosure of Asserted Claims
7  and Infringement Contentions. Exhibit 6 is an excerpt from Netlist's May 19, 2021 DDR4 Claim
8  Chart. Both exhibits contains information that Netlist has designated as "Highly Confidential –
9  Attorneys' Eyes Only," including confidential information derived from the September 17, 2010
10 deposition of Jayesh Bhakta in *Google v. Netlist*, Case No. 08-cv-4144 (N.D. Cal.), at 10:10-14,
11 11:22-12:16. Mr. Bhakta's testimony discusses the research and development of Netlist's
12 technology and intellectual property—including information regarding the conception and reduction
13 to practice of the patent-in-suit, U.S. Patent No. 7,619,912—which is information that Netlist keeps
14 confidential in the normal course of business, and public disclosure of such information would cause
15 competitive harm. This information is designated as "Protected Information" under the terms of the
16 Court's Protective Order (Dkt. 47), ¶ 26. Additionally, Netlist has also redacted other information
17 in Exhibit 4 derived from Google's May 19, 2021 Responses and Objections to Netlist's
18 Interrogatories 1-4, consistent with Netlist's obligations under the Protective Order and Google's
19 statement that any information that contains information on Google's memory module usage should
20 be filed under seal.

21 The portions of Netlist's Opposition highlighted at 1:17-18, 2:20-25, 2:27-3:1, 3:2-3, 14:17-
22 19, 14:24-25, 15:6-7, 15:10, 15:12-13 and Exhibits 1, 3, and 5 contain information that Google has
23 previously designated as "Confidential" or "Confidential – Attorneys' Eyes Only" according to the
24 Stipulated Protective Order (Dkt. 47). Pursuant to Civil Local Rule 79-5(e), Google bears the
25 responsibility to establish that these exhibits are sealable.

26 For the foregoing reasons, Netlist respectfully requests that the unredacted version of
27 Netlist's Opposition and Exhibits 4 and 6 remain under seal.

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
4:09-cv-05718-SBA

| | | |
|---|---|---|
| 1 | Dated: October 1, 2021 | Respectfully submitted, |
| 2 | | IRELL & MANELLA LLP |
| 3 | | By: */s/  Jason G. Sheasby* |
| 4 | | Jason G. Sheasby |
| | | jsheasby@irell.com |
| 5 | | Andrew J. Strabone |
| 6 | | astrabone@irell.com |
| | | IRELL & MANELLA LLP |
| 7 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, California 90067 |
| 8 | | Telephone: (310) 277-1010 |
| | | Facsimile: (310) 203-7199 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff Netlist, Inc.* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
4:09-cv-05718-SBA

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance. I further certify that on October 1, 2021, the unredacted version of the foregoing was served on counsel of record who have made a formal appearance.

By: */s/       Yanan Zhao*
    Yanan Zhao

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
4:09-cv-05718-SBA