IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS (Dkt. 206)** <br><br> Date: November 10, 2021 <br><br> Time: 2:00 PM <br><br> Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION TO AMEND
CASE NO. 4:09-CV-05718-SBA

# [PROPOSED] ORDER

Having considered Defendant Google LLC's ("Google") Motion to Amend Answer and Counterclaims (Dkt. 206) ("Motion to Amend"), Netlist's Opposition, the Reply, authorities cited in the briefs, supporting documents and evidence, and oral arguments, this Court hereby finds that Google's Motion to Amend fails to show good cause and meet the standard for amending pleadings under Federal Rules of Civil Procedures 16(b) and 15(a).

First, Google fails to show good cause to add the unfair competition law ("UCL") claim under Cal. Bus. & Prof. Code § 17200 *et seq.* Fed. R. Civ. P. 16(b); *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 736 (9th Cir. 2013). The proposed amendment is also futile because it is time barred, and because it fails to state a plausible claim under any prong of the UCL. Cal. Bus. & Prof. Code § 17208; Fed. R. Civ. P. 15(a).

Second, Google's proposed inequitable conduct defense is futile because Google fails to allege a material misrepresentation of fact and fails to allege that any individual connected with the reexamination of the patent-in-suit acted with the requisite specific intent to deceive. Fed. R. Civ. P. 15(a); *Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312, 1327 (Fed. Cir. 2009).

Third, Google's proposed intervening rights defense is sought in bad faith, as reflected in Google's discovery conduct. Fed. R. Civ. P. 15(a); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992).

Accordingly, Google's Motion to Amend is hereby **DENIED IN PART**, specifically as to Google's proposed UCL claim, inequitable conduct defense, and intervening rights defense.

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
Honorable Saundra Brown Armstrong
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION TO AMEND
CASE NO. 4:09-CV-05718-SBA