Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 4:09-cv-05718-SBA<br><br>**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST'S OPPOSITION TO DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS (Dkt. 206)**<br><br>Date: November 10, 2021<br><br>Time: 2:00 PM<br><br>Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SHEASBY DECLARATION ISO NETLIST'S OPP.
TO DEFENDANT'S MOTION TO AMEND
4:09-cv-05718-SBA

## DECLARATION OF JASON G. SHEASBY

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Opposition to Defendant Google LLC's ("Google") Motion to Amend Answer and Counterclaims (Dkt. 206). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. A true and correct copy of Google's Second Supplemental Responses and Objections to Netlist's Interrogatory No.3, dated July 16, 2021, is attached as <u>Exhibit 1</u>.

2. A true and correct copy of the June 1, 2018 Decision of the Patent Trial and Appeals Board in Appeal No. 2018-003618 is attached as <u>Exhibit 2</u>.

3. A true and correct copy of excerpts from Google's Second Supplemental Responses and Objections to Netlist's Interrogatory Nos. 1-4, dated May 19, 2021, is attached as <u>Exhibit 3</u>.

4. A true and correct copy of the cover pleading from Netlist's Amended Disclosure of Asserted Claims and Infringement Contentions, dated June 18, 2021, is attached as <u>Exhibit 4.</u>

5. A true and correct copy of Google's Second Supplemental Objections and Responses to Netlist's Interrogatory Nos. 1 and 2, dated August 30, 2021, is attached as <u>Exhibit 5</u>.

6. A true and correct copy of excerpts from Netlist's DDR4 Claim Chart, dated May 19, 2021, is attached as <u>Exhibit 6</u>.

7. A true and correct copy of Netlist's First Set of Interrogatories, dated April 19, 2021, is attached as <u>Exhibit 7</u>.

8. A true and correct copy of U.S. Patent No. 7,619,912 is attached as <u>Exhibit 8</u>.

9. A true and correct copy of a redline comparison of Google's original answer (Dkt. 18) and Google's proposed amended answer and counterclaims (Dkt. 206-2) is attached as <u>Exhibit 9</u>.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SHEASBY DECLARATION ISO NETLIST'S OPP.
TO DEFENDANT'S MOTION TO AMEND
4:09-cv-05718-SBA

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2021 at Los Angeles, California.

By: */s/ Jason G. Sheasby*
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

SHEASBY DECLARATION ISO NETLIST'S OPP.
TO DEFENDANT'S MOTION TO AMEND
4:09-cv-05718-SBA