UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br>     Plaintiff, <br> vs. <br> GOOGLE LLC, <br>     Defendant. <br> AND RELATED COUNTERCLAIM. | Case No: 4:09-cv-05718 SBA <br><br> **ORDER** |

    The hearing currently set for November 10, 2021 is CONTINUED to January 12, 2022 due to the assigned judge's unavailability. The stay of discovery on issues other than intervening rights shall remain in effect pending resolution of the motions set for hearing.

    IT IS SO ORDERED.

Dated: November 9, 2021

_____
Richard Seeborg
United States District Judge