IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **NETLIST INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
4:09-cv-05718-SBA

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Netlist, Inc. ("Netlist") hereby brings this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Netlist's Motion to Transfer Venue and Exhibits 3, 4, 10, and 12-19 attached thereto, which contain, reflect, or summarize information designated by Defendant Google LLC ("Google") as confidential under the terms of the Stipulated Protective Order (Dkt. 47).

For documents designated as confidential by another party or non-party (the "Designating Party"), civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3).

Netlist identifies the following as containing, reflecting, or summarizing information designated as confidential by Google for which sealing is sought:

- Portions of Netlist's Motion to Transfer Venue highlighted in yellow at 4:22-23, 4:24-25, 4:26-5:2, 6:6-7, 7:13-14, 9:9-19.

- Exhibit 3: excerpts of the March 11, 2010 deposition of Andrew Dorsey, *Google v. Netlist*, Case No. 08-cv-4144, 21:10-12, designated "Confidential – Attorneys' Eyes Only."

- Exhibit 4: excerpts of the March 23, 2010 deposition of Norman Haus, *Google v. Netlist*, Case No. 08-cv-4144, 57:6-10, designated "Confidential – Attorneys' Eyes Only."

- Exhibit 10: Google's August 10, 2021 letter from Deepa Acharya to Jason Sheasby, designated "Confidential Outside Attorneys Eyes Only."

- Exhibit 12: January 13, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 13: January 13, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 14: January 12, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 15: January 12, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
4:09-cv-05718-SBA

- Exhibit 16: January 12, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 17: January 12, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 18: January 18, 2022 printout of a webpage of one of Google's suppliers, where the supplier's identity was derived from material designated "Confidential – Attorneys' Eyes Only."

- Exhibit 19: Google's July 16, 2021, Supplemental Responses and Objections to Netlist's Interrogatory No. 3, designated "Confidential – Attorneys' Eyes Only."

Netlist respectfully requests that the above identified portions of Netlist's Motion to Transfer and Exhibits 3, 4, 10, and 12-19 thereto provisionally remain under seal. Pursuant to Civil Local Rule 79-5(f), Google bears the responsibility to establish that the highlighted portions of Netlist's Motion to Transfer Venue and Exhibits 3, 4, 10, and 12-19 thereto are sealable.

Dated: January 18, 2022         Respectfully submitted,

IRELL & MANELLA LLP

By: */s/  Jason G. Sheasby*

Jason G. Sheasby
jsheasby@irell.com
Andrew J. Strabone
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
4:09-cv-05718-SBA

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.  I further certify that on January 18, 2022, the unredacted version of the foregoing were served on counsel of record who have made a formal appearance.

By: */s/    Yanan Zhao*
Yanan Zhao

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
4:09-cv-05718-SBA