Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:09-cv-05718-SBA <br><br> **DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S MOTION TO TRANSFER VENUE** <br><br> Hearing Date: March 9, 2022 <br> Time: 2:00 PM <br> Location: Oakland Courthouse |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SHEASBY DECLARATION ISO
NETLIST'S MOTION TO TRANSFER VENUE
4:09-cv-05718-SBA

**DECLARATION OF JASON G. SHEASBY**

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist, Inc.'s Motion to Transfer Venue (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. On January 18, 2022, Netlist met and conferred with counsel for Google in a good-faith effort to resolve the issues raised in this motion. At the meet and confer, Google did not respond to any of the arguments made in the draft of Netlist's Motion to Transfer shared with it a few days ago. When Netlist's counsel asked if there were any questions that Netlist could answer, Google's counsel remained silent. Instead, they simply announced that Netlist was "forum shopping." Google also refused to agree to have a magistrate judge decide this motion to transfer. Google's only explanation for this opposition was that it objected to Netlist "want[ing] to have it [how this case can proceed] judge[d] quickly."

2. Attached as Exhibit 1 is a true and correct copy of a report generated by Docket Navigator, https://docketnavigator.com, on January 11, 2022. The report compares the resolution of patent cases in the United States District Court for the Northern District of California and the United States District Court for the Southern District of California between 2011 and 2022, and shows that patent cases in the Northern District have an average time of 603.9 days to termination, while patent cases in the Central District have an average time of 352.6 days to termination.

3. Attached as Exhibit 2 is a true and correct copy of an Application to Obtain a Combination Permit from the City of Santa Monica dated August 9, 2005, showing that Google had been the tenant at 604 Arizona Avenue, Santa Monica, CA 90401-1610.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the March 11, 2010 deposition of Andrew Dorsey, *Google v. Netlist*, Case No. 08-cv-4144.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the March 23, 2010 deposition of Norman Haus, *Google v. Netlist*, Case No. 08-cv-4144.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

SHEASBY DECLARATION ISO
NETLIST'S MOTION TO TRANSFER VENUE
4:09-cv-05718-SBA

6. Attached as Exhibit 5 is a true and correct copy of the Subordination, Non-Disturbance and Attornment Agreement between Google and Barclays Bank PLC, dated October 24, 2011, showing that since at least April 28, 2005, Google had been the tenant at 604 Arizona Avenue, Santa Monica, California.

7. Attached as Exhibit 6 is a true and correct copy of the May 11, 2020 article, *Netflix and Google Are Poised to Dominate L.A. After the Pandemic*, at https://dot.la/netflix-google-los-angeles-2645965570.html (retrieved on January 13, 2022).

8. Attached as Exhibit 7 is a true and correct copy of the webpage https://careers.google.com/ showing a search on January 17, 2022 for jobs at Google's Los Angeles and Irvine locations. The search result shows 289 job openings at Google's Los Angeles locations and 69 job openings at Google's Irvine location.

9. Attached as Exhibit 8 is a true and correct copy of the webpage https://cloud.google.com/blog/topics/infrastructure/our-los-angeles-cloud-region-open-for-business (retrieved on January 14, 2022), which shows a Google Blog post dated July 16, 2018 announcing that Google's "Los Angeles Google Cloud Platform region is officially open for business."

10. Attached as Exhibit 9 is a true and correct copy of the webpage https://cloud.google.com/about/locations (retrieved on January 12, 2022), which shows that Google provides cloud computing and storage services from Los Angeles, California.

11. Attached as Exhibit 10 is a true and correct copy of a letter dated August 10, 2021 from Google's counsel Deepa Acharya to Netlist's counsel Jason Sheasby.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of United States District Courts – Federal Court Management Statistics – Summary for the reporting period ending June 30, 2021, at https://www.uscourts.gov/file/34619/download (retrieved on January 10, 2022).

13. Attached as Exhibit 12 is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 13, 2022).

14. Attached as Exhibit 13 is a true and correct copy of one of Google's suppliers of the accused products (retrieved on January 13, 2022).

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

SHEASBY DECLARATION ISO
NETLIST'S MOTION TO TRANSFER VENUE
4:09-cv-05718-SBA

15. Attached as <u>Exhibit 14</u> is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 12, 2022).

16. Attached as <u>Exhibit 15</u> is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 12, 2022).

17. Attached as <u>Exhibit 16</u> is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 12, 2022).

18. Attached as <u>Exhibit 17</u> is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 12, 2022).

19. Attached as <u>Exhibit 18</u> is a true and correct copy of the webpage of one of Google's suppliers of the accused products (retrieved on January 18, 2022).

20. Attached as <u>Exhibit 19</u> is a true and correct copy of excerpts from Defendant Google LLC's Second Supplemental Objections and Responses to Netlist Inc.'s Interrogatory No. 3.

21. Attached as <u>Exhibit 20</u> is a true and correct copy of the article titled, *Google Making Its Mark on the L.A. Technology Scene*, which was published on February 12, 2007 in the Los Angeles Business Journal, https://labusinessjournal.com/news/2007/feb/12/google-making-its-mark-on-the-la-technology-scene/ (retrieved on January 14, 2022).

22. Attached as <u>Exhibit 21</u> is a true and correct copy of the LinkedIn profile of Mr. Rob Sprinkle from the webpage https://www.linkedin.com/in/robsprinklehi/ (retrieved on January 14, 2022).

23. Attached as <u>Exhibit 22</u> is a true and correct copy of the LinkedIn profile of Mr. Rob Dorsey from the webpage https://www.linkedin.com/in/andrewdorsey/ (retrieved on January 14, 2022).

24. Attached as <u>Exhibit 23</u> is a true and correct copy of the webpage https://www.knobbe.com/offices/orange-county (retrieved on January 14, 2022).

25. Attached as <u>Exhibit 24</u> is a true and correct copy of the LinkedIn profile of Mr. Jon Siann from the webpage https://www.linkedin.com/in/jonsiann/ (retrieved on January 18, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2022 at Los Angeles, California.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

SHEASBY DECLARATION ISO
NETLIST'S MOTION TO TRANSFER VENUE
4:09-cv-05718-SBA

|   |   |
|---|---|
| 1 | By: */s/ Jason G. Sheasby* |
| 2 | Jason G. Sheasby |
|   | jsheasby@irell.com |
| 3 | IRELL & MANELLA LLP |
|   | 1800 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 277-1010 |
| 5 | Facsimile: (310) 203-7199 |
| 6 | *Attorney for Plaintiff Netlist, Inc.* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 5 -

SHEASBY DECLARATION ISO
NETLIST'S MOTION TO TRANSFER VENUE
4:09-cv-05718-SBA