UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETLIST, INC.,

    Plaintiff,

v.

GOOGLE, LLC,

    Defendant.

Case No.  09-cv-05718-SBA   (RS)

**REASSIGNMENT ORDER**

GOOD CAUSE APPEARING THEREFOR,

Pursuant to the agreement of the undersigned judges, IT IS ORDERED that this case is reassigned to the Honorable Richard Seeborg for all further proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials **RS** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Briefing schedules, including ADR and other deadlines remain unchanged.

Dated: January 25, 2022

_____
Transferring Judge – Judge Seeborg for Judge Armstrong

_____
Accepting Judge

_____
Chief Judge (for the Executive Committee)