1  IRELL & MANELLA LLP
   Jason G. Sheasby (CA SBN 205455)
2  jsheasby@irell.com
   Andrew J. Strabone (CA SBN 301659)
3  astrabone@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067
5  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
6
7  *Attorneys for Plaintiff Netlist, Inc.*

8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| NETLIST, INC., | ) Case No. 3:09-cv-05718-RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **PLAINTIFF NETLIST, INC.'S RE-NOTICE OF MOTIONS** |
| GOOGLE LLC, | ) |
| Defendant. | ) Hearing Date: March 3, 2022<br>) Time: 1:30 PM<br>) Location: San Francisco Courthouse |

## RE-NOTICE OF MOTIONS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please take notice that on **March 3, 2022, at 1:30 pm** or as soon thereafter as the matter may be heard in the United States District Court, at the San Francisco Courthouse, Courtroom 3-17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or remotely should the Court so order, before the Honorable Chief District Judge Richard Seeborg, Plaintiff Netlist, Inc. ("Netlist") will and hereby does move:

(1) for an order transferring the instant action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404, (previously filed at Dkt. 224); and

(2) for an order granting Netlist's motion for partial summary judgment on Google's intervening rights defense in claim 16 of the patent-in-suit, (previously filed at Dkt. 156).

Netlist originally filed its Motion to Transfer Case on January 18, 2022 (Dkt. 224) and Motion for Partial Summary Judgment on Intervening Rights in Claim 16 on July 30, 2021 (Dkt. 156). Subsequently, this case was reassigned to Chief District Judge Richard Seeborg, and all previously noticed motions were vacated (Dkt. 225). Pursuant to the Court's Reassignment Order (Dkt. 225) and the Clerk's Notice re Reassigned Case (Dkt. 226), Netlist hereby re-notices its pending motions for a new hearing date according to Judge Seeborg's available dates.

Netlist sought to notice these motions for hearing on February 24, 2021. Google refused to agree to this date.

Netlist's motions are based on previously filed notices of motion, the accompanying memoranda of points and authorities, declarations and exhibits attached thereto, all documents in this Court's file, and such other written or oral argument as may be presented at or before the time the motions are heard by the Court.

Dated: January 26, 2022

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Jason G. Sheasby*
    Jason G. Sheasby
    jsheasby@irell.com
    Andrew J. Strabone

astrabone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.

By: /s/     *Yanan Zhao*
             Yanan Zhao