QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-CV-05718-RS<br><br>**DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTIONS**<br><br>Hearing Date: March 3, 2022<br>Time: 1:30 PM<br>Location: San Francisco Courthouse |

**RE-NOTICE OF MOTIONS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on **March 3, 2022, at 1:30 pm** or as soon thereafter as the matter may be heard in the United States District Court, at the San Francisco Courthouse, Courtroom 3- 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or remotely should the Court so order, before the Honorable Chief District Judge Richard Seeborg, Defendant Google LLC ("Google") will and hereby does move:

1. for an order granting Google's Motion to Strike Plaintiff's New Assertion of Claim 16 and New Dates for Priority and Conception that Were Not in Its Original Patent Local Rule 3-1 Disclosures (previously filed at Dkt. 153); and

2. for an order granting Google's Motion for Summary Judgement on the Issue of Absolute Intervening Rights (previously filed at Dkt. 155); and

3. for an order granting Google's Motion to Amend its Answer and Counterclaims (previously filed at Dkt. 206).

On July 30, 2021, Google filed its Motion to Strike Plaintiff's New Assertion of Claim 16 and New Dates for Priority and Conception that Were Not in Its Original Patent Local Rule 3-1 Disclosures (Dkt. 153) and Motion for Summary Judgement on the Issue of Absolute Intervening Rights (Dkt. 155) and noticed the hearing dates for September 8, 2021 and October 13, 2021, respectively. On September 3, 2021, the Court granted Netlist's request to move the hearing dates to November 10, 2021 "based on the unavailability of lead counsel due to scheduling conflicts with other actions." *See* Dkt. 192 at 1-2. On September 17, 2021, Google filed its Motion to Amend Answer and Counterclaims (Dkt. 206) and noticed a November 10, 2021 hearing date. On November 9, 2021, the Court *sua sponte* continued the November 10, 2021 hearing to January 12, 2022. Dkt. 220. On January 11, 2022, the Court *sua sponte* vacated the January 12, 2022 hearing date. Dkt. 221. Subsequently, this case was reassigned to Chief District Judge Richard Seeborg, and all previously noticed motions were vacated (Dkt. 225). Pursuant to the Court's Reassignment Order (Dkt. 225) and the Clerk's Notice re Reassigned Case (Dkt. 226), Google hereby re-notices its pending motions for a new hearing date according to Judge Seeborg's available dates.

Google's motions are based on previously filed notices of motion, the accompanying memoranda of points and authorities, declarations and exhibits attached thereto, all documents in this Court's file, and such other written or oral argument as may be presented at or before the time the motions are heard by the Court.

DATED: January 27, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Deepa Acharya*
Deepa Acharya

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*