IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 3:09-05718-RS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE FOR NETLIST TO FILE THE REPLY BRIEF IN SUPPORT OF NETLIST'S MOTION TO TRANSFER VENUE (DKT. 224)** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, on January 18, 2022, Netlist filed its Motion to Transfer Venue (Dkt. 224), and noticed a hearing date for March 9, 2022.

WHEREAS, on January 25, 2022, the case was reassigned to the Honorable Chief District Judge Richard Seeborg, and the hearing on Netlist's Motion was re-noticed for March 3, 2022.

WHEREAS, on February 1, 2022, Google filed its Opposition to Netlist's Motion to Transfer Venue (Dkt. 233).

WHEREAS, the deadline for Netlist to file its reply brief in support of its Motion to Transfer Venue is February 8, 2022.

WHEREAS, the current deadline for Netlist to file its reply brief conflicts with other briefing schedules and hearings that counsel for Netlist have scheduled for the week of February 8, 2022.

WHEREAS, in light of the above scheduling conflicts, Netlist requested a three-day extension for its deadline to file its reply brief in support of its Motion to Transfer Venue from February 8, 2022 to **February 11, 2022**.  The extension would not affect the hearing date currently scheduled by the Court.  Google does not oppose Netlist's request.

WHEREAS, the parties acknowledge that the only previous time modifications to the current procedural schedule concerned: the briefing of the issue of intervening rights (Dkt. 150); the briefing on Defendant's Motion To Strike (Dkt. 167); the hearing dates for Google's Motion to Strike and Motion for Summary Judgment on Absolute Intervening Rights (Dkt. 192); Defendant's filing of sealing declarations in support of Plaintiff's administrative motions to file under seal (Dkt. 198); continuing the November 10, 2021 hearing on all outstanding motions to January 12, 2022 (Dkt. 220); vacating the January 12, 2022 hearing on all outstanding motions (Dkt. 221); and the parties

re-noticing of the hearing dates for all outstanding motions to March 3, 2022 (Dkts. 229, 230).  No other time modifications have been entered into this case.

NOW THEREFORE, pursuant to Civil Local Rule 6-1 and 6-2, the parties hereto agree and stipulate that:

i.  The deadline for Netlist to file its reply in support of its Motion to Transfer (Dkt. 224) will be extended from February 8, 2022 to **February 11, 2022**.

ii.  No other changes will be made to the case schedule.

IT IS SO STIPULATED.

DATED: February 2, 2022              Respectfully submitted,
                                     IRELL & MANELLA LLP


                                     By   /s/ *Jason Sheasby*
                                         Jason Sheasby
                                         *Attorney for Plaintiff*
                                         Netlist, Inc.

DATED: February 2, 2022              Respectfully submitted,
                                     QUINN EMANUEL URQUHART
                                     & SULLIVAN


                                     By   /s/ *Deepa Acharya*
                                         Deepa Acharya
                                         *Attorney for Defendant*
                                         Google LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ Jason Sheasby*
Jason Sheasby

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. The deadline for Netlist to file its reply in support of its Motion to Transfer (Dkt. 224) will be extended from February 8, 2022 to **February 11, 2022**.

ii. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
Honorable Richard Seeborg
United States District Judge