IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:09-cv-05718-RS<br><br>**DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 232)** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECL. ISO GOOGLE'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
3:09-cv-05718-RS

## DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, and counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness could testify competently to such facts under oath.

2. I submit this Declaration pursuant to Civil Local Rule 79-5(f) in support of Google LLC's ("Google") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 232), which moves the Court for an order to file under seal the following items:

- Portions of Google's Opposition to Netlist's Motion to Transfer Venue (Dkt. 233), highlighted in blue at 1:4, 1:26, 4:18, 4:28, 5:15-16, 12:10.
- Exhibit 1 to the Declaration of Jonathan Tse in Support of Defendant Google's Opposition to Netlist's Motion to Transfer Venue.

3. The portions of Google's Opposition to Netlist's Motion to Transfer Venue (Dkt. 233) highlighted in blue at 1:4, 1:26, 4:18, 4:28, 5:15-16, 12:10 and Exhibit 1 to the Tse Declaration contain information derived from or relating to the chambers' non-public communications with counsel for the parties in this action.

4. Out of an abundance of caution, Netlist seeks to keep these portions of Google's Opposition to Netlist's Motion to Transfer filed under seal, as Netlist believes the Court may wish to keep this information confidential. Netlist's request is narrowly tailored to protect only such confidential, non-public information, and thus a less restrictive alternative to sealing said portions is not sufficient.

5. In light of the foregoing, there are compelling reasons to seal the documents described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2022, at Los Angeles, California.

By: */s/ Andrew J. Strabone*
Andrew J. Strabone
astrabone@irell.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECL. ISO GOOGLE'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
3:09-cv-05718-RS

- 1 -

1
2
3
4   IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067
    Telephone: (310) 277-1010
    Facsimile: (310) 203-7199

    *Attorney for Plaintiff Netlist, Inc.*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECL. ISO GOOGLE'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
3:09-cv-05718-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.

By: */s/    Michael Tezyan*
Michael Tezyan

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STRABONE DECL. ISO GOOGLE'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
- 3 -
3:09-cv-05718-RS