IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., | Case No. 3:09-cv-5718-RS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 232)** |
| GOOGLE LLC, | |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS

1  Before the Court is Defendant Google LLC's Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed (the "Administrative Motion"). Dkt. 232.
3  Having considered the Administrative Motion, Plaintiff Netlist, Inc.'s supporting
4  declaration, and other papers on file, and having found the request to seal narrowly tailored to protect
5  highly confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Google's Opposition to Netlist's Motion to Transfer Venue | Netlist | GRANTED as to portions highlighted in BLUE at 1:4, 1:26, 4:18, 4:28, 5:15-16, 12:10 |
| Exhibit 1 | Netlist | GRANTED as to its entirety |

**SO ORDERED.**

Dated: _____, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS