IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 3:09-05718-RS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF NETLIST'S MOTION TO TRANSFER (DKT. 224)** |

Pursuant to Civil Local Rules 7-7(e) and 7-12, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, on January 18, 2022, Netlist filed its Motion to Transfer Venue (Dkt. 224) ("Netlist's Motion to Transfer"), and noticed a hearing date for March 9, 2022.

WHEREAS, on January 25, 2022, the case was reassigned to the Honorable Chief District Judge Richard Seeborg, and the hearing on Netlist's Motion was re-noticed for March 3, 2022.

WHEREAS, on February 1, 2022, Google filed its Opposition to Netlist's Motion to Transfer Venue (Dkt. 233).

WHEREAS, Netlist filed its Reply In Support of Netlist's Motion to Transfer Venue on February 9, 2022.

WHEREAS, on February 10, 2022, the Court held an initial case management conference.

WHEREAS, no ruling has been entered regarding Netlist's Motion to Transfer.

WHEREAS, based on the Court's guidance at the initial case management conference, Netlist respectfully requests that Netlist's Motion to Transfer be deemed withdrawn and taken off-calendar.  Google does not oppose Netlist's request.

NOW THEREFORE, pursuant to Civil Local Rule 7-7(e) and 7-12, the parties hereto agree and stipulate that:

i.  Netlist's Motion to Transfer is hereby withdrawn and taken off-calendar for hearing.
ii. No other changes will be made to the pending motions.

IT IS SO STIPULATED.

1
2
3  DATED: February 15, 2022            Respectfully submitted,
                                                IRELL & MANELLA LLP
4
5                                      By  /s/ *Jason Sheasby*
                                           Jason Sheasby
6                                          *Attorney for Plaintiff*
7                                          Netlist, Inc.

8  DATED: February 15, 2022            Respectfully submitted,
                                                QUINN EMANUEL URQUHART
9                                                    & SULLIVAN
10
11                                     By  /s/ *Deepa Acharya*
                                           Deepa Acharya
12                                         *Attorney for Defendant*
                                           Google LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ Jason Sheasby*
Jason Sheasby

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

i. Netlist's Motion to Transfer is hereby withdrawn and taken off-calendar for hearing.

ii. No other changes will be made to the pending motions.

**IT IS SO ORDERED**.

Dated: _____, 2022                    _____
                                                                   Honorable Richard Seeborg
                                                                   United States District Judge