1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

NETLIST, INC.,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

Case No. 3:09-CV-05718-RS

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 242)**

Judge: Hon. Richard Seeborg

# [PROPOSED] ORDER

Before the Court is Netlist Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. 242). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Plaintiff Netlist, Inc.'s Reply In Support Of Motion to Transfer Venue | Google | GRANTED as to redacted portions at:<br><br>P. 1, lines 10, 11, 18-22;<br>P. 2, lines 13-15;<br>P. 1, line 1;<br>P. 4, lines 4, 6-10, 13-25<br>P. 5; lines 24;<br>P. 6, lines 6, 7<br>P. 7, lines 4, 25. |
| Exhibit 4 | Google | GRANTED as to redacted portions at:<br><br>P. 13, lines 1-2, 4-16<br>P. 19, lines 4-5, 7-14 |
| Exhibit 5 | Google | GRANTED as to redacted portions at:<br><br>P. 81, lines 20, 22-25<br>P. 82, lines 1-18, 20, 22, 24-25, fn 25<br>P. 83, lines 1-2, 4-9, 11-13, 15-16 |
| Exhibit 6 | Google | GRANTED as to the entirety of the exhibit. |

**SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
United States District Judge

Case No. 3:09-CV-05718-RS
[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED