# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1 | QUINN EMANUEL URQUHART & SULLIVAN LLP

2 | David Perlson (CA Bar No. 209502)          Catlin Williams (CA Bar No. 336464)
davidperlson@quinnemanuel.com          catwilliams@quinnemanuel.com
3 | Jonathan Tse (CA Bar No. 305468)          555 Twin Dolphin Drive, 5th Floor
jonathantse@quinnemanuel.com          Redwood Shores, CA 94065
4 | 50 California Street, 22nd Floor          Telephone: (650) 801-5000
San Francisco, CA 94111          Facsimile: (650) 801-5100
5 | Telephone: (415) 875-6600
6 | Facsimile: (415) 875-6700

7 | Jared Newton (admitted pro hac vice)
jarednewton@quinnemanuel.com
8 | Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
9 | Sandy Shen (admitted pro hac vice)
sandyshen@quinnemanuel.com
10 | 1300 I Street NW, Suite 900
Washington, D.C. 20005
11 | Telephone: (202) 538-8000
Facsimile: (202) 538-8100
12 |
13 | *Attorneys for Google LLC*

14 |

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

17 | NETLIST, INC.,                                    CASE NO. 4:09-cv-05718-SBA

18 |               Plaintiff,

19 |        vs.                                        **DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF NETLIST, INC.'S INTERROGATORY NOS. 1 AND 2**

20 | GOOGLE LLC,

21 |               Defendant.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case No. 4:09-cv-05718-SBA

███████████████████████████████████

1   Subject to the foregoing objections and based on its reasonable investigation to date, ████

2   ██████████████████████████████████████████████████

3   that Netlist alleges infringe claim 16 based on its June 18, 2021 Amended Infringement Contentions

4   ████████████████████████████ ██████████████████

5   ██████████████████████████████████████████████████

6   ██████████████████████████████████████████████████

7   ██████████████████████████████████████████████████

8   ██████████████████████████████████████████████████

9   ██████████████████████████████████████████████████

10  ██████████████████████████████████████████████████

11  ██████████████████████████████

12  ████████████████████████████████████████████

13  ██████████████████████████████████████████████████

14  ██████████████████████████████████████████████████

15  ████████████████ ████████████████████████████

16  ██████████████████████████████████████

17   The foregoing responses are based on Google's reasonable investigation to date.  Google

18  reserves the right to supplement or modify its response based on further investigation and discovery,

19  or in response to new arguments or evidence presented by Netlist.

20  **INTERROGATORY NO. 2:**

21   For every type of Memory Module that Google has purchased, made, used, installed, operated,

22  sold, or offered to sell in the United States as of February 8, 2021 and through the present, provide

23  information sufficient to fully describe:

24   The category of the Memory Module (e.g., FB DIMM) and the category of the DRAM on the
        module (e.g., DDR2, DDR 3, DDR 4, DDR 5);

25

26   The design and operation of all memory and/or storage devices and circuit and/or logic
        elements on the Memory Module;

27   The begin and end design dates for the Memory Module;

28

GOOGLE'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
INTERROGATORY NOS. 1 AND 2

████████████████████████████████████

1    Google further objects to the numbering of Netlist's Interrogatory No. 2, as Netlist previously

2 propounded twenty interrogatories on March 26, 2010.  Therefore, the correct numbering for this

3 interrogatory is Interrogatory No. 22.

4        Subject to the foregoing objections and based on its reasonable investigation to date, ████

5 ███████████████████████████████████████████████████████████████████████

6 that Netlist allege infringes claim 16 based on its June 18, 2021 Amended Infringement Contentions

7 ████████████████████████████████████    ████████████████

8 ███████████████████████████████████████████████████████████████████████

9 ███████████████████████████████████████████████████████████████████████

10 ███████████████████████████████████████████████████████████████████████

11 ███████████████████████████████████████████████████████████████████████

12 ███████████████████████████████████████████████████████████████████████

13 ███████████████████████████████████████████████████████████████████████

14 ████████████████████████████████████

15      The foregoing responses are based on Google's reasonable investigation to date.  Google

16 reserves the right to supplement or modify its response based on further investigation and discovery,

17 or in response to new arguments or evidence presented by Netlist.

18 DATED: August 30, 2021              QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
19

20

21                                   By  /s/ *David Perlson*
                                         David Perlson
22

23                                       David Perlson (CA Bar No. 209502)
                                         davidperlson@quinnemanuel.com
                                         Jonathan Tse (CA Bar No. 305468)
24                                       jonathantse@quinnemanuel.com
                                         50 California Street, 22nd Floor
25                                       San Francisco, CA 94111
                                         Telephone: (415) 875-6600
26                                       Facsimile: (415) 875-6700
27
                                         Jared Newton (admitted *pro hac vice*)
28                                       jarednewton@quinnemanuel.com

GOOGLE'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
INTERROGATORY NOS. 1 AND 2

███████████████████████

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

Case No. 4:09-cv-05718-SBA
GOOGLE'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
INTERROGATORY NOS. 1 AND 2