IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 3:09-05718-RS <br><br> **NETLIST, INC.'S STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(d)(2)** <br><br> Date: March 3, 2022 <br> Time: 1:30 PM |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST'S STATEMENT OF
RECENT DECISION
Case No. 3:09-CV-05718-RS

1  Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Netlist, Inc. ("Netlist") respectfully submits
2  this Statement of Recent Decision to bring to the Court's attention a recent decision relevant to
3  Defendant Google LLC's ("Google") Motion to Strike Plaintiff's New Assertion of Claim 16 and
4  New Dates for Priority and Conception That Were Not in Its Original Patent Local Rule 3-1
5  Disclosures (Dkt. 153), Motion for Summary Judgment on the Issue of Absolute Intervening Rights
6  (Dkt. 155), and Motion to Amend Answer and Counterclaims (Dkt. 206).

7  On February 15, 2022, Judge Scarsi in the Central District of California entered an order and
8  final judgment in favor of Netlist and against Samsung on all of Netlist's claims.  Judge Scarsi
9  specifically stated in granting Netlist's third claim for declaratory relief that "Netlist terminated the
10 JDLA pursuant to JDLA § 13.2, and Samsung's licenses and rights under the JDLA have ceased."
11 *Netlist Inc. v. Samsung Electronics Co., Ltd.*, No. 20-cv-993, Dkts. 305, 306 (C.D. Cal. Feb. 15,
12 2022).  A copy of the order and the judgment is attached hereto as a combined Exhibit A for the
13 Court's reference.

14 In an October 2021 declaratory judgment action filed in the District of Delaware, Samsung
15 claims it supplies Google with DDR4 LRDIMMs allegedly infringing claim 16 of the '912 patent
16 asserted in this case, and that Google seeks indemnification from Samsung.  *Samsung Electronics*
17 *Co., Ltd. v. Netlist, Inc.*, No. 21-cv-1453, Dkt. 14, ¶ 14 (D. Del. Jan. 18, 2022).  At least some of
18 Samsung's DDR4 LRDIMMs include Inphi control chips. Ex. B at 3.  Netlist moved to dismiss
19 Samsung's improper Delaware complaint.  Samsung Action, Dkts. 24, 25.

20  Dated: February 24, 2022        Respectfully submitted,

21                                  IRELL & MANELLA LLP

22                                  By: */s/  Jason Sheasby*

23                                      Jason G. Sheasby
                                        jsheasby@irell.com
24                                      Andrew J. Strabone
                                        astrabone@irell.com
25                                      Yanan Zhao
                                        yzhao@irell.com
26                                      Michael W. Tezyan
                                        mtezyan@irell.com
27                                      IRELL & MANELLA LLP
28                                      1800 Avenue of the Stars, Suite 900

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST'S STATEMENT OF
RECENT DECISION
Case No. 3:09-CV-05718-RS

| | |
|---|---|
| 1 | Los Angeles, California 90067 |
| 2 | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| 3 | |
| 4 | *Attorneys for Plaintiff Netlist, Inc.* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

NETLIST'S STATEMENT OF
RECENT DECISION
Case No. 3:09-CV-05718-RS

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.

By: */s/*   *Michael Tezyan*
　　　Michael Tezyan

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

NETLIST'S STATEMENT OF
RECENT DECISION
Case No. 3:09-CV-05718-RS