QUINN EMANUEL URQUHART & SULLIVAN, LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:09-CV-05718-RS<br><br>**DEFENDANT GOOGLE LLC'S RESPONSE TO NETLIST, INC.'S STATEMENT OF RECENT DECISION**<br><br>**JUDGE**: Hon. Richard Seeborg<br>**HEARING DATE**: March 3, 2021<br>**TIME**: 1:30 PM PT |

1  Netlist's Statement of Recent Decision (Dkt. 251) ("Statement") attaches Judge Scarsi's
2  order entering final judgment against Samsung in *Netlist Inc. v. Samsung Electronics Co., Ltd.*,
3  pending in the Central District of California ("*Samsung* Case").  Netlist states that this final
4  judgment is relevant to each of Google's pending Motion to Strike (Dkt. 153), Motion for Summary
5  Judgment (Dkt. 155), and Motion to Amend Answer and Counterclaims (Dkt. 206) (collectively
6  "Google's Motions").  As was the case in its prior Statement of Recent Decision regarding the
7  *Samsung* case (Dkts. 215-4, 216), Netlist does not indicate what aspects of Google's motions to
8  which the *Samsung* final judgment is relevant.  The *Samsung* case was pending at the time Netlist
9  responded to Google's Motions, and Netlist did not reference the *Samsung* case in any of its
10 oppositions to Google's Motions.  *See* Dkts. 170, 196-4, 211-4.  While there may be a business or
11 other strategic reason why Netlist filed the Statement, the *Samsung* case is irrelevant to Google's
12 Motions, as outlined in response to Netlist's prior Statement of Recent Decision.  *See* Dkt. 218.

| | |
|---|---|
| DATED: March 1, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By    /s/ *David A. Perlson* <br>        David Perlson |
| | David Perlson (CA Bar No. 209502) <br> davidperlson@quinnemanuel.com <br> Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 |
| | Jared Newton (admitted *pro hac vice*) <br> jarednewton@quinnemanuel.com <br> Deepa Acharya (CA Bar No. 267654) <br> deepaacharya@quinnemanuel.com <br> Sandy Shen (admitted *pro hac vice*) <br> sandyshen@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington, D.C. 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (202) 538-8100 |
| | Catlin Williams (CA Bar No. 336464) <br> catwilliams@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 |
| | *Attorneys for Defendant Google LLC* |