UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No: 4:09-cv-05718 RS<br><br>**ORDER CLARIFYING DOCKET NO. 162 AND RESTORING DOCKET NOs. 157-2, 158, 159-2, AND 160** |

On August 2, 2021, Google filed a Motion to Remove Incorrectly Filed Documents. Dkt. 161. The motion was granted using the proposed order submitted by Google. Dkt. 162. Upon further review, it appears the proposed order was unclear. As a result, certain documents were removed in error. To clarify, the order authorized removal of Docket Nos. 152-9, 153-5, 154-9 and 155-7. The corrected version of Docket Nos. 152-9 and 153-5 were to be found at Docket Nos. 157-2 and 158, respectively, and the corrected version of Docket Nos. 154-9 and 155-7 were to be found at Docket Nos. 159-2 and 160, respectively. However, Docket Nos. 157-2, 158, 159-2 and 160 were removed in error pursuant to the order at Docket No. 162.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Google shall email to RSpo@cand.uscourts.gov the corrected redacted version of Google's Second Supplemental Objections and Responses to Plaintiff Netlist Inc.'s Interrogatory No. 3 that should appear at Docket Nos. 157-2, 158, 159-2 and 160.

2. The Clerk shall restore that document at the docket numbers identified.

IT IS SO ORDERED.

Dated: May 9, 2022

Richard Seeborg
Chief United States District Judge