```
 1  IRELL & MANELLA LLP
    Jason G. Sheasby (CA SBN 205455)
 2  jsheasby@irell.com
    Andrew J. Strabone (CA SBN 301659)
 3  astrabone@irell.com
    1800 Avenue of the Stars, Suite 900
 4  Los Angeles, California 90067
    Telephone: (310) 277-1010
 5  Facsimile: (310) 203-7199
 6
 7  Attorneys for Plaintiff Netlist, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETLIST, INC., | ) | Case No. 4:09-cv-05718-RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING IN PART NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL NETLIST, INC.'S STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(d)(2)** |
| GOOGLE LLC, | ) | |
| Defendant. | ) | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER
CASE NO. 4:09-CV-05718-SBA

Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal certain portions of Netlist's Statement of Recent Decision Pursuant to Local Rule 7-3(d)(2) (the "Administrative Motion").

Having considered the Administrative Motion, supporting declaration, and other papers on file, and having found the request to seal narrowly tailored to protect highly confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motion to Seal |
|---|---|---|
| Netlist's Statement of Recent Decision Pursuant to Local Rule 7-3(d)(2), Dkt. 215 | Google | Granted as to portions redacted at 1:10, 1:13, and 1:15-16 |

The redacted version of Netlist's Statement of Recent Decision Pursuant to Local Rule 7-3(d)(2) can be found at Docket No. 219-1.

**SO ORDERED.**

Dated: May 9, 2022

_____
Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER
CASE NO. 4:09-CV-05718-SBA

- 1 -