UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

DIVISION

| | |
|---|---|
| NETLIST, INC., | Case No. 4:09-CV-05718-RS |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT GOOGLE LLC'S RESPONSE TO NETLIST'S STATEMENT OF RECENT DECISION** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

1

## ORDER

2        Before the Court is Defendant Google LLC's Administrative Motion to File Under Seal

3 Defendant Google's Response to Netlist's Statement of Recent Decision (the "Motion").  Having

4 considered the Motion, supporting declaration, and other papers on file, the Court hereby **GRANTS**

5 Google's Motion.

6

7       **IT IS SO ORDERED.**

8

9 DATED:   May 9, 2022

10                             HON. RICHARD SEEBORG
Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28