1  IRELL & MANELLA LLP
   Jason G. Sheasby (CA SBN 205455)
2  jsheasby@irell.com
   Andrew J. Strabone (CA SBN 301659)
3  astrabone@irell.com
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067
5  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
6
   *Attorneys for Plaintiff Netlist, Inc.*
7

8
                  **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN FRANCISCO DIVISION**

11
   NETLIST, INC.,                ) Case No. 3:09-cv-5718-RS
12                               )
              Plaintiff,         )
13                               ) **ORDER GRANTING NETLIST,**
       v.                        ) **INC.'S ADMINISTRATIVE MOTION**
14                               ) **TO FILE UNDER SEAL CERTAIN**
   GOOGLE LLC,                   ) **PORTIONS OF THE JOINT CASE**
15                               ) **MANAGEMENT STATEMENT**
              Defendant.         )
16                               )

Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal Certain Portions of the Joint Case Management Statement.

Having considered the Administrative Motion, supporting declaration, and other papers on file, and having found the request to seal narrowly tailored to protect highly confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Joint Case Management Statement | Netlist | GRANTED as to portions redacted in blue at 5:16-17, 6:10-13, and 11:7. |

**SO ORDERED.**

Dated: May 12, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge