UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-CV-05718-RS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Richard Seeborg |

# ORDER

Before the Court is Netlist Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Case Management Conference Statement | Google | GRANTED as to redacted portions at: 3:10-11, 4:6, 5:8, 5:11-14, 5:26-28, 6:8-9, 6:12-15, 7:5-7, 7:15-18, 7:20-24, 7:28, 8:3-4, 8:6-7, 8:11-12, 8:13-17, 10:2-3, 10:6, 15:15-16, 15:18, 17:11-14, 19:9-18. | Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers and information related to third parties for which Google is under an obligation to protect, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: May 12, 2022

HON. RICHARD SEEBORG
United States District Judge