| | |
|---|---|
| IRELL & MANELLA LLP<br>Jason G. Sheasby (CA SBN 205455)<br>jsheasby@irell.com<br>Andrew J. Strabone (CA SBN 301659)<br>astrabone@irell.com<br>Yanan Zhao (CA SBN 337864)<br>yzhao@irell.com<br>Michael W. Tezyan (CA SBN 334915)<br>mtezyan@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>David A. Perlson (CA Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Jared Newton (admitted *pro hac vice*)<br>jarednewton@quinnemanuel.com<br>Deepa Acharya (CA Bar No. 267654)<br>deepaacharya@quinnemanuel.com<br>Sandy Shen (admitted *pro hac vice*)<br>sandyshen@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Catlin Williams (CA Bar No. 336464)<br>catwilliams@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>             Defendant. | Civil Action No.: 3:09-05718-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF GOOGLE'S OPPOSITION TO NETLIST'S MOTION TO TRANSFER (DKT. 233) AND NETLIST'S REPLY IN SUPPORT OF NETLIST'S MOTION TO TRANSFER (DKT. 243)** |

Pursuant to Civil Local Rules 7-7(e) and 7-12 and Order No. 260 dated May 9, 2022, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, declare as follows:

WHEREAS, on January 18, 2022, Netlist filed its Motion to Transfer Venue (Dkt. 224) ("Netlist's Motion to Transfer"), and noticed a hearing date for March 9, 2022.

WHEREAS, on January 25, 2022, the case was reassigned to the Honorable Chief District Judge Richard Seeborg, and the hearing on Netlist's Motion was re-noticed for March 3, 2022.

WHEREAS, on February 1, 2022, Google filed its Opposition to Netlist's Motion to Transfer Venue (Dkt. 233).

WHEREAS, Netlist filed its Reply In Support of Netlist's Motion to Transfer Venue on February 9, 2022 (Dkt. 243).

WHEREAS, on February 10, 2022, the Court held an initial case management conference.

WHEREAS, no ruling has been entered regarding Netlist's Motion to Transfer.

WHEREAS, based on the Court's guidance at the initial case management conference, on February 22, 2022, the parties filed a stipulation to withdraw Netlist's Motion to Transfer (Dkt. 248), which the Court granted (Dkt. 250).

WHEREAS, on May 9, 2022, the Court ordered the parties to file a stipulation to withdraw the opposition and reply briefs in connection with Netlist's Motion to Transfer (Dkt. 260).

NOW THEREFORE, pursuant to Civil Local Rules 7-7(e) and 7-12, the parties hereto agree and stipulate that:

    i. Google's Opposition to Netlist's Motion to Transfer (Dkt. 233) is hereby withdrawn.

    ii. Netlist's Reply in support of Netlist's Motion to Transfer (Dkt. 243) is hereby withdrawn.

    iii. No other changes will be made to the pending motions.

IT IS SO STIPULATED.

DATED: May 17, 2022			Respectfully submitted,

						IRELL & MANELLA LLP


					By	/s/ *Jason Sheasby*
						Jason Sheasby
						*Attorney for Plaintiff*
						Netlist, Inc.

DATED: May 17, 2022			Respectfully submitted,

						QUINN EMANUEL URQUHART
						& SULLIVAN


					By	/s/ *Jonathan Tse*
						Jonathan Tse
						*Attorney for Defendant*
						Google LLC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ Jason Sheasby*
Jason Sheasby

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

1. Google's Opposition to Netlist's Motion to Transfer (Dkt. 233) is hereby withdrawn.
2. Netlist's Reply in support of Netlist's Motion to Transfer (Dkt. 243) is hereby withdrawn.
3. No other changes will be made to the pending motions.

**IT IS SO ORDERED**.

Dated: _____, 2022     _____
                                                    Honorable Richard Seeborg
                                                    Chief United States District Judge