IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:09-cv-05718-RS<br><br>**[PROPOSED]** **ORDER GRANTING IN PART AND DENYING IN PART NETLIST'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL NETLIST'S OBJECTION TO NEW EVIDENCE IN GOOGLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE AND EXHIBITS ATTACHED THERETO** |

Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike and Exhibits attached thereto (the "Administrative Motion"). In its declaration in support of the Administrative Motion, Google does not seek to file under seal the redacted portions at page 3 of Ex. 1. Having considered the Administrative Motion, supporting declarations, and other papers, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike | Google | DENIED as to portions redacted at 2:15-18, 3:14-16, 4:4-5. |
| Ex. 1 (June 4, 2021 Emails Between Counsel) | Google | DENIED as to portions redacted at page 1 and 3. |
| Ex. 2 (July 22 and July 23, 2021 Emails Between Counsel) | Google | GRANTED as to portions redacted at page 3. |

See the Order re Sealing for the basis of this decision and further instructions. Dkt. 271.

**IT IS SO ORDERED.**

Dated: May 19, 2021

Richard Seeborg
Chief United States District Judge