IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:09-cv-05718-RS<br><br>[PROPOSED] ORDER DENYING NETLIST'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL NETLIST'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF ABSOLUTE INTERVENING RIGHTS |

Before the Court is Plaintiff Netlist, Inc,'s Administrative Motion to File Under Seal certain portions of Netlist's Opposition to Google's Motion for Summary Judgment on the Issue of Absolute Intervening Rights (the "Administrative Motion"). In its declaration in support of the Administrative Motion, Google does not seek to file under seal the redacted portions of Netlist's Opposition to Google's Motion for Summary Judgment at 24:20-23. Having considered the Administrative Motion, supporting declarations, and other papers, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Netlist's Opposition to Google's Motion for Summary Judgment | Google | DENIED as to portions redacted at 24:20-23, 24:24-25:11. |

See the Order re Sealing for the basis of this decision and further instructions. Dkt. 271.

**IT IS SO ORDERED.**

Dated: May 19, 2021

_____
Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations