UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:09-CV-05718-RS<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE'S OPPOSITION TO NETLIST'S OBJECTION TO NEW EVIDENCE IN GOOGLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE AND EXHIBIT 1 THERETO** |

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of Google LLC's Opposition to Netlist, Inc.'s Objection to New Evidence in Google's Reply in Support of its Motion to Strike and Exhibit 1 There to ("Motion"). In its declaration in support of the Motion, Netlist does not seek to file under seal the entirety of Exhibit 1 to Tse Declaration In Support of Opposition to Objection to New Evidence. Having considered the Motion, supporting declarations, and other papers, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | ~~Basis for Sealing Portion of Document~~ |
|---|---|---|---|
| Google's Opposition to Objection to New Evidence | Plaintiff | DENIED as to redacted portions at 1:10, 2:12-14, and 4:18-19. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| Exhibit 1 to Tse Declaration In Support Of Opposition to Objection to New Evidence | Google | GRANTED as to redacted portions at 22:23-24 and 23:2-3. | ~~Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.~~ |
| Exhibit 1 to Tse Declaration In Support Of Opposition to Objection to New Evidence | Plaintiff | DENIED as to Exhibit 1 in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |

See the Order re Sealing for the basis of this decision and further instructions. Dkt. 271.

**IT IS SO ORDERED.**

Dated: __May 19__, 2021

_____
Richard Seeborg
Chief United States District Judge

Case No. 4:09-CV-05718-RS