1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 4:09-CV-05718-RS<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS AND EXHIBITS 1, 5, 7-10, AND 12-16 THERETO** |

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of Defendant's Motion to Amend Answer and Counterclaims and Exhibits 1, 5, 7-10, and 12-16 thereto ("Motion").  In its declaration in support of the Motion, Netlist does not seek to file under seal the portions of Google's Motion to Amend at 4:12-15, 4:21-23, 11:13-14, 13:20-22, and 13:25-26.  Having considered the Motion, supporting declarations, and other papers, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | ~~Basis for Sealing Portion of Document~~ |
|---|---|---|---|
| Google's Motion to Amend | Google | GRANTED as to redacted portions at 2:9, 8:1, 8:3-6, 11:17-19, and 11:19-22. | ~~Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers, as well as information related to third parties for which Google is under an obligation to protect from public disclosure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.~~ |
| | Plaintiff | DENIED as to redacted portions at 4:12-15, 4:21-23, 5:16-21, 5:25, 5:27-28, 6:1, 6:4-8, 6:17-25, 7:1-7:6, 11:13-14, 13:20-22, and 13:25-26. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| Exhibit 1 (Proposed Amended Answer and Counterclaims) | Google | GRANTED as to paragraphs 9 and 10 on page 3. | ~~Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers, as well as information related to third parties for which Google is under an obligation to protect from~~ |

| | | | | |
|---|---|---|---|---|
| | | | | ~~public disclosure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.~~ |
| | Exhibit 5 (Netlist's Responses and Objections to Google's Second Set of Interrogatories) | Google | DENIED as to redacted portions at 17:5-6, 17:27-28, 18:8-9, 18:10-11, 18:12, 18:26-28, 22:6, 22:18, 22:26.<br><br>GRANTED as to redacted potions at 22:23-24, 23:2-3. | ~~Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers, as well as information related to third parties for which Google is under an obligation to protect from public disclosure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.~~ |
| | Exhibit 7 (Netlist's Patent Disclosures to JEDEC) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| | Exhibit 8 (Deposition of Mario Martinez) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| | Exhibit 9 (Deposition of John Kelly) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| | Exhibit 10 (Deposition of Jayesh Bhakta) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| | Exhibit 12 (License) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly~~ |

| | | | |
|---|---|---|---|
| | | | ~~Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| Exhibit 13 (License) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| Exhibit 14 (Google's Second Supplemental Responses and Objections to Interrogatories Nos. 1 and 2) | Google | GRANTED in its entirety. | ~~Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal servers and components therefore, including details related to the various memory modules that Google uses in those servers, as well as information related to third parties for which Google is under an obligation to protect from public disclosure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.~~ |
| Exhibit 15 (Netlist's Production Letter) | Plaintiff | GRANTED as to redacted portion. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |
| Exhibit 16 (Google's August 10, 2021 Discovery Correspondence) | Plaintiff | GRANTED in its entirety. | ~~Contains, summarizes, or reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order~~ |

See the Order re Sealing for the basis of this decision and further instructions.  Dkt. 271.

**IT IS SO ORDERED.**

Dated:  May 19  , 2021

_____
Richard Seeborg
Chief United States District Judge