1   IRELL & MANELLA LLP
    Jason G. Sheasby (CA SBN 205455)
2   jsheasby@irell.com
    Andrew J. Strabone (CA SBN 301659)
3   astrabone@irell.com
    1800 Avenue of the Stars, Suite 900
4   Los Angeles, California 90067
    Telephone: (310) 277-1010
5   Facsimile: (310) 203-7199

6
    *Attorneys for Plaintiff Netlist, Inc.*
7

8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
10

11
    NETLIST, INC.,                    )   Case No. 4:09-cv-05718-RS
12                                     )
                        Plaintiff,     )   ~~[PROPOSED]~~ ORDER GRANTING IN
13                                     )   PART AND DENYING IN PART
              v.                       )   NETLIST, INC.'S ADMINISTRATIVE
14                                     )   MOTION TO FILE UNDER SEAL
    GOOGLE LLC,                        )   NETLIST'S OPPOSITION TO
15                                     )   DEFENDANT'S MOTION TO AMEND
                        Defendant.     )   ANSWER AND COUNTERCLAIMS
16                                     )   AND EXHIBITS 1, 3, 4, 5, AND 6
                                           ATTACHED THERETO
17

18

19

20        Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal certain

21   portions of Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims and

22   Exhibits 1, 3, 4, 5, and 6 Attached Thereto (the "Administrative Motion"). In its declaration in

23   support of the Administrative Motion, Google does not seek to file under seal the redacted portions

24   of Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims at 2:20-25,

25   2:27-3:1, 3:2-3, 14:17-19, 15:6-7, 15:10, and 15:12-13, and seeks to file under seal only portions of

26   Exhibits 1, 3, and 5 thereto. Having considered the Administrative Motion, supporting

27   declarations, and other papers, the Court **ORDERS** as follows:

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Netlist | GRANTED as to portions redacted at 15:10-11. |
| | Google | DENIED as to portions redacted at 1:17-18, 2:20-25, 2:27-3:1, 3:2-3, 14:17-19, 14:24-25, 15:6-7, 15:10, 15:12-13. |
| Ex. 1 (Google's July 16, 2021 R&Os to Interrog. No. 3) | Google | SEE BELOW* |
| Ex. 3 (Google's May 19, 2021 R&Os to Interrog. Nos. 1-4). | Google | GRANTED as to portions redacted at 7:24-28, 8:1-2, and 11:7-14.  DENIED as to portions redacted at 7:22-24 (through "in 2017"), and 11:5-7 (through "in 2017"). |
| Ex. 4 (Netlist's June 18, 2021 Amended Infringement Contentions) | Netlist | GRANTED as to portions redacted at 3:27-28. DENIED as to portions redacted at 6:12-13. |
| Ex. 5 (Google's Aug. 30, 2021 R&Os to Interrog. Nos. 1-2) | Google | GRANTED as to portions redacted at 10:7-13, 11:6-7, 11:16-27, 12:1-6, 13:2-16, 16:24-28, 17:1-3, 17:24-25, 18:6-14, and 19:5-14.  DENIED as to portions redacted at 10:5-7 (through "in 2017"), and 16:22-24 (through "in 2017"). |
| Ex. 6 (Netlist's May 19, 2021 DDR4 Claim Chart) | Netlist | DENIED as to portions redacted at page 2. |

* GRANTED as to portions redacted at 33:23-27, 34:8-11, 34:19-21, 35:1-3, 35:5-26, 36:1-3, 36:5-19, 37:3-5, 37:7-24, 37:26, 38:1-14, 60:23-27, 61:8-11, 61:19-21, 62:1-3, 62:5-26, 63:8-10, 63:13-25, 64:1-16, 66:15-18, 66:19-27, 67:1-4, 67:11-14, 67:15-26, 68:17-25, 69:1, 69:3-24, 69:26-28, 70:1-7, 70:13-16, 70:21-24, 71:6-13, 71:15-17, 71:22-28, 72:1-2, 72:4-25, 72:27, 73:1-4, 73:5, 73:7-18, 73:21, 73:22, 73:24-27, 74:1, 74:3-14, 74:16-28, 75:1-6, 75:8, 75:9, 75:11-18, 75:21, 80:9-11, and 81:1-2. DENIED as to portions redacted at 33:17, 33:20-23 (through "2017"), 33:27 (starting "DDR2"), 34:1, 34:5-8 (through "products"), 34:12, 34:15-18, 34:22, 34:25-28, 35:1 (through "below"), 35:3 (starting "DDR4"), 36:4-5 (through "2021"), 36:20, 36:23-24, 37:1-3 (through "below"), 37:5 (starting "DDR4"), 37:25-26 (through "2021"), 60:17, 60:20-23 (through "2017"), 60:27 (starting "DDR2"), 61:1, 61:5-8 (through "products"), 61:12, 61:15-18, 61:22, 61:25-28, 62:1 (through "below"), 62:3 (starting "DDR4"), 63:1, 63:4-8 (through "below"), 63:10 (starting "DDR4"), 66:9, 66:12-15 (through "2021"), 66:18 (starting "Each"), 67:5, 67:8-11 (through "2021"), and 71:1-2.

See the Order re Sealing for the basis of this decision and further instructions.  Dkt. 271.

**IT IS SO ORDERED.**

Dated: ___May 19___, 2022

_____
Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

CASE NO. 4:09-CV-05718-RS