1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

NETLIST, INC.,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

Case No. 3:09-CV-05718-RS

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 268)**

Judge:  Hon. Richard Seeborg

# [PROPOSED] ORDER

Before the Court is Netlist's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. 268). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Exhibit 3 | Google | GRANTED as to redacted portions at: 82:1-17, 82:26-28, 83:4-9, 83:11 |
| Exhibit 6 | Google | GRANTED as to redacted portions at: pg. 1 and pg. 2 |
| Exhibit 7 | Google | GRANTED as to redacted portions at: pg. 1 |
| Exhibit 10 | Google | GRANTED as to redacted portions at: pg. 1 and pg. 2 |

**SO ORDERED.**

DATED: _____          _____
HON. RICHARD SEEBORG
United States District Judge