IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:09-cv-05718-RS<br><br>**PLAINTIFF NETLIST, INC.'S NOTICE OF FILING OF CORRECTED DOCUMENTS** |

**NOTICE**

To all parties and their attorneys of record:

Please take notice that pursuant to the Court's May 19, 2022 Order Re Sealing (Dkt. 271), Plaintiff Netlist, Inc. ("Netlist") hereby submits corrected versions of certain documents sought to be filed under seal, consistent with this Court's orders regarding Netlist's administrative motions to file under seal.  Dkts. 278, 279, 282.  Specifically, Netlist submits the attached corrected documents to replace the following filings:

| | **Attached Document** | **Original Dkt. No. to Be Replaced** |
|---|---|---|
| Exhibit 1 | Plaintiff Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike | Dkt. 194 |
| Exhibit 2 | Ex. 1 attached to Plaintiff Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike | Dkt. 194-2 |
| Exhibit 3 | Plaintiff Netlist's Opposition to Google's Motion for Summary Judgment on the Issue of Absolute Intervening Rights | Dkt. 197 |
| Exhibit 4 | Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212 |
| Exhibit 5 | Ex. 1 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-3 |
| Exhibit 6 | Ex. 3 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-5 |
| Exhibit 7 | Ex. 4 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-6 |
| Exhibit 8 | Ex. 5 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-7 |
| Exhibit 9 | Ex. 6 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-8 |

| | |
|---|---|
| 1  Dated: May 31, 2022 | Respectfully submitted, |
| 2 | IRELL & MANELLA LLP |
| 3 | By: /s/ Jason G. Sheasby |
| 4 | Jason G. Sheasby |
|   | jsheasby@irell.com |
| 5 | Andrew J. Strabone |
|   | astrabone@irell.com |
| 6 | Yanan Zhao |
|   | yzhao@irell.com |
| 7 | Michael W. Tezyan |
| 8 | mtezyan@irell.com |
| 9 | IRELL & MANELLA LLP |
|   | 1800 Avenue of the Stars, Suite 900 |
| 10 | Los Angeles, California 90067 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.

By: /s/   Yanan Zhao
Yanan Zhao