Exhibit 9

# (CORRECTED) EX. 6 ATTACHED TO NETLIST'S OPPOSITION TO DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS

| | |
|---|---|
| **From:** | Tezyan, Michael |
| **Sent:** | Wednesday, May 19, 2021 5:58 PM |
| **To:** | Stach, Jason; ~Hines, Dori; Zang, Chen; Puknys, Erik; Specht, Kara |
| **Cc:** | #Netlist-Google [Int] |
| **Subject:** | Netlist v. Google - Plaintiff's First Amended claim chart (Exhibit B) |
| **Attachments:** | Netlist's First Amended claim chart (Exhibit B).pdf |

Counsel:

Please find attached for service Plaintiff Netlist's First Amended claim chart (Exhibit B). To expedite progress in this matter, Netlist intends to serve amended claim charts on a rolling basis up to the deadline for amending infringement contentions set forth in the Court's March 11, 2021 Order Setting Deadlines. Netlist's assertions are based on currently available materials, without the benefit of discovery. Netlist reserves the right to amend these claim charts based on information developed in the course of this lawsuit through discovery or additional factual investigation, in view of Google's contentions, or as other circumstances may require.

Please note that the attached is designated Netlist Confidential – Attorneys' Eyes Only.

Best regards,

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

### Exhibit B

| '912 Patent | Accused Instrumentalities |
|---|---|
| **CLAIM 16** | |
| [16pre] A memory module connectable to a computer system, the memory module comprising: | Netlist notes that these preliminary infringement contentions are based on publicly-available information.  Netlist expects that information to be revealed in future discovery may result in identification of additional instances of Google's infringement, and may also enable identification of additional claims infringed by Google.  The asserted claim is entitled to a priority date at least as early as March 5, 2004, and a conception date of no later than mid-2003 with subsequent diligent reduction to practice.  *See, e.g.*, September 17, 2010 Deposition of Jayesh Bhakta in Case No. 09-cv-5718, 10:10-14, 11:22-12:16. |
| | The accused instrumentalities include memory modules that comply with the portions of the JEDEC standard for DDR4 identified in subsequent limitations, and memory modules that operate in substantially the same way.  This would include, but not be limited to, DDR4 JEDEC-compliant RDIMM and LRDIMM.  All DDR4 JEDEC-compliant DIMMs constitute "4-Rank Fully-Buffered Dual In-Line Memory Modules" as that term is used in the Complaint. |
| | On information and belief, memory modules connectable to Google's computer systems and servers include memory modules compliant with the JEDEC Standard No. 21C DDR4 SDRAM Load Reduced DIMM Design Specification.  The JEDEC Standard No. 21C specification "defines the electrical and mechanical requirements for 288-pin, 1.2 Volt (VDD), Load Reduced, Double Data Rate, Synchronous DRAM Dual In-Line Memory Modules (DDR4 SDRAM LRDIMMs).  These DDR4 Load Reduced DIMMs (LRDIMMs) are intended for use as main memory when installed in PCs."  JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-5. |
| | On information and belief, memory modules connectable to Google's computer systems and servers include memory modules compliant with the JEDEC Standard No. 21C DDR4 SDRAM Registered DIMM Design Specification.  The JEDEC Standard No. 21C specification "defines the electrical and mechanical requirements for 288-pin, 1.2 Volt (VDD), Registered, Double Data Rate, Synchronous SDRAM Dual In-Line Memory Modules (DDR4 SDRAM RDIMMs). These DDR4 Registered DIMMs (RDIMMs) are intended for use as main memory when installed in PCs." |

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

### Exhibit B

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-5.  *See also*  JEDEC Standard No. 21C (May 2019), at Page 4.20.28-5.<br><br>The JEDEC Standard No. 21C specification "follows the JEDEC standard DDR4 component specification JESD79-4."  JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-5.  In Figure 3, reproduced below, the JEDEC Standard No. 21C specification provides an example of LRDIMM topologies illustrating the connection between the memory module and the memory controller of a computer system.<br><br><br><br>**Figure 3 — LRDIMM Topologies**<br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-17.<br><br>In accordance with the JEDEC Standard No. 21C specification, the DDR4 LRDIMM socket pin wiring assignment for connecting to a memory controller of a computer system is provided in Table 5, reproduced below. |

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

## Exhibit B



**Table 5 — DDR4 288 Pin LRDIMM Pin Wiring Assignments**

| Front Side Pin Label | Pin | Pin | Back side Pin Label | | Front Side Pin Label | Pin | Pin | Back side Pin Label |
|---|---|---|---|---|---|---|---|---|
| 12 V, NC | 1 | 145 | 12 V, NC | | CK0_t | 74 | 218 | CK1_t |
| VSS | 2 | 146 | VREFCA | | CK0_c | 75 | 219 | CK1_c |
| DQ4 | 3 | 147 | VSS | | VDD | 76 | 220 | VDD |
| VSS | 4 | 148 | DQ5 | | VTT | 77 | 221 | VTT |
| DQ0 | 5 | 149 | VSS | | | | | |
| VSS | 6 | 150 | DQ1 | | KEY | | | |
| DQS9_t, DM0_n, DBI0_n, NC | 7 | 151 | VSS | | EVENT_n | 78 | 222 | PARITY |
| TDQS9_c, DQS9_c, NC | 8 | 152 | DQS0_c | | A0 | 79 | 223 | VDD |
| VSS | 9 | 153 | DQS0_t | | VDD | 80 | 224 | BA1 |
| DQ6 | 10 | 154 | VSS | | BA0 | 81 | 225 | A10/AP |
| VSS | 11 | 155 | DQ7 | | RAS_n/A16 | 82 | 226 | VDD |
| DQ2 | 12 | 156 | VSS | | VDD | 83 | 227 | RFU |
| VSS | 13 | 157 | DQ3 | | CS0_n | 84 | 228 | WE_n/A14 |
| DQ12 | 14 | 158 | VSS | | VDD | 85 | 229 | VDD |
| VSS | 15 | 159 | DQ13 | | CAS_n/A15 | 86 | 230 | NC, SAVE_n |
| DQ8 | 16 | 160 | VSS | | ODT0 | 87 | 231 | VDD |
| VSS | 17 | 161 | DQ9 | | VDD | 88 | 232 | A13 |
| _t, DQS10_t DM1_n, DBI1_n, NC | 18 | 162 | VSS | | CS1_n, NC | 89 | 233 | VDD |
| TDQS10_c, DQS10_c, NC | 19 | 163 | DQS1_c | | VDD | 90 | 234 | NC, A17 |
| VSS | 20 | 164 | DQS1_t | | ODT1 | 91 | 235 | NC, C2 |
| DQ14 | 21 | 165 | VSS | | VDD | 92 | 236 | VDD |
| VSS | 22 | 166 | DQ15 | | C0, CS2_n, NC | 93 | 237 | NC, CS3_n, C1 |
| DQ10 | 23 | 167 | VSS | | VSS | 94 | 238 | SA2 |
| VSS | 24 | 168 | DQ11 | | DQ36 | 95 | 239 | VSS |
| DQ20 | 25 | 169 | VSS | | VSS | 96 | 240 | DQ37 |
| VSS | 26 | 170 | DQ21 | | DQ32 | 97 | 241 | VSS |
| DQ16 | 27 | 171 | VSS | | VSS | 98 | 242 | DQ33 |
| VSS | 28 | 172 | DQ17 | | TDQS13_t, DQS13_t, DM4_n, DBI4_n, NC | 99 | 243 | VSS |
| _t, DQS11_t DM2_n, DBI2_n, NC | 29 | 173 | VSS | | TDQS13_c, DQS13_c, NC | 100 | 244 | DQS4_c |
| TDQS11_c, DQS11_c, NC | 30 | 174 | DQS2_c | | VSS | 101 | 245 | DQS4_t |
| VSS | 31 | 175 | DQS2_t | | DQ38 | 102 | 246 | VSS |
| DQ22 | 32 | 176 | VSS | | VSS | 103 | 247 | DQ39 |
| VSS | 33 | 177 | DQ23 | | DQ34 | 104 | 248 | VSS |
| DQ18 | 34 | 178 | VSS | | VSS | 105 | 249 | DQ35 |
| VSS | 35 | 179 | DQ19 | | DQ44 | 106 | 250 | VSS |
| DQ28 | 36 | 180 | VSS | | VSS | 107 | 251 | DQ45 |
| VSS | 37 | 181 | DQ29 | | DQ40 | 108 | 252 | VSS |
| DQ24 | 38 | 182 | VSS | | VSS | 109 | 253 | DQ41 |
| VSS | 39 | 183 | DQ25 | | TDQS14_t, DQS14_t, DM5_n, DBI5_n, NC | 110 | 254 | VSS |
| _t, DQS12_t DM3_n, DBI3_n | 40 | 184 | VSS | | TDQS14_c, DQS14_c, NC | 111 | 255 | DQS5_c |

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

## Exhibit B

**Table 5 — DDR4 288 Pin LRDIMM Pin Wiring Assignments (Cont'd)**

| Front Side Pin Label | Pin | Pin | Back side Pin Label | Front Side Pin Label | Pin | Pin | Back side Pin Label |
|---|---|---|---|---|---|---|---|
| TDQS12_c, DQS12_c, NC | 41 | 185 | DQS3_c | VSS | 112 | 256 | DQS5_t |
| VSS | 42 | 186 | DQS3_t | DQ46 | 113 | 257 | VSS |
| DQ30 | 43 | 187 | VSS | VSS | 114 | 258 | DQ47 |
| VSS | 44 | 188 | DQ31 | DQ42 | 115 | 259 | VSS |
| DQ26 | 45 | 189 | VSS | VSS | 116 | 260 | DQ43 |
| VSS | 46 | 190 | DQ27 | DQ52 | 117 | 261 | VSS |
| CB4, NC | 47 | 191 | VSS | VSS | 118 | 262 | DQ53 |
| VSS | 48 | 192 | CB5, NC | DQ48 | 119 | 263 | VSS |
| CB0, NC | 49 | 193 | VSS | VSS | 120 | 264 | DQ49 |
| VSS | 50 | 194 | CB1, NC | TDQS15_t, DQS15_t, DM6_n, DBI6_n, NC | 121 | 265 | VSS |
| _t, DQS17_t, DM8_n, DBI8_n, NC | 51 | 195 | VSS | TDQS15_c, DQS15_c, NC | 122 | 266 | DQS6_c |
| TDQS17_c, DQS17_c, NC | 52 | 196 | DQS8_c | VSS | 123 | 267 | DQS6_t |
| VSS | 53 | 197 | DQS8_t | DQ54 | 124 | 268 | VSS |
| CB6, NC | 54 | 198 | VSS | VSS | 125 | 269 | DQ55 |
| VSS | 55 | 199 | CB7, NC | DQ50 | 126 | 270 | VSS |
| CB2, NC | 56 | 200 | VSS | VSS | 127 | 271 | DQ51 |
| VSS | 57 | 201 | CB3, NC | DQ60 | 128 | 272 | VSS |
| RESET_n | 58 | 202 | VSS | VSS | 129 | 273 | DQ61 |
| VDD | 59 | 203 | CKE1 | DQ56 | 130 | 274 | VSS |
| CKE0 | 60 | 204 | VDD | VSS | 131 | 275 | DQ57 |
| VDD | 61 | 205 | RFU | TDQS16_t, DQS16_t, DM7_n, DBI7_n, NC | 132 | 276 | VSS |
| ACT_n | 62 | 206 | VDD | TDQS16_c, DQS16_c, NC | 133 | 277 | DQS7_c |
| BG0 | 63 | 207 | BG1 | VSS | 134 | 278 | DQS7_t |
| VDD | 64 | 208 | ALERT_n | DQ62 | 135 | 279 | VSS |
| A12/BC_n | 65 | 209 | VDD | VSS | 136 | 280 | DQ63 |
| A9 | 66 | 210 | A11 | DQ58 | 137 | 281 | VSS |
| VDD | 67 | 211 | A7 | VSS | 138 | 282 | DQ59 |
| A8 | 68 | 212 | VDD | SA0 | 139 | 283 | VSS |
| A6 | 69 | 213 | A5 | SA1 | 140 | 284 | VDDSPD |
| VDD | 70 | 214 | A4 | SCL | 141 | 285 | SDA |
| A3 | 71 | 215 | VDD | VPP | 142 | 286 | VPP |
| A1 | 72 | 216 | A2 | VPP | 143 | 287 | VPP |
| VDD | 73 | 217 | VDD | RFU | 144 | 288 | VPP |

JEDEC Standard No. 21C (Aug. 2015), at Pages 4.20.27-10 to 4.20.27-11.

<u>US Patent No. 7,619,912 C1 – First Amended Claim Chart</u>

<u>Exhibit B</u>

| '912 Patent | Accused Instrumentalities |
|---|---|
| | Similarly, In Figure 4 of the DDR4 RDIMM specification, reproduced below, the JEDEC Standard No. 21C specification provides an example of RDIMM topologies illustrating the connection between the memory module and the memory controller of a computer system.<br><br><br><br>JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-19.  *See also* JEDEC Standard No. 21C (May 2019), at Page 4.20.28-19.<br><br>In accordance with the JEDEC Standard No. 21C specification, the DDR4 RDIMM socket pin wiring assignment for connecting to a memory controller of a computer system is provided in Table 5, reproduced below. |

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

## Exhibit B



Table 5 — DDR4 288 Pin RDIMM Pin Wiring Assignments

| Front Side Pin Label | Pin | Pin | Back side Pin Label | Front Side Pin Label | Pin | Pin | Back side Pin Label |
|---|---|---|---|---|---|---|---|
| 12 V, NC | 1 | 145 | 12 V, NC | CK0_t | 74 | 218 | CK1_t |
| VSS | 2 | 146 | VREFCA | CK0_c | 75 | 219 | CK1_c |
| DQ4 | 3 | 147 | VSS | VDD | 76 | 220 | VDD |
| VSS | 4 | 148 | DQ5 | VTT | 77 | 221 | VTT |
| DQ0 | 5 | 149 | VSS | KEY | | | |
| VSS | 6 | 150 | DQ1 | | | | |
| TDQS9_t, DQS9_t, DM9n, DBI0_n, NC | 7 | 151 | VSS | EVENT_n | 78 | 222 | PARITY |
| TDQS9_c)QS9_c, NC | 8 | 152 | DQS0_c | A0 | 79 | 223 | VDD |
| VSS | 9 | 153 | DQS0_t | VDD | 80 | 224 | BA1 |
| DQ6 | 10 | 154 | VSS | BA0 | 81 | 225 | A10/AP |
| VSS | 11 | 155 | DQ7 | RAS_n/A16 | 82 | 226 | VDD |
| DQ2 | 12 | 156 | VSS | VDD | 83 | 227 | RFU |
| VSS | 13 | 157 | DQ3 | CS0_n | 84 | 228 | WE_n/A14 |
| DQ12 | 14 | 158 | VSS | VDD | 85 | 229 | VDD |
| VSS | 15 | 159 | DQ13 | CAS_n/A15 | 86 | 230 | NC, SAVE_n |
| DQ8 | 16 | 160 | VSS | ODT0 | 87 | 231 | VDD |
| VSS | 17 | 161 | DQ9 | VDD | 88 | 232 | A13 |
| TDQS10_t,DQS10_t, DM1_n, DBI1_n, NC | 18 | 162 | VSS | CS1_n, NC | 89 | 233 | VDD |
| TDQS10_c, DS10_c, NC | 19 | 163 | DQS1_c | VDD | 90 | 234 | NC, A17 |
| VSS | 20 | 164 | DQS1_t | ODT1, NC | 91 | 235 | NC, C2 |
| DQ14 | 21 | 165 | VSS | VDD | 92 | 236 | VDD |
| VSS | 22 | 166 | DQ15 | C0, CS2_n, NC | 93 | 237 | NC, CS3_n, C1 |
| DQ10 | 23 | 167 | VSS | VSS | 94 | 238 | SA2 |
| VSS | 24 | 168 | DQ11 | DQ36 | 95 | 239 | VSS |
| DQ20 | 25 | 169 | VSS | VSS | 96 | 240 | DQ37 |
| VSS | 26 | 170 | DQ21 | DQ32 | 97 | 241 | VSS |
| DQ16 | 27 | 171 | VSS | VSS | 98 | 242 | DQ33 |
| VSS | 28 | 172 | DQ17 | TDQS13_t, DQS13_t, DM4_n, DBI4_n, NC | 99 | 243 | VSS |
| TDQS11_t, DQS1_t, DM2_n, DBI2_n, NC | 29 | 173 | VSS | TDQS13_c, DQS13_c, NC | 100 | 244 | DQS4_c |
| TDQS11_c, DS11_c, NC | 30 | 174 | DQS2_c | VSS | 101 | 245 | DQS4_t |
| VSS | 31 | 175 | DQS2_t | DQ38 | 102 | 246 | VSS |
| DQ22 | 32 | 176 | VSS | VSS | 103 | 247 | DQ39 |
| VSS | 33 | 177 | DQ23 | DQ34 | 104 | 248 | VSS |
| DQ18 | 34 | 178 | VSS | VSS | 105 | 249 | DQ35 |
| VSS | 35 | 179 | DQ19 | DQ44 | 106 | 250 | VSS |
| DQ28 | 36 | 180 | VSS | VSS | 107 | 251 | DQ45 |
| VSS | 37 | 181 | DQ29 | DQ40 | 108 | 252 | VSS |
| DQ24 | 38 | 182 | VSS | VSS | 109 | 253 | DQ41 |
| VSS | 39 | 183 | DQ25 | TDQS14_t, DQS14_t, DM5_n, DBI5_n, NC | 110 | 254 | VSS |

# US Patent No. 7,619,912 C1 – First Amended Claim Chart

## Exhibit B



**Table 5 — DDR4 288 Pin RDIMM Pin Wiring Assignments**

*See* JEDEC Standard No. 21C (Dec. 2015), at Pages 4.20.28-10 to 4.20.28-11. *See also* JEDEC Standard No. 21C (May 2019), at Pages 4.20.28-10 to 4.20.28-11.

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

### Exhibit B

| '912 Patent | Accused Instrumentalities |
| --- | --- |
| [16.1] a printed circuit board; | On information and belief, the memory modules connectable to Google's computer systems and servers include a printed circuit board.<br><br>For example, the JEDEC Standard No. 21C specification describes component types and placements as follows:<br><br>"5.1 Component Types and Placement<br><br>Components shall be positioned on the PCB to meet the minimum and maximum trace lengths required for DDR4 SDRAM signals."<br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-16; JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-17; JEDEC Standard No. 21C (May 2019), at Page 4.20.28.18.<br><br>The JEDEC Standard No. 21C specification further provides "[p]referred rules" DIMM routing space constraints in relation to printed circuit board design.  These rules includes via size, pad spacing, line spacing, and the like.  *See* JEDEC Standard No. 21C (Aug. 2015), at Pages 4.20.27-26 to 4.20.27-27; JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-28.  *See also* JEDEC Standard No. 21C (May 2019), at Page 4.20.28-31. |
| [16.2] a plurality of double-data-rate (DDR) memory devices coupled to the printed circuit board, the plurality of DDR memory devices having a first number of DDR memory devices arranged in a first number of ranks; | On information and belief, the memory modules connectable to Google's computer systems and servers include a plurality of double-data-rate (DDR) memory devices coupled to the printed circuit board, the plurality of DDR memory devices having a first number of DDR memory devices arranged in a first number of ranks.<br><br>In Figure 10, reproduced below, the JEDEC Standard No. 21C specification provides an example of a plurality of DDR4 memory devices coupled to the printed circuit board, with the DDR4 memory devices arranged in a first number of ranks. |

## US Patent No. 7,619,912 C1 – First Amended Claim Chart

### Exhibit B

| '912 Patent | Accused Instrumentalities |
|---|---|
| | <br><br>Figure 10 — DDR4 2R/4R/8R/16R (planar/3DS) Control Wiring<br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-29; JEDEC Standard No. 21C (Dec. 2015) (Figure 13), at Page 4.20.28-31.  *See also* JEDEC Standard No. 21C (May 2019) (Figure 13), at Page 4.20.28-34. |
| [16.3] a circuit coupled to the printed circuit board, the circuit comprising a logic element and a register, | The JESD 82-31A standard "defines standard specifications of DC interface parameters, switching parameters, and test loading for definition of the DDR4 Registering Clock Driver (RCD) with parity for driving address and control nets on DDR4 RDIMM and LRDIMM applications."  JESD 82-31A (Aug. 2019), at Page 1.<br><br>The DDR4 RCD comprises a logic element and a register.  In Figure 28 from JESD 82-31A, reproduced below, the highlighted portions identify the logic element and the register. |