QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-CV-05718-RS<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING OF CORRECTED DOCUMENTS** |

**NOTICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to the Court's May 19, 2022 Order Re Sealing (Dkt. 271), Defendant Google LLC ("Google") hereby submits corrected versions of certain documents sought to be filed under seal, consistent with this Court's orders regarding Google's administrative motions to file under seal. Dkts. 278, 279, 281, 282. Specifically, Google submits the attached corrected documents to replace the following filings:

|   | **Attached Document** | **Document to be Replaced** |
|---|---|---|
| Exhibit 1 | Plaintiff Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike | Dkt. 194 |
| Exhibit 2 | Ex. 1 attached to Plaintiff Netlist's Objection to New Evidence in Google's Reply in Support of Its Motion to Strike | Dkt. 194-2 |
| Exhibit 3 | Plaintiff Netlist's Opposition to Google's Motion for Summary Judgement on Absolute Intervening Rights | Dkt. 196 |
| Exhibit 4 | Ex. 5 attached to Defendant Google's Motion to Amend its Answer and Counterclaims | Dkt. 205-7 |
| Exhibit 5 | Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212 |
| Exhibit 6 | Ex. 1 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-3 |
| Exhibit 7 | Ex. 3 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-5 |
| Exhibit 8 | Ex. 5 attached to Netlist's Opposition to Defendant's Motion to Amend Answer and Counterclaims | Dkt. 212-7 |

| | |
|---|---|
| DATED:  May 31, 2022 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By  */s/ Jonathan Tse*<br>       Jonathan Tse<br><br>David Perlson (CA Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Jared Newton (admitted *pro hac vice*)<br>jarednewton@quinnemanuel.com<br>Deepa Acharya (CA Bar No. 267654)<br>deepaacharya@quinnemanuel.com<br>Sandy Shen (admitted *pro hac vice*)<br>sandyshen@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Catlin Williams (CA Bar No. 336464)<br>catwilliams@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant Google LLC* |