UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-CV-05718-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT GOOGLE LLC'S OPPOSITION TO NETLIST, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Judge:  Hon. Richard Seeborg |

**[PROPOSED] ORDER**

Before the Court is Google's Administrative Motion to File Under Seal its Opposition to Netlist's Motion for Leave to Amend Infringement Contentions ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Ex. A (Netlist's June 18, 2021 Amended Infringement Contentions) | Google | GRANTED as to redacted portions at: 3:27 |
| Ex. D (July 19, 2021 email thread between counsel for Netlist and Google) | Google | GRANTED as to redacted portions at: Pages 1, 3 |
| Ex. E (September 3, 2021 email thread between counsel for Netlist and Google) | Google | GRANTED as to redacted portions at: Pages 1-3 |

**SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
United States District Judge