QUINN EMANUEL URQUHART & SULLIVAN, LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 3:09-CV-05718-RS<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO NETLIST, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

I, Jonathan Tse, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Opposition to Netlist's Motion for Leave to Amend Infringement Contentions. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. On June 3 and June 15, 2021, Netlist served Rule 30(b)(1) subpoenas on three current or former Google employees.

3. Since Netlist served its June 18, 2021 infringement contentions, Google produced about 30,000 pages in discovery related to intervening rights on the accused 4-rank DIMMs, provided its responses and objections (and supplementations thereof) to Netlist's interrogatory responses five times, responded and objected to eight document requests propounded by Netlist, and provided its responses and objections (and supplementations thereof) to Netlist's Rule 30(b)(6) topics twice.

4. Google even began preparations for the depositions of the Google witnesses whom Netlist noticed but later decided to forego.

5. Attached as **Exhibit A** is a true and correct excerpted copy of Netlist's Amended Disclosure of Asserted Claims and Infringement Contentions, dated June 18, 2021.

6. Attached as **Exhibit B** is a true and correct copy of Super Micro Computer, Inc.'s Memory Configuration Guide for X10 Series DP Motherboards – (Socket R3), dated September 8, 2014 and available at https://www.supermicro.com/support/resources/memory/X10_memory_config_guide.pdf.

7. Attached as **Exhibit C** is a true and correct excerpted copy of a JEDEC presentation authored by Desi Rhoden for Server Forum 2014, titled "Memory Modules in the Clouds," dated 2014 and available at https://www.jedec.org/sites/default/files/files/Desi_Rhoden_Server_Forum_2014_Final_r1.pdf.

8. Attached as **Exhibit D** is a true and correct copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist v. Google – Google's July 2, 2021 Supplemental Objections and Responses to Interrogatory No. 3," last dated July 19, 2021.

9. Attached as **Exhibit E** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "Re: Netlist v. Google – 09-cv-5718 – Joint Letter to Magistrate re Dorsey Subpoena," last dated September 3, 2021.

10. Attached as **Exhibit F** is a true and correct excerpted copy of Netlist, Inc.'s Notice of Deposition Pursuant to Rule 30(b)(6), dated May 24, 2021.

11. Attached as **Exhibit G** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "Re: Netlist v. Google – 09-cv-5718 – Joint Letter to Magistrate re Dorsey Subpoena," last dated August 16, 2021.

12. Attached as **Exhibit H** is a true and correct copy of an email from Google's counsel to Netlist's counsel, titled "Netlist – Follow up to October 4, 2021 lead meet and confer," dated October 5, 2021.

13. Attached as **Exhibit I** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist v. Google – 09-cv-5718 | Amending Answer," last dated September 10, 2021.

14. Attached as **Exhibit J** is a true and correct copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist Motion for Leave to Amend Preliminary Infringement Contentions," last dated May 16, 2022.

15. Attached as **Exhibit K** is a true and correct excerpted copy of a JEDEC presentation authored by Art Kilmer for the Server Memory Forum 2011 titled, "DDR4 in an Enterprise Server," dated 2011 and available at https://documents.pub/document/server-memory-forum-2011-home-jedec.html.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed May 31, 2022 in San Francisco, California.

DATED: May 31, 2022                         */s/ Jonathan Tse*
                                            Jonathan Tse