# EXHIBIT I

## Jonathan Tse

| | |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Friday, September 10, 2021 10:59 AM |
| **To:** | Deepa Acharya; Strabone, Andrew; #Netlist-Google [Int]; Tezyan, Michael |
| **Cc:** | QE-NetlistvGoogle; ~Hines, Dori; erik.puknys@finnegan.com; Jason.Stach@finnegan.com; Kara.Specht@finnegan.com |
| **Subject:** | RE: Netlist v. Google - 09-cv-5718 | Amending Answer |

**[EXTERNAL EMAIL from jsheasby@irell.com]**

We disagree. And we oppose your motion.
Thanks
JS

**From:** Deepa Acharya <deepaacharya@quinnemanuel.com>
**Sent:** Friday, September 10, 2021 10:48 AM
**To:** Strabone, Andrew <AStrabone@irell.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; Tezyan, Michael <mtezyan@irell.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>; ~Hines, Dori <dori.hines@finnegan.com>; erik.puknys@finnegan.com; Jason.Stach@finnegan.com; Kara.Specht@finnegan.com
**Subject:** Re: Netlist v. Google - 09-cv-5718 | Amending Answer

Counsel,

In light of the Court's order staying discovery on issues other than intervening rights and the Court's concern with burdening the parties and the Court with issues and disputes unrelated to the intervening rights issues presently before the Court, we believe that our motion for leave to amend Google's answer and counterclaims falls within the scope of the court's stay order. Please let us know if you agree that Google's decision not to file this motion until after the stay is not evidence of prejudice or delay. If you disagree, please send us your availability to meet and confer on Netlist's position to Google's proposed amendments, as we have been asking you to meet and confer on these issues now for weeks.

Best,
Deepa

**From:** Deepa Acharya <deepaacharya@quinnemanuel.com>
**Date:** Thursday, September 2, 2021 at 12:25 PM
**To:** "Strabone, Andrew" <AStrabone@irell.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, "Tezyan, Michael" <mtezyan@irell.com>, "Sheasby, Jason" <JSheasby@irell.com>
**Cc:** QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>, "~Hines, Dori" <dori.hines@finnegan.com>, "erik.puknys@finnegan.com" <erik.puknys@finnegan.com>, "Jason.Stach@finnegan.com" <Jason.Stach@finnegan.com>, "Kara.Specht@finnegan.com" <Kara.Specht@finnegan.com>
**Subject:** RE: Netlist v. Google - 09-cv-5718 | Amending Answer

Andrew,