# EXHIBIT J

# Jonathan Tse

| | |
|---|---|
| **From:** | Jonathan Tse |
| **Sent:** | Monday, May 16, 2022 1:25 PM |
| **To:** | Zhao, Yanan; QE-NetlistvGoogle; David Perlson |
| **Cc:** | #Netlist-Google [Int]; Sheasby, Jason; Strabone, Andrew; ~Hines, Dori; Stach, Jason; Puknys, Erik; Specht, Kara |
| **Subject:** | RE: Netlist Motion for Leave to Amend Preliminary Infringement Contentions |

Counsel,

We oppose Netlist's motion. First, you have not identified the specific amendments you intend to make or any good cause for those amendments. Netlist's operative infringement contentions are limited to 4-Rank devices; thus, there are no allegations for you to "make clear" via amendment. Second, Netlist was not diligent in seeking to amend its contentions. Netlist had the opportunity to chart the '912 Patent against 8-Rank and 16-Rank portions of the JEDEC specification when the Court authorized it to amend its infringement contentions in June 2021, but Netlist declined to do so. Third, it would be prejudicial to Google for Netlist to amend its contentions at this time, after the parties have engaged in significant discovery and motions based on Netlist's operative infringement contentions.

Best,

Jon

**Jonathan Tse**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Sunday, May 15, 2022 10:03 AM
**To:** QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>
**Cc:** #Netlist-Google [Int] <Netlist-Google@irell.com>; Sheasby, Jason <JSheasby@irell.com>; Strabone, Andrew <AStrabone@irell.com>; ~Hines, Dori <dori.hines@finnegan.com>; Stach, Jason <Jason.Stach@finnegan.com>; Puknys, Erik <erik.puknys@finnegan.com>; Specht, Kara <Kara.Specht@finnegan.com>
**Subject:** Netlist Motion for Leave to Amend Preliminary Infringement Contentions

[EXTERNAL EMAIL from yzhao@irell.com]

Counsel,

Netlist plans to move for leave to amend its preliminary infringement contentions on Monday, May 15, 2022, to make clear that they apply to Google's 8-rank and 16-rank DIMMs. Please let us know if you oppose.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.