# EXHIBIT K



# DDR4 in an Enterprise Server

*Art Kilmer*

*Memory Development*

*IBM Server & Technology Group*

*Server Memory Forum 2011*



# Agenda

- Enterprise Server Memory Application Requirements
- DDR4 Report Card & Beneficial Changes
  - Capacity
  - Power
  - Performance
- Summary



# DDR4 – Increased Capacity

- **8Gb / 16Gb**
  - Continued standard scaling efficiencies provide business as usual growth, but are insufficient by itself.

- **LRDIMM**
  - Building on DDR3 chip ID decoding and distributed buffer LRDIMM architecture Load Reduced Modules.
  - DDR4 RCD supports up to 4 package ranks of DDP or 2 package ranks of 8 high.

- **Register support is limited to 4 CS & 1 CID, or 2 CS & 3 CID**
  - Supports 4 package ranks of max 2H stack, or
  - Supports 2 package ranks of max 8H stack

- **Dual Register Support**
  - Required for 4 package ranks of 4H & 8H stacks.
  - Means to distinguish between two registers without additional pins is required.
  - Some minimal added latency is acceptable.

- **3DS / MS**
  - Master / slave memory stacking provides the greatest benefit addressing capacity, power and performance.



**Global Standards for the Microelectronics Industry**

# Advanced Load Reduction technique : Master-slave

**3D-stack**

- Additional ranks (capacity)
- Load reduction (higher frequency)
- Bus TAT hiding (bus efficiency)
- Standby power reduction
- Active termination power reduction

**Thru-silicon via technology is key opportunity for extensive master-slave implementation.**

- Higher stacking feasible within attractive package height (die thinning).
- More bits at same loading (no additional termination required).
- More layers in power-down like state (DLLs, IO and internal clocks) without access penalty.
   - ➔ **More power savings.**



single package

DDR4 DRAM

DDR4 DRAM

DDR4 DRAM

DDR4 DRAM

shared I/O

**Net: greater Watt-per-bit & bit-per-mm$^3$ efficiency for high-capacity memory systems**



**Global Standards for the Microelectronics Industry**

# 3DS DRAM Master-Slave Power Savings

- Master-slave DRAM architecture may offer as much as 40% power reduction.
- For large-capacity systems, both passive and active power is critical.
- Master-slave **standby** power opportunity:
  - Removal or gating of content on slave layers.
  - DLL power particularly important:
    - Achieve power-down-like properties without control overhead.
- Master-slave **active** power opportunity:
  - Termination power is a sizeable component of today's large server-class DIMMs.
- Master-slave **network** power opportunity:
  - Higher capacity per memory channel eliminates need for additional channels.



# 3DS vs DDP

- **Power savings from 3DS comes from 3 areas:**
  - Lower power on the Address, Control, and Clock nets due to lighter loading.
  - Lower idle power due to DRAM optimizations with 3D Stacking.
  - Lower Data bus termination power due to lighter loading.
- **Majority of the power savings comes from the data bus termination.**
  - Due to the large number of data and strobe nets on the DIMM.



4 Rank DIMM Power Comparison DDP vs 3DS



Global Standards for the Microelectronics Industry