# EXHIBIT C

*Global Standards for the Microelectronics Industry*

JEDEC®

# Memory Modules in the Clouds

## By Desi Rhoden

*Server Forum 2014*

Copyright © 2014 [Desi Rhoden & Montage Technology]

# DDR4 RDIMM R/C Types

| LP Card# | Sponsor | LP/VLP | I/O | Rank | DRAM I/O | pcs | PCB H mm | DRAM Placement |
|---|---|---|---|---|---|---|---|---|
| R/C-A* |  | LP | x72 | 2/4/8/16 | x4 Mono/3DS | 36 | 31.25 | Vertical 2 row |
| R/C-B* |  | LP | x72 | 2/4/8/16 | x4 Mono/3DS | 36 | 31.25 | Flower 2 row |
| R/C-C |  | LP | x72 | 1 | x4 Mono | 18 | 31.25 | Vertical 1 row |
| R/C-D |  | LP | x72 | 1 | x8 Mono | 9 | 31.25 | Vertical 1 row, single sided |
| R/C-E |  | LP | x72 | 2 | x8 Mono | 18 | 31.25 | Vertical 1 row |

| VLP Card# | Sponsor | LP/VLP | I/O | Rank | DRAM I/O | pcs | PCB H mm | DRAM Placement |
|---|---|---|---|---|---|---|---|---|
| R/C-F* |  | VLP | x72 | 2/4/8 | x4 Mono/3DS | 18 | 18.75 | Vertical 1 row |
| R/C-G |  | VLP | x72 | 1 | x8 Mono | 9 | 18.75 | Vertical 1 row |
| R/C-H |  | VLP | x72 | 2 | x8 Mono | 18 | 18.75 | Vertical 1 row |

* Raw Card supports all listed Mono & 3DS options with same brd design.



Global Standards for the Microelectronics Industry

JEDEC®

# DDR4 LRDIMM R/C Types

| LP Card# | Sponsor | LP/VLP | I/O | Rank | DRAM I/O | # Pkg | PCB Height mm | DRAM Placement |
|---|---|---|---|---|---|---|---|---|
| R/C-A* | | LP | x72 | 2/4/8/16 | x4 Mono/3DS | 36 | 31.25 | Vertical 2 row |
| R/C-B* | | LP | x72 | 2/4/8/16 | x4 Mono/3DS | 36 | 31.25 | Flower 2 row |
| R/C-D | | LP | x72 | 4 | x4 DDP (no 3DS) | 36 | 31.25 | Vertical 2 row |
| R/C-E | | LP | x72 | 4 | x4 DDP (no 3DS) | 36 | 31.25 | Flower 2 row |
| R/C-C* | | VLP | x72 | 2/4/8 | x4 Mono/3DS | 18 | 31.25 | Horizontal 1 row |

\* Raw Card supports all listed Mono & 3DS options with same PCB design.

Low Priority for now (R/C-C*)



Global Standards for the Microelectronics Industry

JEDEC