1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

NETLIST, INC.,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

Case No. 3:09-CV-05718-SBA

**[PROPOSED] ORDER GRANTING TO DEFENDANT GOOGLE LLC'S MOTION TO STAY**

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Stay ("Motion"). Having considered the arguments of the parties and the papers submitted, the Court hereby **GRANTS** Google's Motion.

**SO ORDERED.**

DATED: _____     _____
HON. RICHARD SEEBORG
United States District Judge