# Exhibit 2

# Redacted Version of Document Sought to be Sealed

QUINN EMANUEL URQUHART & SULLIVAN LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted pro hac vice)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted pro hac vice)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 4:09-cv-05718-SBA <br><br> **DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF NETLIST, INC.'S INTERROGATORY NOS. 1 AND 2** |

or the common interest doctrine, or that is otherwise privileged or protected from discovery. Google further objects to this Interrogatory as calling for a legal conclusion. Google further objects to this Interrogatory as improperly seeking expert testimony.

Subject to the foregoing objections and based on its reasonable investigation to date, Google incorporates by reference its July 16, 2021 Second Supplemental Responses and Objections to Interrogatory No. 3. Although not specifically requested by this Interrogatory, ███████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████

███████████████████████████████

███████████████████████████████

███████████████

Pursuant to Federal Rule of Civil Procedure 33(d), Google identifies the following document from which information responsive to this Interrogatory may be derived: GNLP-00029766.

The foregoing responses are based on Google's reasonable investigation to date. Google reserves the right to supplement or modify its response based on further investigation and discovery, or in response to new arguments or evidence presented by Netlist.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 [ACTUAL INTERROGATORY NO. 22] (AUGUST 30, 2021)**

Google incorporates by reference its General Objections and prior objections and responses to this Interrogatory. Google provides the following supplemental response after a reasonable investigation and to identify documents from which information responsive to the Interrogatory may be ascertained. Google reserves the right to further supplement its response as discovery progresses. Subject to and without waiving the foregoing objections, Google supplements its response to Interrogatory No. 2 [actual Interrogatory No. 22] as follows:

1  Google further objects to the numbering of Netlist's Interrogatory No. 2, as Netlist previously
2  propounded twenty interrogatories on March 26, 2010. Therefore, the correct numbering for this
3  interrogatory is Interrogatory No. 22.
4  Subject to the foregoing objections and based on its reasonable investigation to date, ███

[Lines 5–14 redacted]

15  The foregoing responses are based on Google's reasonable investigation to date. Google
16  reserves the right to supplement or modify its response based on further investigation and discovery,
17  or in response to new arguments or evidence presented by Netlist.

18  DATED: August 30, 2021                QUINN EMANUEL URQUHART &
19                                        SULLIVAN, LLP
20
21                                        By  /s/ David Perlson
                                              David Perlson
22
23                                        David Perlson (CA Bar No. 209502)
                                          davidperlson@quinnemanuel.com
24                                        Jonathan Tse (CA Bar No. 305468)
                                          jonathantse@quinnemanuel.com
25                                        50 California Street, 22nd Floor
                                          San Francisco, CA 94111
26                                        Telephone: (415) 875-6600
                                          Facsimile: (415) 875-6700
27
28                                        Jared Newton (admitted *pro hac vice*)
                                          jarednewton@quinnemanuel.com

Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*