# Exhibit 3

# Redacted Version of Document Sought to be Sealed

QUINN EMANUEL URQUHART & SULLIVAN LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted pro hac vice)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted pro hac vice)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 3:09-cv-05718-RS<br><br>**DEFENDANT GOOGLE LLC'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF NETLIST, INC.'S INTERROGATORY NO. 2** |

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 [ACTUAL INTERROGATORY NO. 22] (JUNE 3, 2022)**

Google incorporates by reference its General Objections and prior objections and responses to this Interrogatory. Subject to those objections, and based on a reasonable investigation, Google states as follows:

Google incorporates by reference its July 16, 2021 Supplemental Response to Interrogatory No. 3 and its August 30, 2021 Supplemental Response to Interrogatory No 2. As detailed in those responses, Google confirms that the accused 4-Rank DDR4 RDIMMs and LRDIMMs, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

Google also incorporates by reference its October 12, 2021 Supplemental Response to Interrogatory No. 3. As detailed in that response, Google confirms that the non-accused 8-Rank DDR4 DIMMS, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

| | | |
|---|---|---|
| 1 | DATED: June 3, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ *Jared Newton*
      Jared Newton

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 50 California St., 22nd Floor, San Francisco, CA 94111.

On June 3, 2022, I served true copies of the following document(s) described as **DEFENDANT GOOGLE LLC'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF NETLIST, INC.'S INTERROGATORY NO. 2** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I transmitted PDF format copies of the document(s) described above to the e-mail addresses on the attached Service List pursuant to the agreement between the parties to serve discovery, in lieu of other service methods, by email under Fed. R. Civ. P. 5(b)(2)(E). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 3, 2022 at San Francisco, California.

*/s/ Jonathan Tse*
Jonathan Tse

██████████████████████████████

1        **SERVICE LIST**

2        *Netlist, Inc. v. Google LLC*
3        *Case No. 09-cv-05718-RS (JCS)*

4   *Attorneys for Plaintiff Netlist, Inc.*

5                                   IRELL & MANELLA LLP
                                    Jason G. Sheasby (CA SBN 205455)
6                                   jsheasby@irell.com
7                                   Andrew J. Strabone (CA SBN 301659)
                                    astrabone@irell.com
8                                   1800 Avenue of the Stars, Suite 900
                                    Los Angeles, California 90067
9                                   Telephone: (310) 277-1010
10                                  Facsimile: (310) 203-7199