| | |
|---|---|
| IRELL & MANELLA LLP<br>Jason G. Sheasby (CA SBN 205455)<br>jsheasby@irell.com<br>Andrew J. Strabone (CA SBN 301659)<br>astrabone@irell.com<br>Yanan Zhao (CA SBN 337864)<br>yzhao@irell.com<br>Michael W. Tezyan (CA SBN 334915)<br>mtezyan@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>David Perlson (CA Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Jared Newton (*pro hac vice*)<br>jarednewton@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-cv-05718-RS |

**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXPEDITING BRIEFING AND HEARING REGARDING DEFENDANT GOOGLE LLC'S MOTION TO STAY AND RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR PLAINTIFF NETLIST, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT MOTION TO EXPEDITE AND RESCHEDULE
CASE NO. 3:09-cv-05718-RS

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Google" or "Defendant"), through their respective attorneys, declare as follows:

WHEREAS, pending before the Court are Netlist's Motion to Amend Infringement Contentions (Dkt. 269) and Google's Motion to Stay (Dkt. 292) pending resolution of *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, No. 21-cv-1453-RGA (D. Del.).

WHEREAS, the Court set the case management conference to June 23, 2022. Dkt. 258.

WHEREAS, the Court set the hearing date for Netlist's Motion to Amend Infringement Contentions for June 23, 2022.

WHEREAS, the hearing date for Google's Motion to Stay is currently noticed for July 14, 2022.

WHEREAS, the deadline for Netlist to file an opposition or response to Google's Motion to Stay is currently set for June 17, 2022, and the deadline for Google to file the reply is currently set for June 24, 2022.

WHEREAS, the parties agree that it would be more efficient for the Court to hear all motions and hold the case management conference on the same day.

WHEREAS, to facilitate a hearing of all motions on the same day, the parties have agreed to expedite the briefing schedule for Google's Motion to Stay as set forth below. The parties have also agreed, subject to the Court's approval, to have all motions heard on either June 23, 2022 (the current date for the case management conference and the hearing on Netlist's motion to amend) or June 30, 2022, whichever is more convenient for the Court.

WHEREAS, the following is a list of previous time modifications to this Court's March 11, 2021 Order Setting Deadlines (Dkt. 117) that have occurred in this case: the briefing of the issue of intervening rights (Dkt. 150); the briefing on Defendant's Motion To Strike (Dkt. 167); the hearing dates for Google's Motion to Strike and Motion for Summary Judgment on Absolute Intervening Rights (Dkt. 192); Defendant's filing of sealing declarations in support of Plaintiff's administrative motions to file under seal (Dkt. 198); continuing the November 10, 2021 hearing on all outstanding motions to January 12, 2022 (Dkt. 220); vacating the January 12, 2022 hearing on all outstanding motions (Dkt. 221); the parties' re-noticing of hearing dates for all outstanding motions to March 3,

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

JOINT MOTION TO EXPEDITE AND RESCHEDULE
Case NO. 3:09-cv-05718-RS

2022 (Dkt. 229, 230); and extending Netlist's deadline to file its reply in support of the motion to transfer (Dkt. 239).

NOW THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties hereto stipulate and request that:

1. The deadline for Netlist to file an opposition or response to Google's Motion to Stay will be expedited and set to June 15, 2022.

2. The deadline for Google to file the reply in support of Google's Motion to Stay will be expedited and set to June 21, 2022.

3. The case management conference, the hearing on Netlist's Motion to Amend Infringement Contentions (Dkt. 269), and the hearing on Google's Motion to Stay (Dkt. 292) will be rescheduled to June 23 or June 30, 2022, whichever is more convenient to the Court.

4. No other changes will be made to the case schedule.

IT IS SO STIPULATED.

DATED: June 9, 2022                Respectfully submitted,

                                   IRELL & MANELLA LLP

                                   By  */s/ Jason G. Sheasby*
                                       Jason G. Sheasby
                                       *Attorney for Plaintiff*
                                       Netlist, Inc.

DATED: June 9, 2022                Respectfully submitted,

                                   QUINN EMANUEL URQUHART
                                   & SULLIVAN

                                   By  */s/ David Perlson*
                                       David Perlson
                                       *Attorney for Defendant*
                                       Google LLC

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

JOINT MOTION TO EXPEDITE AND RESCHEDULE
Case NO. 3:09-cv-05718-RS

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jason G. Sheasby, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By   */s/ Jason G. Sheasby*
       Jason G. Sheasby

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

JOINT MOTION TO EXPEDITE AND RESCHEDULE
Case NO. 3:09-cv-05718-RS

# [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS**:

1. The deadline for Netlist to file an opposition or response to Google's Motion to Stay will be June 15, 2022.

2. The deadline for Google to file the reply in support of Google's Motion to Stay will be June 21, 2022.

3. The case management conference, hearing on Netlist's Motion to Amend Infringement Contentions (Dkt. 269), and hearing on Google's Motion to Stay (Dkt. 292) will be rescheduled to June 23 or June 30, 2022, whichever is more convenient to the Court.

4. No other changes will be made to the case schedule.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 5 -

JOINT MOTION TO EXPEDITE AND RESCHEDULE
Case NO. 3:09-cv-05718-RS