||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:09-CV-05718-RS<br><br>**[AMENDED] [PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT GOOGLE LLC'S MOTION TO STAY**<br><br>Judge: Hon. Richard Seeborg |

# [PROPOSED] ORDER

Before the Court is Google's Administrative Motion to File Under Seal its Motion to Stay ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Motion to Stay | Google | GRANTED as to redacted portions at:<br><br>ii:7, 1:9-10, 1:10-11, 2:6-9, 3:12-15, 3:25-26, 3:27-28, 4:1, 8:13-15, 8:27-28, 10:22-24, 12:16 |
| Exhibit 1 (Google Inc.'s September 13, 2010 Third Amended Responses and Objections to Plaintiff Netlist, Inc.'s First Set of Interrogatories to Defendant Google Inc. (Nos. 1-20)) | Google | GRANTED as to redacted portions at:<br><br>17:4-12, 18:10-19:2 |
| Exhibit 2 (Defendant Google LLC's August 30, 2021 Second Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory Nos. 1 and 2) | Google | GRANTED as to redacted portions at:<br><br>18:6-14, 19:4-14 |
| Exhibit 3 (Defendant Google LLC's June 3, 2022 Third Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory No. 2) | Google | GRANTED as to redacted portions at:<br><br>13:7-10, 13:13-15 |
| Exhibit 4 (Defendant Google LLC's October 12, 2021 Third Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory No. 3) | Google | GRANTED as to redacted portions at:<br><br>38:4-14, 61:8-11, 61:19-21, 62:5-25, 63:12-25, 64:1-15, 66:19-27, 67:1-3, 67:15-25, 81:1-2, 82:1-17, 82:26-28, 83:4-8, 83:11 |

| Amended Exhibit 5 (Google's August 10, 2021 Discovery Correspondence) (Dkt. 295) | Google | GRANTED as to portions highlighted in blue on pages 1-3. |

**SO ORDERED.**

DATED: _____    _____
                                 HON. RICHARD SEEBORG
                                 United States District Judge

[AMENDED] [PROPOSED] ORDER GRANTING MOTION TO SEAL