IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **DECLARATION OF ANDREW J. STRABONE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 291)** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION (Dkt. 291)
CASE NO. 09-CV-05718-RS

# DECLARATION OF ANDREW J. STRABONE

I, Andrew J. Strabone, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, and counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to such facts under oath.

2. I submit this Declaration pursuant to Civil Local Rule 79-5(f) in support of Google LLC's ("Google") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 291), which moves the Court for an order to file under seal the following items related to Netlist:

- Portions of Google's Motion to Stay (Dkt. 292) at 1:10, 1:11, 4:2-16, 4:19-5:7, 8:15-16, 8:28;

- Exhibit 5 (August 10, 2021 letter from counsel for Google to Netlist) attached to Google's Motion to Stay. (re-filed as Dkt. 295).

3. The information requested to be sealed in the identified portions of Google's Motion to Stay (Dkt. 292) contains confidential information regarding Netlist's license agreements with third parties. I understand that Netlist considers these non-public license agreements and their terms to be confidential information in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

4. Exhibit 5 is a letter from counsel for Google to Netlist dated August 10, 2021. The portions highlighted in yellow on page 3 of Exhibit 5 contain confidential information regarding Netlist's license agreements with third parties. (refiled as Dkt. 295). I understand that Netlist considers these non-public license agreements and their terms to be confidential information in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

5. The remaining redacted portions of Exhibit 5 contain information Google designated as confidential. Netlist understands that Google is separately seeking to seal the information in this exhibit it contends is confidential. Netlist takes no position with respect to whether the Court should

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION (Dkt. 291)
CASE NO. 09-CV-05718-RS

or should not redact or seal any portions of Exhibit 5 other than identified in paragraph 4 of this Declaration.

6. In light of the foregoing, there are compelling reasons to seal the information described above. Netlist's request is narrowly tailored to protect the confidential information. Netlist does not seek the redaction or sealing of any of the remaining portions of Google's Motion to Stay and Exhibit 5 attached thereto, not indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2022, at Los Angeles, California.

By: */s/ Andrew J. Strabone*

Andrew J. Strabone
*Attorney for Plaintiff Netlist Inc*.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

STRABONE DECLARATION ISO GOOGLE'S
ADMIN. MOTION (Dkt. 291)
CASE NO. 09-CV-05718-RS