IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:09-cv-05718-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 291)** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[Proposed] Order
CASE NO. 09-CV-05718-RS

**[Proposed Order]**

Before this Court is Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 291).  Having considered the Motion, supporting declaration, and other papers on file, and having found good cause, the Court **ORDERS**:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Google's Motion to Stay (Dkt. 292) | Netlist | 1:10, 1:11, 4:2-16, 4:19-5:7, 8:15-16, 8:28 |
| Exhibit 5 (August 10, 2021 letter from counsel for Google to Netlist) attached to Google's Motion to Stay (refiled Dkt. 295) | Netlist | Portions highlight in yellow on page 3. |

IT **IS SO ORDERED**.

Dated: _____, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations