Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:09-cv-05718-RS<br><br>**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO STAY**<br><br>Hearing Date: June 23, 2022<br>Time: 1:30 PM |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Sheasby Declaration ISO Netlist's Opposition
to Google's Motion to Stay
3:09-cv-05718-RS

**DECLARATION OF JASON G. SHEASBY**

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Opposition to Google LLC's ("Google") Motion to Stay. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. Attached as Exhibit 1 is a true and correct copy of the Civil Docket for *Samsung Elec. Co. v. Netlist, Inc.,* No. 1:21-cv-01453-RGA (D. Del.) ("Delaware Action") as of June 15, 2022.

2. Attached as Exhibit 2 is a true and correct copy of the First Amended Complaint for Declaratory Judgment of Non-Infringement and Unenforceability; Breach of Contract filed by Samsung Electronics Co, Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung") in the Delaware Action on January 18, 2022.

3. Attached as Exhibit 3 is a true and correct copy of a Netlist document titled "The DXD/LRD DIMM" dated May 2007, which has been produced to Google bearing bates numbers NETLG00000104–117.

4. Attached as Exhibit 4 is a true and correct copy of the webpage https://seekingalpha.com/article/4346547-micron-samsung-and-sk-hynix-dram-oligopoly (retrieved on June 14, 2022).

5. Attached as Exhibit 5 is a true and correct copy of Defendant Google LLC's Third Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory No. 3, served on October 12, 2021.

6. Attached as Exhibit 6 is a true and correct copy of an excerpt of a document Google produced during discovery bearing the bate number GNLP-00019395.

7. Attached as Exhibit 7 is a true and correct copy of the webpage https://www.newegg.com/p/pl?d=DDR4+LRDIMM (retrieved on June 15, 2022).

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

Sheasby Declaration ISO Netlist's Opposition
to Google's Motion to Stay
3:09-cv-05718-RS

8. Attached as <u>Exhibit 8</u> is a true and correct copy of Netlist's First Set of Interrogatories (Nos. 1-4) served to Google on April 19, 2021.

9. Attached as <u>Exhibit 9</u> is a true and correct copy of email exchanges between counsel for Netlist and Google between June 6 and June 11, 2022. No further email exchanges between the parties occurred subsequently on the same topic.

10. Attached as <u>Exhibit 10</u> is a true and correct copy of Google's Supplemental Objections and Responses to Netlist's Interrogatory Nos. 1 and 2 served to Netlist on August 11, 2021.

11. Attached as <u>Exhibit 11</u> is a true and correct copy of the Declaration of Junseon Yoon submitted by Samsung in the Delaware Action on February 14, 2022.

12. Attached as <u>Exhibit 12</u> is a true and correct copy of a report generated by Docket Navigator on June 15, 2022, available at https://search.docketnavigator.com/patent/judge/1625/2.

13. Attached as <u>Exhibit 13</u> is a true and correct copy of the webpage https://netlist.com/products/memory-module/ddr4-dimms/ (retrieved on June 14, 2022).

14. Attached as <u>Exhibit 14</u> is a true and correct copy of a Samsung Electronics Co., Ltd. document titled "DDR4 SDRAM Memory," dated May 2018.

15. Attached as <u>Exhibit 15</u> is a true and correct copy of a document Google produced during discovery bearing bates numbers GNLP-00017682-683.

16. Attached as <u>Exhibit 16</u> is a true and correct copy of a document Google produced during discovery bearing bates numbers GNLP-00019520-529.

Executed on June 15, 2022, at Los Angeles, California.

By: */s/ Jason G. Sheasby*
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

Sheasby Declaration ISO Netlist's Opposition
to Google's Motion to Stay
3:09-cv-05718-RS