1  IRELL & MANELLA LLP
   Jason G. Sheasby (CA SBN 205455)
2  jsheasby@irell.com
   Andrew J. Strabone (CA SBN 301659)
3  astrabone@irell.com
   Yanan Zhao (CA SBN 337864)
4  yzhao@irell.com
   Michael W. Tezyan (CA SBN 334915)
5  mtezyan@irell.com
   1800 Avenue of the Stars, Suite 900
6  Los Angeles, California 90067
   Telephone: (310) 277-1010
7  Facsimile:  (310) 203-7199

8  *Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| NETLIST, INC., | ) Case No. 3:09-cv-5718-RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER DENYING GOOGLE LLC'S MOTION TO STAY (DKT. 292)** |
| GOOGLE LLC, | ) |
| Defendant. | ) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS

Having considered Google LLC's Motion to Stay, Netlist, Inc.'s Opposition, the Reply, and supporting declaration and other papers on file, and having heard the parties' oral argument, the Court hereby **DENIES** Google's Motion to Stay (Dkt. 292).

**SO ORDERED.**

Dated: _____, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS