# Exhibit 1

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:21-cv-01453-RGA

Samsung Electronics Co., Ltd. et al v. Netlist, Inc.
Assigned to: Judge Richard G. Andrews
Cause: 35:1 Patent Infringement

Date Filed: 10/15/2021
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Samsung Electronics Co., Ltd.**          represented by   **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: Jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice J. Ahn**
Email: aahn@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Nester**
Email: bnester@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Swanson**
Email: pswanson@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodger Dallery Smith , II**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
Email: rdsefiling@mnat.com
*ATTORNEY TO BE NOTICED*

**Thomas Garten**
Email: tgarten@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samsung Semiconductor, Inc.**          represented by   **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice J. Ahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Nester**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Swanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodger Dallery Smith , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Garten**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| Netlist, Inc. | represented by | **Karen Elizabeth Keller**<br>Shaw Keller LLP<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>302-298-0700<br>Email: kkeller@shawkeller.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nathan Roger Hoeschen**<br>Shaw Keller LLP<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>302-298-0709<br>Email: nhoeschen@shawkeller.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT filed with Jury Demand against Netlist, Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC-3721308.) - filed by Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit A-E, # 2 Exhibit F, # 3 Exhibit G-T, # 4 Civil Cover Sheet)(mal) (Entered: 10/15/2021) | 10/15/2021 |
| 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mal) (Entered: 10/15/2021) | 10/15/2021 |
| 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 10,217,523 ;10,474,595 ;9,858,218 ;7,619,912. (mal) (Entered: 10/15/2021) | 10/15/2021 |
| 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Samsung Electronics America, Inc., for Samsung Semiconductor, Inc. filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (mal) (Entered: 10/15/2021) | 10/15/2021 |
| 5 | Summons Issued with Magistrate Consent Notice attached as to Netlist, Inc. on 10/15/2021. (mal) (Entered: 10/15/2021) | 10/15/2021 |
| | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (nms) (Entered: 10/20/2021) | 10/20/2021 |
| 6 | SUMMONS Returned Executed by Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd.. Netlist, Inc. served on 10/28/2021, answer due 11/18/2021. (Smith, Rodger) (Entered: 10/28/2021) | 10/28/2021 |
| 7 | STIPULATION to Extend Time - filed by Netlist, Inc.. (Hoeschen, Nathan) Modified on 11/10/2021 (nms). (Entered: 11/10/2021) | 11/10/2021 |
| | SO ORDERED, re 7 STIPULATION to Extend Time (*Reset Answer Deadlines: Netlist, Inc. answer due 12/20/2021). Signed by Judge Richard G. Andrews on 11/10/2021. (nms) (Entered: 11/10/2021) | 11/10/2021 |
| 8 | MOTION for Pro Hac Vice Appearance of Attorney Brian Nester, Alice J. Ahn, Peter A. Swanson and Thomas Garten - filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) (Entered: 11/16/2021) | 11/16/2021 |
| | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Brian Nester, Alice J. Ahn, Peter A. Swanson and Thomas Garten, filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. Signed by Judge Richard G. Andrews on 11/16/2021. (nms) (Entered: 11/16/2021) | 11/16/2021 |
| | Pro Hac Vice Attorney Brian Nester for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (twk) (Entered: 11/17/2021) | 11/17/2021 |
| | Pro Hac Vice Attorney Thomas Garten for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (twk) (Entered: 11/17/2021) | 11/17/2021 |
| | Pro Hac Vice Attorneys Alice J. Ahn and Peter A. Swanson for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 11/17/2021) | 11/17/2021 |
| 9 | STIPULATION TO EXTEND TIME to move, plead, or otherwise respond to the Complaint to January 19, 2022 - filed by Netlist, Inc.. (Hoeschen, Nathan) (Entered: 12/08/2021) | 12/08/2021 |
| | SO ORDERED, re 9 STIPULATION to Extend Time (*Reset Answer Deadlines: Netlist, Inc. answer due 1/19/2022). Signed by Judge Richard G. Andrews on 12/9/2021. (nms) (Entered: 12/09/2021) | 12/09/2021 |
| 10 | MOTION to Dismiss - filed by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Hoeschen, Nathan) Modified on 12/21/2021 (nms). (Entered: 12/20/2021) | 12/20/2021 |
| 11 | OPENING BRIEF in Support re 10 MOTION to Dismiss for, filed by Netlist, Inc..Answering Brief/Response due date per Local Rules is 1/3/2022. (Attachments: # 1 Exhibits 1-4)(Hoeschen, Nathan) Modified on 12/21/2021 (nms). (Entered: 12/20/2021) | 12/20/2021 |
| 12 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Netlist, Inc.. (Hoeschen, Nathan) (Entered: 12/20/2021) | 12/20/2021 |
| 13 | STIPULATION and Proposed Order - filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 1/3/2022 (nms). (Entered: 12/30/2021) | 12/30/2021 |
| | SO ORDERED, re 13 STIPULATION and Proposed Order (*Reset Briefing Schedule: re 10 MOTION to Dismiss. Answering Brief due 1/18/2022, Reply Brief due 2/9/2022. Reset Deadlines: Netlist, Inc. answer due 2/16/2022, Amended Pleadings due by 1/18/2022). Signed by Judge Richard G. Andrews on 1/3/2022. (nms) (Entered: 01/03/2022) | 01/03/2022 |
| 14 | First Amended Complaint for Declaratory Judgment of Non-Infringement and Unenforceability; Breach of Contract against Netlist, Inc. - filed by Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibits 1-27, part 1, # 2 Exhibits 1-27, part 2)(Smith, Rodger) Modified on 1/19/2022 (nms). (Entered: 01/18/2022) | 01/18/2022 |
| 15 | EXHIBITS 28-44 to 14 Amended Complaint, by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 1/19/2022 (nms). (Main Document 15 replaced on 1/24/2022) (nms). (Main Document 15 replaced on 1/24/2022) (nms). (Entered: 01/18/2022) | 01/18/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 16 | RESPONSE to 10 MOTION to Dismiss, filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 1/19/2022 (nms). (Entered: 01/18/2022) | 01/18/2022 |
| 17 | ORAL ORDER: The Motion to Dismiss (D.I. 10 ) is DISMISSED as moot. Ordered by Judge Richard G. Andrews on 1/19/2022. (nms) (Entered: 01/19/2022) | 01/19/2022 |
| | CORRECTING ENTRY: The pdf for D.I. 15 has been replaced with a corrected version per the filer's request. Exhibit 28 has been amended as it was identified as corrupt. The NEF for the filing has been regenerated. (nms) (Entered: 01/24/2022) | 01/24/2022 |
| 18 | MOTION for Leave to File Second Amended Complaint - filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibits 1-7, # 3 Exhibits 8-10, # 4 Exhibits 11-27, # 5 Exhibits 28-45, # 6 Exhibit B)(Smith, Rodger) Modified on 1/26/2022 (nms). (Entered: 01/25/2022) | 01/25/2022 |
| 19 | OPENING BRIEF in Support re 18 MOTION for Leave to File Second Amended Complaint, filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc..Answering Brief/Response due date per Local Rules is 2/8/2022. (Smith, Rodger) Modified on 1/26/2022 (nms). (Entered: 01/25/2022) | 01/25/2022 |
| 20 | DECLARATION of Blanca Graves re 18 MOTION for Leave to File Second Amended Complaint, by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 1/26/2022 (nms). (Entered: 01/25/2022) | 01/25/2022 |
| 21 | ANSWERING BRIEF in Opposition re 18 MOTION for Leave to File Second Amended Complaint filed by Netlist, Inc..Reply Brief due date per Local Rules is 2/14/2022. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Keller, Karen) (Main Document 21 replaced on 2/8/2022) (nms). (Main Document 21 replaced on 2/8/2022) (nms). (Entered: 02/07/2022) | 02/07/2022 |
| | CORRECTING ENTRY: The pdf for the brief filed at D.I. 21 has been replaced with an amended version. Errors in the signature block have been corrected. The NEF for the filing has been regenerated. (nms) (Entered: 02/08/2022) | 02/08/2022 |
| | CORRECTING ENTRY: The pdf for the brief filed at D.I. 21 has been replaced with a second amended version per the filers request. Reference to the state of Delaware at the bottom of page 14 has been amended to reflect California. The NEF for the filing has been regenerated. (nms) (Entered: 02/08/2022) | 02/08/2022 |
| 22 | REPLY BRIEF re 18 MOTION for Leave to File Second Amended Complaint, filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Attachments: # 1 Exhibit C)(Smith, Rodger) Modified on 2/15/2022 (nms). (Entered: 02/14/2022) | 02/14/2022 |
| 23 | DECLARATION of Junseon Yoon re 22 Reply Brief, by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 2/15/2022 (nms). (Entered: 02/14/2022) | 02/14/2022 |
| 24 | MOTION to Dismiss First Amended Complaint - filed by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Keller, Karen) Modified on 2/17/2022 (nms). (Entered: 02/16/2022) | 02/16/2022 |
| 25 | OPENING BRIEF in Support re 24 MOTION to Dismiss, filed by Netlist, Inc..Answering Brief/Response due date per Local Rules is 3/2/2022. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Keller, Karen) Modified on 2/17/2022 (nms). (Entered: 02/16/2022) | 02/16/2022 |
| 26 | Letter to The Honorable Richard G. Andrews, from Karen E. Keller, regarding request for oral argument. (Keller, Karen) Modified on 2/23/2022 (nms). (Entered: 02/22/2022) | 02/22/2022 |
| 27 | ANSWERING BRIEF in Opposition re 24 MOTION to Dismiss - filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc..Reply Brief due date per Local Rules is 3/9/2022. (Attachments: # 1 Exhibit 1)(Smith, Rodger) (Entered: 03/02/2022) | 03/02/2022 |
| 28 | REPLY BRIEF re 24 MOTION to Dismiss filed by Netlist, Inc.. (Keller, Karen) (Entered: 03/09/2022) | 03/09/2022 |
| 29 | MOTION for Leave to File Sur-Reply Brief in Opposition to Motion to Dismiss First Amended Complaint - filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Smith, Rodger) Modified on 3/24/2022 (nms). Modified on 3/24/2022 (nms). (Entered: 03/23/2022) | 03/23/2022 |
| | Set Answering Brief Deadline re 29 MOTION for Leave to File Sur-Reply Brief in Opposition to Motion to Dismiss First Amended Complaint. Answering Brief/Response due date per Local Rules is 4/6/2022. (nms) (Entered: 03/24/2022) | 03/23/2022 |
| 30 | ANSWERING BRIEF in Opposition re 29 MOTION for Leave to File Sur-Reply Brief in Opposition to Motion to Dismiss First Amended Complaint filed by Netlist, Inc..Reply Brief due date per Local Rules is 4/13/2022. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 04/06/2022) | 04/06/2022 |
| 31 | REPLY BRIEF re 29 MOTION for Leave to File Sur-Reply Brief in Opposition to Motion to Dismiss First Amended Complaint filed by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) (Entered: 04/13/2022) | 04/13/2022 |
| 32 | NOTICE of Supplemental Authority in Support of Opposition (D.I. 27 ) to Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 24 ), by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Smith, Rodger) Modified on 5/12/2022 (nms). (Entered: 05/12/2022) | 05/12/2022 |
| 33 | NOTICE of Supplemental Authority in Support of Opposition to Motion to Dismiss First Amended Complaint (D.I. 27 ), by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.. (Attachments: # 1 Exhibits A-B)(Smith, Rodger) Modified on 5/25/2022 (nms). (Entered: 05/24/2022) | 05/24/2022 |
| 34 | NOTICE of Developments in Related Action by Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. (Smith, Rodger) (Entered: 06/01/2022) | 06/01/2022 |