# Exhibit 4

Seeking Alpha

Quick Picks & Lists    Tech

# Micron, Samsung, And SK Hynix: The DRAM Oligopoly

May 12, 2020 9:10 AM ET | HXSCL, MU, SSNLF | 27 Comments | 18 Likes

 **Khaveen Investments**
4.86K Followers

## Summary

- The DRAM market is dominated by an oligopoly comprising of Samsung, SK Hynix, and Micron.
- The market saw a huge downturn last year due to demand supply imbalances resulting in oversupply but had shown signs of recovery in selling prices.
- Recent developments are leading to a surge in demand for DRAM in servers and PCs to support remote working and virtual learning as people stay home.



Dynamic random access memory ('DRAM') is a type of semiconductor memory that is used in computer processors to function optimally. DRAM is the largest commodity IC of the semiconductor market. Due to the commoditized nature of this product and the nature of the semiconductor industry which results in high economies of scale, just 3 companies; Samsung Electronics (OTC:SSNLF), SK Hynix (OTC:HXSCL), and Micron Technology (MU) dominate with 95% of market share. We refer to these 3 companies as the 'DRAM Trio' or 'D3'.

The rapidly growing cloud computing market is a key growth driver for DRAM. Demand will be further boosted by the increasing connectivity of the world through 5G, AI and the Internet of Things. Recent market imbalances seen last year caused an oversupply issue and slowed down the market. Since the beginning of 2020, however, we have seen a turnaround with average selling prices stabilizing in the first quarter. Developments from the COVID-19 pandemic led to global lockdowns which saw a rise in remote working and virtual learning. This factor in turn further drove up demand for DRAM in servers and PCs. Assuming minimal disruptions in the second half of the year, we see DRAM prices increasing by 10% which should translate to better financial performances for D3.

## DRAM Oligopoly

As in all semiconductor products, a few companies tend to control majority market share of specific products. This is no different with DRAM. In 2009, 10 companies; Micron, Samsung, Hynix, Infineon (OTCQX:IFNNF), NEC, Hitachi (OTCPK:HTHIF), Mitsubishi (OTCPK:MIELF), Toshiba (OTCPK:TOSBF), Elpida and Nanya controlled the DRAM market. In an effort to stabilize their revenues, these companies attempted to fix DRAM prices among themselves (like OPEC with oil). However, the European Commission intervened in 2010 for cartel-like practices and fined these companies a combined €331 mln. While well-intended, this resulted in many of the companies exiting the market which allowed more consolidation in the market and the rise of D3.

Based on the Herfindahl-Hirschman Index ('HHI'), a common measure of market concentration, we calculated the DRAM industry concentration. An HHI reading of greater than 2,500 indicates a highly concentrated market, and the table below clearly shows that D3 is indeed an oligopoly.

| Company | Market Share (%) | Market Share squared |
| --- | --- | --- |
| Samsung | 44 | 1,936 |
| SK Hynix | 29 | 841 |
| Micron | 22 | 484 |
| **HHI** | | **3,261** |

### DRAM Trio ('D3')

Having dominated the largest semiconductor product for a while now, D3 have grown to become some of the largest semiconductor companies overall. Samsung is the world's largest semiconductor company with $75.7 bln in revenue for 2019. SK Hynix with $36.2 bln is the 4th largest, and Micron is 5th with $30.9 bln. Micron is based in the United States, while Samsung and SK Hynix are based in South Korea. Samsung and SK Hynix are also part of 'K2', which represents the 2 largest companies by net income in the whole of South Korea. D3 do not just dominate DRAM memory, they also happen to be three of the largest players in the NAND market, though slightly more firms operate in this space.



### Micron

As the only US-based company on the list, Micron enjoys a larger market exposure in the United States (world's 2nd largest semiconductor demand). However, K2 are situated closer to China (world's largest semiconductor demand). Micron is also the only company among D3 to manufacture 3D X-point technology, a new memory hybrid technology. Micron has the highest net margin of the three, at 11.76%. It also has a 5-year average sales growth of 7.43% and a free cash flow margin of 10.97%.

In its recent call, CEO Sanjay Mehrotra said on the second-quarter earnings call that memory demand from data centers and personal computers continues to remain strong. He stated that the company had shifted its production line to produce more data-centric products instead of smartphones, as the demand for consumer electronics is anticipated to be impacted. Sanjay describes the overall situation to be very fluid but anticipates strong growth once the virus is contained.

### Samsung

This giant is also the world's 16th largest company by market capitalization. As a conglomerate, Samsung's revenue extends beyond just semiconductor products. It is also a manufacturer of smartphones, consumer electronics, display panels, and vehicle infotainment. Compared to Micron, Samsung's margins are lower as its non-semiconductor segments are less profitable. After a series of delays, its newest memory fab in Pyeongtaek will be operational in the second half of the year, though the 1Y nm chips are catered towards smartphones rather than servers. It has a net margin of 9.44% with a 5-year average revenue growth of 2.24%. It has a free cash flow margin of 6.89%.

Its recent earnings also showed an improvement in its memory segment as demand for servers and PCs was solid. While the company has stated that they are shifting production to focus on servers, we are expecting smartphone exposure to remain strong in the second half of 2020.

### SK Hynix

Despite having the highest revenue growth rate out of the 3 with a 5-year average of 9.53%, it has the lowest net profit margin of the three, at just 7.47%. Its free cash flow is negative due to high capital expenditures.

Its Q1 DRAM shipments declined by 4% but ASP rose by 3%, backed by a strong demand for server clients which offset weak mobile demand. The company has a more cautious outlook, highlighting 'unprecedented uncertainties' in the market. Management has also confirmed to continue shifting some of its capacity to CMOS sensors this year.

## DRAM Market

The two most common types of memory are DRAM and NAND with DRAM accounting for about 70% to 80% of memory revenue. Reliable, cost-efficient and simple, DRAM is widely used in mobile (42%), server (30%) and PC applications (14%) of DRAM share, respectively. In fact, the DRAM market is also the largest product IC market valued at $62 bln in 2019.

The market is characterized as an oligopoly, with D3 accounting for a whopping market share of 95% in Q4 2019. With billions of unit shipments each year, DRAM became commoditized and, as a result, very price sensitive. As seen below, revenues tend to correlate closely with ASPs, so an increase in prices will benefit the bottom lines of D3.



The DRAM market faced a huge downturn in 2019 with average selling prices falling by about 40% due to demand supply imbalances. Memory demand was severely affected attributed to a combination of two factors, slowing smartphone sales and shortages of Intel (INTC) server CPUs. As people hold onto their phones longer, smartphone sales growth has taken a hit. This in turn hurts mobile memory sales. On the other hand, server growth remained strong. However, Intel's troubles with its transition to 10nm process led to an acute shortage of server CPUs, causing orders for memory products requested to be delayed. Both these factors caused a dire oversupply in the market, with DRAM suppliers holding 6 weeks' worth of inventory at some point.

DRAM is now at a consolidation phase with supply normalizing. This came as the major manufacturers adjusted their production and significantly reduced CapEx last year in an attempt to balance the market. Samsung and SK Hynix even went as far to convert one of its DRAM manufacturing lines to produce CMOS image sensors instead. Total planned output growth of the top three manufacturers was around 20%, a conservative rate for the industry standard. As the market sees a surge in demand, we are starting to feel the impact of the cuts, as the oversupply has largely been absorbed and prices start to bounce off its lows in the beginning of 2020.

On top of tightening supply, the global lockdown situation has also led to a surge in demand for memory for data centers and PCs as people resort to remote working and virtual learning. TrendForce's DXI, an index which tracks the performance of the DRAM market, has increased around 20% in Q1 2020. This implies very strong growth for DRAM on the backdrop a weakening broader semiconductor market. Continued investments in hyperscale data centers and communications infrastructure are likely, which will further drive memory market growth. Recent earnings calls by Google (GOOG) (GOOGL) and Microsoft (MSFT) indicated continued focus on CapEx for server investments to build additional capacity, while China's server demand from ByteDance (BDNCE), Alibaba (BABA), and Tencent (OTCPK:TCEHY) is expected to grow 10-20%. Notwithstanding the expected drop in demand for memory in consumer electronics, Q2 DRAM prices are predicted by DRAMeXchange to rise 10% Q/Q, while server DRAM may rise 20%. We see average selling prices for DRAM rising by 10% this year, with an average CAGR of 3%.

In the long term, these companies are poised to benefit from the rapidly growing cloud market which will be the major driver of DRAM in the next few years. IDC forecasts the total amount of the world's data will grow from 33 zettabytes this year to 175 zettabytes by 2025, for a compounded annual growth rate of 61%. Of that, 49% of data will be stored in public cloud servers, requiring memory chips such as DRAM. Based on DRAM unit shipments increasing by 5% per year, we see the major DRAM players continuing to grow their DRAM revenue for the foreseeable future at an average rate of 8.15% per year.

## Supply Chain Risks

We should not discount the impact of the virus on the memory supply chains. Asia is the center of DRAM manufacturing, with fabrication sites in South Korea and China, as well as back-end packaging sites across South East Asia such as Samsung's facilities in the Philippines. These Asian countries have managed the crisis rather well, noting South Korea gradually easing restrictions, if the situation here worsens, and lockdowns are prolonged, there is a huge risk which cascades to the overall supply and causes shortages and delay. TrendForce forecasts a 5% increase in server shipments. However, it sees a lower 3% increase instead, if supply chains continue to be disrupted.

Moreover, trade tensions also have the potential to impact the supply chains. As seen last year, tensions between South Korea and Japan rose stemming from disagreements on war compensation between the two nations. Several materials from Japan, including semiconductor chemicals bound for South Korea, were restricted. Japanese suppliers make 70-90% of chemical materials crucial for manufacturing, and South Korea accounts for 70% of global DRAM output. If South Korean companies cannot procure enough chemicals from their Japanese partners or their competitors in other countries, they will have to curb production, which will have a drastic effect on the global supply of DRAM.

## Verdict

The DRAM market recovery has been much anticipated, and initial signs of recovery are promising with the oversupply fully absorbed due to increased stockpiling from clients. The COVID-19 pandemic further boosted demand with global stay home orders seeing a rise in remote working and virtual learning increasing data usage and PC sales. As DRAM revenues of D3 follow ASPs strongly, the financial performances of these companies will be conditional on further demand growth. Going forward, we see demand in server chips as data centers are looking to increase the capacity to support the demand spike. This factor should continue to provide D3 with growth opportunities as higher demand continues to push ASPs further up. However, we also remain wary of the potential supply chain issues seen from a prolonged disruption and trade tensions between the manufacturing countries. We rate *Micron* and *Samsung* as **Buys**, with *SK Hynix* as a **Hold.**

*Note: For more research and analysis of high-quality companies within the **global semiconductor industry**, please click the "Follow" icon at the top of this page.*

This article was written by

**Khaveen Investments**
4.86K Followers

Khaveen Investments is a Global Macro Quantamental Hedge Fund managing a tactical asset-allocated portfolio of globally diversified investments. We have interests in 100+ investments across multiple asset classes, countries, sectors and industries. Our investment approach takes both a top-down and bottom-up approach encompassing macro-economic, fundamental, quantitative and techn

Show More

Follow

**Disclosure:** I/we have no positions in any stocks mentioned, but may initiate a long position in SSNLF, MU over the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

**Additional disclosure:** No information in this publication is intended as investment, tax, accounting, or legal advice, or as an offer/solicitation to sell or buy. Material provided in this publication is for educational purposes only, and was prepared from sources and data believed to be reliable, but we do not guarantee its accuracy or completeness.

18 Likes                                                                                                                                         27 Comments

Comments (27)                                                                                                    Sort by    Newest ▼