# Exhibit 7



# "LRDIMM"

SAVE THIS SEARCH | DID YOU FIND IT?

In Stock OFF
On Sale OFF
Sold by Newegg OFF
OFF
Direct From Manufacturer OFF
Cryptocurrency Payment Accepted OFF
NEW
Lowest price in 30 days OFF
Free Shipping OFF

**Department**

- Any Category
- Memory
- Server Memory (999+)

SHOW MORE

**Manufacturer**

- Supermicro (999+)
- Micron Technology, Inc. (804)
- NEMIX RAM (672)
- SK hynix inc. (564)
- SAMSUNG (528)
- Simmtec, Inc (394)

SHOW MORE

**Availability**

- In Stock (999+)

**Condition**

- New (999+)
- Refurbished (999+)
- Used
- Open Box (4)

**Price**

- $0 - $10 (1)
- $10 - $25 (20)
- $25 - $50 (37)
- $50 - $75 (218)
- $75 - $100 (282)
- $100 - $200 (584)
- $ to $

SHOW MORE

**Current Promotion**

- Everyday Saving - Trending Deals (4)

Sponsored

**Storage Expert**

EXPERT FOR MEMORY UPGRADE

Shop Storage Expert

(41)

Crucial 16GB Single DDR4 2400 (PC4 19200) 260-Pin SODIMM...

$59.99

(28)

Crucial 32GB Kit (16GBx2) DDR4 2400 MT/s (PC4-19200) 260-...

$111.39

You May Also Be Interested: "ddr4 dimm, ddr4 lr dimm"

Search Within: GO Page 1/100

Sort By: Featured Items View: 36

NEMIX RAM 128GB 2x64GB DDR3-1600 PC3-12800 8Rx4 1.35V ECC Load Reduced Memory

$393.98

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART

Compare

P00926-B21 - HP Compatible 64GB PC4-23400 DDR4-2933Mhz 4Rx4 1.2v ECC LRDIMM

$399.95 (2 Offers)

Special Shipping

Brute Networks Store Visit Store

VIEW DETAILS

Compare

Supermicro Certified MEM-DR432L-HL02-LR21 Hynix 32GB DDR4-2133 4Rx4 ECC LRDIMM

$136.97 (4 Offers)

Free Shipping

TopMemory Store Visit Store

VIEW DETAILS

Compare

(1)

NEMIX RAM 128GB 4x32GB DDR4-2400 PC4-19200 4Rx4 ECC Load Reduced Memory

$288.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART

Compare

## Seller

- New Egg (135)
- AVARUM-RAM (818)
- NEMIX RAM (754)
- Ailemo-Tech (486)
- MemoryMasters (411)

SHOW MORE

## Useful Links

- (137)
- Direct from Manufacturer (703)
- Cryptocurrency Payment Accepted (132)
- NEW Lowest Price In 30 Days (14)
- Warranty
- Free Shipping (999+)

SHOW MORE

**Server Memory**

## Type

- DDR4
- DDR3
- DDR2
- Other

## Capacity

- 128GB per Module
- 64GB per Module
- 32GB per Module
- 16GB per Module
- 8GB per Module
- 4GB per Module

SHOW MORE

## Speed

- DDR4 3200
- DDR4 2933
- DDR4 2666
- DDR4 2400
- DDR4 2133
- DDR3 2933

SHOW MORE

## ECC

## Buffered/Registered

## CAS Latency

## Voltage

## Customer Ratings

---

**712384-081 - HP Compatible 32GB PC3-14900 DDR3-1866Mhz 4Rx4 1.5v ECC LRDIMM**

$74.95

Special Shipping

Brute Networks Store   Visit Store

ADD TO CART

☐ Compare

---

**SAMSUNG M386ABG40M5B-CYF 256GB (1X256GB) 2933MHZ PC4-23400 CL21 ECC REGISTERED OCTAL RANK X4 1.2V DDR4 SDRAM 288-PIN LRDIMM...**

$5,962.99   (3 Offers)

Free Shipping

Christy Store   Visit Store

VIEW DETAILS

☐ Compare

---

**256GB Samsung M386ABG40M51-CAE DDR4-3200 ECC LRDIMM 8Rx4**

$3,299.99   (3 Offers)

Free Shipping

NEMIX RAM Store   Visit Store

VIEW DETAILS

☐ Compare

---

**UCS-ML-X64G4RS-H - Cisco Compatible 64GB PC4-21300 DDR4-2666Mhz 4Rx4 1.2v ECC LRDIMM**

$399.95   (2 Offers)

Special Shipping

Brute Networks Store   Visit Store

VIEW DETAILS

☐ Compare

---

**HMA81GR7AFR8N-UH 8GB DDR4 2400 1RX8 PC4-2400T-RD1-11 REG ECC**

$51.32   (2 Offers)

Free Shipping

PC Outlet Store   Visit Store

VIEW DETAILS

☐ Compare

---

**SAMSUNG M386A8K40BM2-CTD6Q 64 GB DDR4-2666 Memory Module - 288-Pin LRDIMM - ECC - CL19 - 1.2 V**

$358.80   (8 Offers)

Free Shipping

AVARUM-RAM Store   Visit Store

VIEW DETAILS

☐ Compare

**MemoryMasters Dell Compatible SNP29GM8C/64G A8711890 64GB (1x64GB) PC4-2400 ECC 4Rx4 1.2V Load Reduced LRDIMM Memory for DELL...**

$324.75

Free Shipping

MemoryMasters Store  Visit Store

ADD TO CART ▸

☐ Compare

**NEMIX RAM 64GB Replacement for Samsung M386A8K40BM1-CPB DDR4-2133 ECC LRDIMM 4Rx4**

$219.99

Free Shipping

◆ Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART ▸

☐ Compare

**Micron MTA18ASF2G72PDZ-2G6B1 16GB DDR4 2666 2Rx8 PC4-2666V-RE2 ECC**

$78.75  (2 Offers)

Special Shipping

Prestige Technology Store  Visit Store

VIEW DETAILS ▸

☐ Compare

LOWEST PRICE  in 30 days

**NEMIX RAM 512GB 8x64GB DDR4-2666MHz PC4-21300 4Rx4 ECC Load Reduced Memory**

$2,599.00

$2,495.00

Free Shipping

◆ Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART ▸

☐ Compare

**MemoryMasters Cisco Compatible UCS-ML-1X324RY-A 32GB (1 x 32GB) PC3L-12800 ECC 4Rx4 1.35V Load Reduced LRDIMM Memory for Cisco...**

$287.86

Free Shipping

MemoryMasters Store  Visit Store

ADD TO CART ▸

☐ Compare

**Micron MTA72ASS8G72LZ-2G3B2 64GB DDR4-2400 ECC LRDIMM**

$349.99  (4 Offers)

Free Shipping

NEMIX RAM Store  Visit Store

VIEW DETAILS ▸

☐ Compare






**NEMIX RAM 256GB (2x128GB) DDR4-2666 LRDIMM 8Rx4 Memory for ASUS KNPA-U16 AMD EPYC 7000 Series**

$1,876.24

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART ▸

Compare

(1) crucial

**Crucial 32GB 288-Pin SDRAM ECC LR DIMM DDR4 2666 (PC4 21300) Server Memory Model CT32G4LFD4266**

$120.49 (9 Offers)

Free Shipping

AVARUM-RAM Store Visit Store

VIEW DETAILS ▸

Compare

LOWEST PRICE in 30 days

**NEMIX RAM 512GB 8x64GB DDR4-2400MHz PC4-19200 4Rx4 ECC Load Reduced Memory**

$1,729.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART ▸

Compare

**NEMIX RAM 64GB Replacement for Samsung M386A8K40DM2-CWE DDR4-3200 ECC LRDIMM 4Rx4**

$388.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART ▸

Compare

**NEMIX RAM 256GB Replacement for Samsung M386ABG40M51-CAE DDR4-3200 ECC LRDIMM 8Rx4**

$3,799.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART ▸

Compare

**Cisco UCS-ML-X64G4RS-H 64GB (1 x 64GB) PC4-2666 LRDIMM Memory for Cisco UCS C-Series M5 Servers**

$329.90

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART ▸

Compare

| Today's Best Deals | Best Sellers | New Arrival | Best Selling PCs & Monitors | Build To Order | Dashcam Giveaway | Browsing History | Gaming PC Finder |



**Supermicro Certified MEM-DR432L-SL01-LR21 Samsung 32GB DDR4-2133 4Rx4 LP ECC LRDIMM Memory**

$126.20  (4 Offers)

Free Shipping

Famous Microgreens Store  Visit Store

VIEW DETAILS ▸

☐ Compare



**Samsung M386A4G40DM0-CPB 32GB DDR4-2133 4Rx4 LP ECC LRDIMM Server Memory**

$75.00  (6 Offers)

Free Shipping
Prestige Technology Store  Visit Store

VIEW DETAILS ▸

☐ Compare

---

**EXPLORE OUR TOP SHOPS AND FIND SOMETHING NEW**

We have thousands of shops and millions of products sold by our sellers, brands, creators, and manufacturers. See what's in store for you.

⟳ REFRESH FOR MORE SELLERS

 Synology ...
148
(95% Positive)

 $14.00    $10.00    $8.00   $10.00

REFRESH ITEMS          SEE SELLER STORE

 Huanuo AV
89
(92% Positive)

$12.99   $36.99   $16.99   $10.99

REFRESH ITEMS          SEE SELLER STORE

 Zalman D...
643
(93% Positive)

$29.99   $32.99   $9.99   $58.99

REFRESH ITEMS          SEE SELLER STORE

---




**For Kingston KSM26LQ4/64HCI 64 GB 288-Pin DDR4 2666Mhz 4Rx4 ECC LRDIMM Server RAM by Samsung RAM**

$447.86  (2 Offers)

Free Shipping
AVARUM-RAM Store  Visit Store

VIEW DETAILS ▸

☐ Compare



**MemoryMasters 128GB (4x32GB) DDR3-1866MHz PC3-14900 ECC LRDIMM 4Rx4 1.5V Load Reduced Memory for Server/Workstation**

$323.99

Free Shipping
MemoryMasters Store  Visit Store

ADD TO CART ▸

☐ Compare

---




NEMIX RAM 64GB Replacement for Samsung M386A8K40BM1-CRC DDR4-2400 ECC LRDIMM 4Rx4

$219.99
Free Shipping
Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART

Compare

NEMIX RAM NE3302-H105F for NEC Express5800/A1040e 256GB (2x128GB) LRDIMM Memory

$1,876.24
Free Shipping
Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART

Compare



1.5TB 12x128GB DDR4-2933 PC4-23400 LRDIMM Memory for Apple Mac Pro 2019 MacPro 7,1 by Nemix Ram

$11,964.00
Free Shipping
Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART

Compare

STORAGE

SHOP NOW ›





4X70G88321 - Lenovo Compatible 64GB PC4-19200 DDR4-2400Mhz 4RX4 1.2v ECC LRDIMM

$399.99  (3 Offers)
Free Shipping
TopMemory Store  Visit Store

VIEW DETAILS ›

Compare

NEMIX RAM NE3302-H023F for NEC Express5800/A2010b 256GB (4x64GB) LRDIMM Memory

$745.96
Free Shipping
Direct from NEMIX RAM

NEMIX RAM Store  Visit Store

ADD TO CART

Compare







**NEMIX RAM 64GB DDR4-2400 PC4-19200 4Rx4 ECC Load Reduced Memory**

$219.99

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART

Compare

SK hynix

**SK HYNIX 64GB PC4-2666V-L LOAD REDUCED ECC 4DRX4 MEMORY LRDIMM HMAA8GL7CPR4N-VK**

$380.00 (2 Offers)

Free Shipping

Ram-Store Visit Store

VIEW DETAILS

Compare

**NEMIX RAM 256GB Replacement for Samsung M386ABG40M5B-CYF DDR4-2933 ECC LRDIMM 8Rx4**

$2,999.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART

Compare

BRUTE

**A7187321 - Dell Compatible 32GB PC3-14900 DDR3-1866Mhz 4Rx4 1.5v ECC LRDIMM**

$74.95

Special Shipping

Brute Networks Store Visit Store

ADD TO CART

Compare

**64GB Replacement for Hynix HMAA8GL7CPR4N-XN DDR4-3200 PC4-25600 LRDIMM by Nemix Ram**

$388.00

Free Shipping

Direct from NEMIX RAM

NEMIX RAM Store Visit Store

ADD TO CART

Compare

Page 1/100 1 2 3 4 5 6 7 ... 100

DID YOU FIND IT?

***DEALS JUST FOR YOU***

**Sign up to receive exclusive offers in your inbox.**

Enter your e-mail address

**SIGN UP**

View Latest Email Deals









DOWNLOAD OUR APP

Today's Best Deals   Best Sellers   New Arrival   Best Selling PCs & Monitors   Build To Order   Dashcam Giveaway   Browsing History   Gaming PC Finder

Enter your phone number and we'll send you a download link.

+1  Enter your phone number                                             SEND LINK

OR

Scan the QR code to download App
Scan this code with your phone's camera.

CUSTOMER SERVICE
MY ACCOUNT
COMPANY INFORMATION
TOOLS & RESOURCES
SHOP OUR BRANDS

© 2000-2022 Newegg Inc.  All rights reserved.    Terms & Conditions   Privacy Policy   Do Not Sell My Personal Info