# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 21-1453 (RGA) |
| v. | ) ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |

**DECLARATION OF JUNSEON YOON**

I, Junseon Yoon, declare and state as follows:

1. I am employed as a Principal Engineer at Samsung Electronics Co., Ltd. ("SEC").

2. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge.

3. I am informed and understand that the above-referenced case, *Samsung Elecs. Co., Ltd. et al. v. Netlist, Inc.,* No. 21-cv-1453-RGA (D. Del.), is a patent litigation matter concerning whether SEC and Samsung Semiconductor Inc. ("SSI") infringe various patents owned by Netlist, Inc. ("Netlist").

4. I am informed and understand that the products at issue in this case are LRDIMM and RDIMM memory modules that comply with the JEDEC DDR4 standards and SODIMM, UDIMM, LRDIMM, and RDIMM memory modules that comply with the JEDEC DDR5 standards (collectively, the "Accused Memory Modules").

5. I am familiar with the design and manufacturing of the Accused Memory Modules.

1

6. I am informed and understand that on January 25, 2022, SEC and SSI filed a Motion for Leave to File Second Amended Complaint. Dkt. 18. I further understand that on February 7, 2022, Netlist filed an Answering Brief opposing SEC and SSI's motion. Dkt. 21.

7. I am informed and understand that, in its Answering Brief, Netlist has alleged that the Accused Memory Modules "are designed and manufactured in Texas." Dkt. 21 at 18–19. In particular, Netlist suggests that the Accused Memory Modules are designed and manufactured at Samsung facilities located at 12100 Samsung Blvd., Austin, Texas, and at 3900 San Clements Ste. 300, North Capital, Texas.

8. None of the Accused Memory Modules were designed in Texas. The Accused Memory Modules are not now, nor have they even been, manufactured in Texas.

9. The Accused Memory Modules were designed outside the United States. The Accused Memory Modules are, and always have been, manufactured outside the United States. Neither SEC nor SSI has ever sold any DDR5 LRDIMM products.

10. Based on my investigation, I understand and believe that the facilities identified in Netlist's Answering Brief are Samsung Austin Semiconductor and Samsung Austin R&D Center. I also understand and believe that Samsung Austin Semiconductor did, at one point in time, manufacture memory products, but it ceased making such products in 2012 and has never manufactured the Accused Memory Modules. I further understand and believe that Samsung Austin R&D Center has never been involved in the design or manufacture of the Accused Memory Modules.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3

Executed on February 11, 2022 at Hwaseong-si, South Korea.

By: _Junseon Yoon_
      Junseon Yoon

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Mark Reiter, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jason Lo, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)