# Exhibit 13



PRODUCTS / MEMORY MODULE

# DDR4 DIMMs

## INTRODUCTION

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade. Netlist's rigorous testing process is specifically designed to ensure these modules will operate reliably in harsh, long-life computing environments and densely configured computing applications with limited airflow.

Available in registered and unbuffered with ECC or non-ECC configurations, include standard Low-Profile height, Very Low Profile and Mini DIMMs. OEMs can choose Netlist industry-standard and custom modules with confidence knowing Netlist designs, manufactures, and rigorously tests each unit.



### LRDIMM



### VLP SORDIMM SOUDIMM



### VLP RDIMM UDIMM



### VLP MINI RDIMM UDIMM



### SORDIMM SOUDIMM



### RDIMM UDIMM



### MINI RDIMM UDIMM

# DDR4 DIMMs

### FEATURES

- JEDEC Standard 1.2V+/-0.06V Power Supply
- VDDQ = 1.2V+/-0.06V
- VPP = 2.5V (2.375V to 2.75V)
- VDDSPD = 2.5V +/-10%
- Operating Temperature
  - $T_{CASE}$ = 0°C to +85°C for Commercial Temp Grade
  - $T_{CASE}$ = -40°C to +95°C for Industrial Temp Grade
- Data Transfer Rates
  - Up to PC4-3200
- 8-bit pre-fetch
- Bi-Directional Differential Data Strobe
- On Die Termination using ODT pin
- Temperature sensor with integrated SPD
- Burst Length (BL) switch on-the-fly BL8 or BC4 (Burst Chop)
- Temperature sensor with integrated
- RoHS compliant (Lead-free)
- Conformal Coating and BGA underfill are available upon request

### BENEFITS

- Long term supply
- Locked BOM support
- High quality
- 100% system level testing

- Technical support

## PRODUCT LINE-UP

| | DENSITY | ORGANIZATION | MAX SPEED | PART NUMBER |
|---|---|---|---|---|
| RDIMM | 64GB | 8Gx72 (2Rank) | 3200MT/s | NLX8G7T44G031 |
| | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7T42G071 |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7T41G071I |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7T41G071I |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX517T451071D |
| ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7242G071 |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7241G071I |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7241G071I |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX5172451071D |
| Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLX4G6441G071 |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLX2G6441G071 |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLX1G6441G071I |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NLX5164451071D |
| ECC SoDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7244G071I |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7242G071I |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7241G071D |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY5172451071D |
| Non-ECC SoDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLY4G6442G071I |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLY2G6441G071I |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLY1G6441G071I |
| | | 512Mx64 | | |

| Type | Capacity | Organization | Speed | Part Number |
|---|---|---|---|---|
| | 4GB | (1Rank) | 3200MT/s | NLY5164451071D |
| SO-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7T42G071D |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7T41G071D |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7T41G071D |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY517T451071D |
| VLP RDIMM | 32GB | 4Gx72 (1Rank) | 3200MT/s | NVX4G7T44G031 |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7T41G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7T41G071 |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX517T451071D |
| VLP ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVX4G7242G071 |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7241G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7241G071 |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX5172451071D |
| VLP Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NVX4G6442G071 |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NVX2G6441G071 |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NVX1G6441G071 |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NVX5164451071D |
| VLP So-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVY4G7T42G071 |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVY2G7T41G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVY1G7T41G071D |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVY517T451071D |
| Mini RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7T41G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7T41G071 |
| | 4GB | 512Mx72 | 3200MT/s | NMX517T451071D |

| | | (1Rank) | | |
|---|---|---|---|---|
| Mini ECC-UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7241G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7241G071 |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NMX5172451071D |
| Mini Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NMX2G6441G071 |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NMX1G6441G071 |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NMX5164451071D |
| Mini VLP RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7T41G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7T41G071 |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX517T451071D |
| Mini VLP ECC UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7241G071 |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7241G071 |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX5172451071D |
| Mini VLP Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NUX2G6441G071 |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NUX1G6441G071 |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NUX5164451071D |

## APPLICATIONS

- IOT computing / storage servers
- Network servers and equipment
- Industrial systems

- Ruggedized industrial servers
- Medical Equipment

- Embedded systems
- Automotive Applications

## MARKETING COLLATERAL



## Netlist DDR4 DIMMs Product Brief

### PRODUCTS
Enterprise SSD

Embedded Flash

Memory Module

### SALES SUPPORT
US & International

Sales Inquiry

### COMPANY
About Netlist

Leadership

Contact

Sitemap

### INVESTORS
News

Events and Presentations

SEC Filings

Financial Document Lib

Management

Gov Docs

Responsibility

Stock Chart

Analyst Coverage

Email Alerts

NLST 3,71 -0,19 -4,87%

© 2022 Netlist. All Rights Reserved.