# Exhibit 14

May. 2018

# DDR4 SDRAM Memory

## Product Guide

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or other- wise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



# 5. RDIMM, LRDIMM Memory Buffer Information

## 5.1  Label Example



## 5.2 JEDEC Description Information

1. Module total capacity, in gigabytes, for primary bus (ECC not counted)
2. Number of package ranks of memory installed and number of logical ranks per package rank
3. Device organization (data bit width) of SDRAMs used on this assembly
4. SDRAM and support component supply voltage (VDD)
    blank = 1.2 V operable
5. Module speed in Mb/s/data pin
6. SDRAM speed grade
7. Module Type
    A = Unbuffered 16-bit Small Outline DIMM ("16b-SO-DIMM"), x16 data bus (placeholder)
    B = Unbuffered 32-bit Small Outline DIMM ("32b-SO-DIMM"), x32 data bus (placeholder)
    C = Registered 72-bit Small Outline DIMM ("72b-SO-RDIMM"), x64 primary + 8 bit ECC module data bus(placeholder)
    E = Unbuffered DIMM ("UDIMM"), x64 primary + 8 bit ECC module data bus
    L = Load Reduced DIMM ("LRDIMM"), x64 primary + 8 bit ECC module data bus
    N = Mini registered DIMM ("Mini-RDIMM"), x64 primary + 8 bit ECC module data bus
    R = Registered DIMM ("RDIMM"), x64 primary + 8 bit ECC module data bus
    S = Small Outline DIMM ("SO-DIMM"), no ECC (x64 bit module data bus)
    T = Unbuffered 72-bit Small Outline DIMM ("72b-SO-DIMM"), x64 primary + 8 bit ECC module data bus
    U = Unbuffered DIMM ("UDIMM"), no ECC (x64 bit module data bus)
    W = Mini unbuffered DIMM ("Mini-UDIMM"), x64 primary + 8 bit ECC module data bus
8. Reference design file used for this design (if applicable)
    A = Reference design for raw card 'A' is used for this assembly
    B = Reference design for raw card 'B' is used for this assembly
    AC = Reference design for raw card 'AC' is used for this assembly (example only)
    ZZ = None of the JEDEC standard reference designs were used for this assembly
9. Revision number of the reference design used
    0 = Initial release
    1 = First revision
    2 = Second revision
    P = Pre-release or Engineering sample
    Z = To be used when reference raw card = ZZ
10. JEDEC SPD Revision Encoding and Additions level used on this DIMM

## 5.3 RCD (& Data Buffer) Information
(These codes are only used SAMSUNG, Not JEDEC)

11&12. RCD, Data Buffer Revision & Vendor used on this DIMM

| Jedec Description on label | Buffer Vendor | RCD ver | DB ver (Only LRDIMM) |
|---|---|---|---|
| DC0 | IDT | C0 | B1 |
| MB1 | Montage | B1 | A1 |
| MC0 | Montage | C0 | B0 |
| DC3 | IDT | C0 | A3 |
| MA0 | Montage | A0 | A1 |
| DB1 | IDT | B1 | B0 |
| PA0 | Rambus (Inphi) | A0 | A0 |
| DC1 | IDT | C1 | C1 |

