UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No:  4:09-cv-05718 RS<br><br>**ORDER ON PARTIES' STIPULATION RE: EXPEDITING BRIEFING AND HEARING** |

　　　Netlist, Inc.'s Motion for Leave to Amend Infringement Contentions is currently set for hearing on June 23, 2022. Dkt. 269. Google LLC's Motion to Stay is currently set for hearing on July 14, 2022. Dkt. 292. As acknowledged by the parties, it would be more efficient to hear both of these motions and hold the case management conference on the same day. See Dkt. 294. Based on calendar availability, Netlist's Motion for Leave to Amend Infringement Contentions and the case management conference are continued to July 14, 2022, at 1:30 p.m., to be heard together with Google's Motion to Stay. This Order terminates Dkt. 294.

　　　IT IS SO ORDERED.

Dated: June 17, 2022

Richard Seeborg
Chief United States District Judge