UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 3:09-CV-05718-RS<br><br>[PROPOSED] ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 268)<br><br>Judge: Hon. Richard Seeborg |

**[PROPOSED] ORDER**

Before the Court is Netlist's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. 268). In its declaration in support of the Motion (Dkt. 284), Google seeks to file under seal only a portion of the materials identified by Netlist. Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Exhibit 3 (Dkt. 284-3) | Google | GRANTED as to redacted portions at: 82:1-17, 82:26-28, 83:4-9, 83:11 |
| Exhibit 6 (Dkt. 284-4) | Google | GRANTED as to redacted portions at: pg. 1 and pg. 2 |
| Exhibit 7 (Dkt. 284-5) | Google | GRANTED as to redacted portions at: pg. 1 |
| Exhibit 10 (Dkt. 284-6) | Google | GRANTED as to redacted portions at: pg. 1 and pg. 2 |

**SO ORDERED.**

DATED: June 17, 2022

HON. RICHARD SEEBORG
United States District Judge