1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:09-CV-05718-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Richard Seeborg |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion") in connection with Google's Reply in Support of its Motion to Stay. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Google's Reply in Support of its Motion to Stay | Netlist | GRANTED as to redacted portions at: 5:14-16, 5:18-19 |

**SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
United States District Judge