QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| David Perlson (CA Bar No. 209502) | Jared Newton (admitted *pro hac vice*) |
| davidperlson@quinnemanuel.com | jarednewton@quinnemanuel.com |
| Jonathan Tse (CA Bar No. 305468) | Deepa Acharya (CA Bar No. 267654) |
| jonathantse@quinnemanuel.com | deepaacharya@quinnemanuel.com |
| 50 California Street, 22nd Floor | Sandy Shen (admitted *pro hac vice*) |
| San Francisco, CA 94111 | sandyshen@quinnemanuel.com |
| Telephone: (415) 875-6600 | 1300 I Street NW, Suite 900 |
| Facsimile: (415) 875-6700 | Washington, D.C. 20005 |
| | Telephone: (202) 538-8000 |
| Catlin Williams (CA Bar No. 336464) | Facsimile: (202) 538-8100 |
| catwilliams@quinnemanuel.com | |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., | CASE NO. 3:09-CV-05718-RS |
| Plaintiff, | **DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY TO ITS MOTION TO STAY** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Jonathan Tse, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Reply in Support of its Motion to Stay. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as **Exhibit 7** is a true and correct excerpted copy of a document produced with the starting production number GNLP-00021608.

3. Attached as **Exhibit 8** is a true and correct copy of a webpage from DocketNavigator, titled Time to Milestones, last accessed June 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 21, 2022 in San Francisco, California.

DATED: June 21, 2022                    */s/ Jonathan Tse*
                                        Jonathan Tse