# Exhibit 8

Time to Milestones Search

## Time to Milestones





U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 355 | -3.4 | 8.0 | 13.8 | 18.1 | 25.6 | 62.2 | 124.9 | 21.7 |
| Patentee MSJ | 90 | 2.4 | 7.5 | 19.0 | 24.4 | 33.6 | 97.7 | 107.4 | 28.8 |
| Infringement | 87 | 1.7 | 3.3 | 16.3 | 26.8 | 34.4 | 88.0 | 116.1 | 28.8 |
| Patent not invalid | 181 | 1.7 | 3.3 | 13.4 | 20.6 | 30.6 | 88.3 | 124.3 | 24.5 |
| Patent enforceable | 38 | 1.7 | 2.2 | 9.3 | 21.1 | 31.6 | 107.4 | 107.4 | 25.9 |
| Patent Challenger MSJ | 247 | 2.4 | 5.3 | 14.1 | 22.3 | 31.4 | 62.2 | 108.1 | 25.1 |
| Noninfringement | 195 | 1.1 | 8.2 | 19.8 | 27.0 | 37.0 | 96.2 | 125.1 | 31.5 |
| Patent invalid | 261 | 1.0 | 3.4 | 9.2 | 17.9 | 27.2 | 72.3 | 97.2 | 21.3 |
| Patent unenforceable | 4 | 16.3 | | | 32.3 | | | 42.1 | 30.8 |
| Damages | 53 | 11.0 | 12.4 | 22.5 | 29.3 | 47.8 | 88.0 | 116.1 | 36.4 |
| TRO/Prelim Injct | 13 | 0.7 | 1.0 | 1.9 | 3.4 | 10.4 | 18.3 | 18.3 | 5.8 |
| Injct/Ongoing Royalty | 76 | 1.0 | 2.2 | 9.1 | 14.9 | 25.3 | 73.9 | 80.4 | 20.3 |
| Enhncd Dam/Atty Fees | 48 | 4.9 | 5.5 | 12.3 | 24.4 | 44.4 | 74.2 | 74.2 | 29.2 |
| Sanctions | 19 | 9.0 | 9.8 | 13.5 | 19.8 | 42.2 | 65.5 | 65.5 | 28.2 |
| Jury Trial | 58 | 12.6 | 13.8 | 24.9 | 31.6 | 41.9 | 85.1 | 116.1 | 37.0 |
| Bench Trial | 10 | 13.6 | 16.2 | 18.9 | 29.9 | 36.0 | 73.4 | 73.4 | 31.3 |
| Transfer | 82 | 0.0 | | 3.0 | 4.5 | 7.2 | 37.5 | 37.5 | 6.1 |
| Stay | 673 | | 1.0 | 3.9 | 8.0 | 15.2 | 56.5 | 118.0 | 12.5 |
| Appeal | 344 | -19.7 | 3.6 | 9.0 | 20.6 | 35.8 | 83.0 | 125.8 | 25.3 |
| Likely Settlement | 1783 | 0.0 | 0.6 | 2.9 | 5.4 | 9.2 | 33.6 | 93.0 | 8.2 |
| Mature Termination | 1120 | 1.0 | 2.4 | 9.1 | 18.7 | 31.3 | 73.3 | 125.1 | 23.0 |