**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>    Plaintiff, <br><br>        v. <br><br> GOOGLE LLC, <br><br>    Defendant. | Case No. 3:09-CV-05718-RS <br><br> **GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DKT. NOS. 300-4 AND 301** |

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Documents to remove the redacted version of Netlist's Opposition to Google's Motion to Stay ("Opposition") (**Dkts. 300-4 and 301**).

After the Opposition was filed by Netlist, Google discovered that certain confidential information were inadvertently unredacted. The information sought to be further redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed. Google has filed a corrected version of the Redacted Opposition as Dkt. 311-1. Accordingly, Google respectfully requests that Docket Nos. 300-4 and 301 be permanently deleted from the docket.

DATED: June 23, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

*Attorneys for Defendant Google LLC*