1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9   NETLIST, INC.,                    Case No. 3:09-CV-05718-RS
10         Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                      GOOGLE LLC'S MOTION TO REMOVE
11         v.                         INCORRECTLY FILED DOCUMENTS;
                                      DKT. NOS. 300-4 AND 301**
12  GOOGLE LLC,
13         Defendant.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court has received Defendant Google LLC's Motion to Remove Incorrectly Filed Documents ("Motion"), and a Corrected Redacted Version of Netlist's Opposition to Motion to Stay (Dkt. 311-1). Google's Motion is hereby GRANTED, and Docket Nos. 300-4 and 301 will be removed.

**IT IS SO ORDERED.**

Dated: _____

                                                Honorable Richard Seeborg
                                               Chief United States District Judge