Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS-JCS <br><br> **NETLIST INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS-JCS

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Netlist, Inc. ("Netlist") hereby
2  brings this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
3  in connection with the parties' Joint Discovery Letter Brief to Judge Spero and Exhibit 5, 6, and A
4  attached thereto, which contain, reflect, or summarize information designated by Google as
5  confidential under the terms of the Stipulated Protective Order (Dkt. 47).

6  For documents designated as confidential by another party or non-party (the "Designating
7  Party"), Civil Local Rule 79-5(f) requires that a filing party "identify each document or portions
8  thereof for which sealing is sought."  Civil L.R. 79-5(f)(1).  "Within 7 days of the motion's filing,
9  the Designating Party must file a statement and/or declaration as described in subsection (c)(1)."
10 Civil L.R. 79-5(f)(3).

11 Netlist identifies the following as containing, reflecting, or summarizing information
12 designated as confidential by Google for which sealing is sought:

- Portions of the parties' Joint Discovery Letter Brief to Judge Spero highlighted in blue at: 2, 3 and 6.

- Exhibit 5, which is a transcript of the meet and confer between counsel for Netlist and Google held on June 27, 2022, which Google has designated as Confidential – Attorney's Eyes Only.

- Exhibit 6, which is an email thread between counsel for Netlist and Google between June 6, 2022 and June 24, 2022, which contains information Google has designated as Confidential – Attorney's Eyes Only.

- Exhibit A, which is an email thread between counsel for Netlist and Google that was formatted for readability, titled "RE: Netlist v. Google – Courtesy Copies of Dkt. 292," last dated July 1, 2022 at 9:45 AM PT, which contains information Google has designated as Confidential – Attorney's Eyes Only.

22 Netlist respectfully requests that the above-identified portions of the parties' Joint Discovery
23 Letter Brief to Judge Spero and Exhibits 5, 6, and A attached thereto provisionally remain under
24 seal.  Pursuant to Civil Local Rule 79-5(f), Google bears the responsibility to establish that the
25 above-referenced documents are sealable.

27 Dated: July 1, 2022                              Respectfully submitted,

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS-JCS

| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| 2 | By: */s/  Jason G. Sheasby* |
| 3 | Jason G. Sheasby |
| | jsheasby@irell.com |
| 4 | Andrew J. Strabone |
| | astrabone@irell.com |
| 5 | Yanan Zhao |
| 6 | yzhao@irell.com |
| | Michael W. Tezyan |
| 7 | mtezyan@irell.com |
| 8 | IRELL & MANELLA LLP |
| 9 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067 |
| 10 | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| 11 | |
| 12 | *Attorneys for Plaintiff Netlist, Inc.* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

- 3 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS-JCS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance. I further certify that on July 1, 2022, the unredacted version of the foregoing were served on counsel of record who have made a formal appearance.

By: */s/    Yanan Zhao*
Yanan Zhao

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS-JCS