Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., | Case No. 3:09-cv-05718-RS (JCS) |
| Plaintiff, | **DECLARATION OF JASON G. SHEASBY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF TO JUDGE SPERO** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

## DECLARATION OF JASON G. SHEASBY

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of the parties' Joint Discovery Letter Brief to Judge Spero. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. A true and correct copy of Netlist's First Set of Interrogatories, dated April 19, 2021, is attached as Exhibit 1.

2. A true and correct copy of Netlist's First Set of Requests for Production, dated April 19, 2021, is attached as Exhibit 2.

3. A true and correct copy of the reexamination certificate for U.S. Patent Number 7,619,912 is attached as Exhibit 3.

4. A true and correct copy of the parties' June 10, 2021 Joint Discovery Letter Brief to Judge Spero (Dkt. 134-3) is attached as Exhibit 4.

5. A true and correct copy of a certified transcript of the June 27, 2022 meet and confer between counsel for Netlist and Google is attached as Exhibit 5.

6. A true and correct copy of emails between counsel for Netlist and Google between June 3, 2022 and June 24, 2022 is attached as Exhibit 6.

7. A true and correct copy of the redacted cover pleading to Netlist's June 18, 2021 Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt. 170-3) is attached as Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2022 at Los Angeles, California.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

SHEASBY DECLARATION ISO JOINT DISCOVERY LETTER
3:09-cv-05718-RS (JCS)

By: <u>*/s/ Jason G. Sheasby*</u>
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations