# Exhibit 5

**Document Sought to Be Filed Under Seal**