# Exhibit 6

Document Sought to Be Filed Under Seal