QUINN EMANUEL URQUHART & SULLIVAN, LLP

David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Catlin Williams (CA Bar No. 336464)
catwilliams@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 3:09-CV-05718-RS<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT GOOGLE LLC'S EXHIBITS IN THE JULY 1, 2022 JOINT LETTER BRIEF** |

I, Jonathan Tse, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I submit this declaration in support of the exhibits Google submitted in support of its portion of the July 1, 2022 joint letter brief. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as **Exhibit A** is a true and correct copy of an email thread between counsel for Netlist and Google that was formatted for readability, titled "RE: Netlist v. Google – Courtesy Copies of Dkt. 292," last dated July 1, 2022 at 9:45 AM PT.

3. Attached as **Exhibit B** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist v. Google – Courtesy Copies of Dkt. 292," last dated July 1, 2022 at 12:06 PM PT.

4. Attached as **Exhibit C** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist v. Google – Courtesy Copies of Dkt. 292," last dated July 1, 2022 at 1:46 PM PT.

5. Attached as **Exhibit D** is a true and correct excerpted copy of an email thread between counsel for Netlist and Google, titled "RE: Netlist v. Google – Courtesy Copies of Dkt. 292," last dated July 1, 2022 at 4:14 PM PT.

6. Attached as **Exhibit E** is a true and correct excerpted copy of transcript of the parties' June 27, 2022 meet and confer.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 1, 2022 in San Francisco, California.

DATED: July 1, 2022                    */s/ Jonathan Tse*
                                        Jonathan Tse

-2-    Case No. 3:09-cv-05718-RS
DECLARATION OF JONATHAN TSE ISO GOOGLE'S EXHIBITS IN JOINT LETTER BRIEF