# Jonathan Tse

| | |
|---|---|
| **From:** | Jonathan Tse |
| **Sent:** | Friday, July 1, 2022 12:06 PM |
| **To:** | Sheasby, Jason; Jason Sheasby |
| **Cc:** | Jared Newton; #Netlist-Google [Int]; QE-NetlistvGoogle |
| **Subject:** | RE: Netlist v. Google - Courtesy Copies of Dkt. 292 |
| **Attachments:** | Netlist - June 2022 Discovery Disputes Letter re accused products (7-1 12 pm Google_s portion).DOCX |

Counsel,

Please find attached Google's revised portion.  Please let us know if you have no further revisions so that we can update and finalize our citations and exhibits.

Google reserves all rights to make any additional revisions based on any subsequent revisions by Netlist.  You do not have our authorization to file the letter brief containing our portion without our sign-off.

Best,

Jon

**Jonathan Tse**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jonathan Tse
**Sent:** Friday, July 1, 2022 9:45 AM
**To:** Sheasby, Jason <JSheasby@irell.com>; Jason Sheasby <jasonsheasby@gmail.com>
**Cc:** Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
**Subject:** RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

Again, it is improper for Netlist to impose a unilateral filing deadline or to file its letter brief unilaterally.  Google has been cooperative and abiding by the discovery procedures set out by Magistrate Judge Spero  and disagree with your baseless accusation that it has engaged in any bad faith behavior.