# Jonathan Tse

| | |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Friday, July 1, 2022 1:46 PM |
| **To:** | Jonathan Tse; Jason Sheasby |
| **Cc:** | Jared Newton; #Netlist-Google [Int]; QE-NetlistvGoogle |
| **Subject:** | Re: Netlist v. Google - Courtesy Copies of Dkt. 292 |

**[EXTERNAL EMAIL from jsheasby@irell.com]**

Counsel:

Your revision did not arrive until well after my email.

I continue to emphasize that your attempts to delay the filing of this letter are improper.

Separately, you have an exhibit that we have not seen.

Thanks
JS

From: Jonathan Tse <jonathantse@quinnemanuel.com>
Date: Friday, July 1, 2022 at 12:12 PM
To: Jason Sheasby <JSheasby@irell.com>, "jasonsheasby@gmail.com" <jasonsheasby@gmail.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

You are incorrect. We sent our portion at 12:05 PM PT and have re-attached it for your convenience. Please let us know if you have no further revisions so that we can update and finalize our citations and exhibits.

Google reserves all rights to make any additional revisions based on any subsequent revisions by Netlist. You do not have our authorization to file the letter brief containing our portion without our sign-off.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>

www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
From: Sheasby, Jason <JSheasby@irell.com>
Sent: Friday, July 1, 2022 12:09 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com>; Jason Sheasby <jasonsheasby@gmail.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from jsheasby@irell.com<mailto:jsheasby@irell.com>]

_____
Counsel:

You have failed in your commitment to provide you revisions to the letter by noon. I assume this means you have decided not to participate in this process and we should file our portion of the letter separately. We will do so at 12:15

Thanks
JS

From: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>
Date: Friday, July 1, 2022 at 9:46 AM
To: Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com>>, "jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>" <jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>>
Cc: Jared Newton <jarednewton@quinnemanuel.com<mailto:jarednewton@quinnemanuel.com>>, "#Netlist-Google [Int]" <Netlist-Google@irell.com<mailto:Netlist-Google@irell.com>>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com<mailto:qe-netlistvgoogle@quinnemanuel.com>>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
Again, it is improper for Netlist to impose a unilateral filing deadline or to file its letter brief unilaterally. Google has been cooperative and abiding by the discovery procedures set out by Magistrate Judge Spero and disagree with your baseless accusation that it has engaged in any bad faith behavior.
We are planning to send you our revised portion at noon PT today and reserve all rights to make any additional revisions based on any subsequent revisions by Netlist. You do not have our authorization to file the letter brief containing our portion without our sign-off.
Please also let us know if Netlist will seal the letter brief and corresponding exhibits in the first instance, which will allow the brief, once finalized and signed off by both parties, to be filed on the docket earlier.
Best,
Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP