# Jonathan Tse

| | |
|---|---|
| **From:** | Zhao, Yanan <yzhao@irell.com> |
| **Sent:** | Friday, July 1, 2022 4:14 PM |
| **To:** | Jonathan Tse; Sheasby, Jason; Jason Sheasby |
| **Cc:** | Jared Newton; #Netlist-Google [Int]; QE-NetlistvGoogle |
| **Subject:** | RE: Netlist v. Google - Courtesy Copies of Dkt. 292 |
| **Attachments:** | Draft_ Netlist Discovery Disputes Letter re accused products-July 1 4PM.DOCX |

**[EXTERNAL EMAIL from yzhao@irell.com]**

Counsel, please see attached redline reflecting Netlist's minor revisions. If you have no further edits, please provide exhibits attached to Google's section of the brief, together with attorney declaration in connection with the exhibits. If Google intends to file the exhibits and declaration separately, please let us know.

Best,
Yanan

**From:** Jonathan Tse <jonathantse@quinnemanuel.com>
**Sent:** Friday, July 1, 2022 3:31 PM
**To:** Sheasby, Jason <JSheasby@irell.com>; Jason Sheasby <jasonsheasby@gmail.com>
**Cc:** Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
**Subject:** RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

We have attached a revised version with minor edits in redline.

Netlist's portion of the letter brief is 3 pages and ours is 2.5. Having complied with the page limits, Google does not agree to cut the section you highlighted. If Netlist insists on a footnote, we will include our own. Let us know.

Best,

Jon

**Jonathan Tse**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Friday, July 1, 2022 3:05 PM
**To:** Jonathan Tse <jonathantse@quinnemanuel.com>; Jason Sheasby <jasonsheasby@gmail.com>
**Cc:** Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
**Subject:** Re: Netlist v. Google - Courtesy Copies of Dkt. 292

**[EXTERNAL EMAIL from jsheasby@irell.com]**

Counsel:

We believe your section is overlength and inconsistent with the Court's rules. We propose the removal of the green highlighting in both briefs. If you don't agree we will drop in the following footnote:

1: Netlist asked that Google pare-back its procedural arguments below in order to ensure that this letter fit completely on five pages. Google declined

From: Jonathan Tse <jonathantse@quinnemanuel.com>
Date: Friday, July 1, 2022 at 2:51 PM
To: Jason Sheasby <JSheasby@irell.com>, "jasonsheasby@gmail.com" <jasonsheasby@gmail.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

Please find attached Google's revisions. We have also attached Google's email sending its portion prior to your 12:08 pm PT email below.

As for exhibits, Netlist is in possession of all the exhibits Google intends to rely on. Exhibits A-D will be the email threads between Netlist and Google and Exhibit E will be the transcript of the meet and confer. We are still finalizing our exhibits, which depend in part on whether there are any further substantive revisions to the letter brief.

Please let us know if you have no further revisions so that we can update and finalize our citations and exhibits.

Google reserves all rights to make any additional revisions based on any subsequent revisions by Netlist. You do not have our authorization to file the letter brief containing our portion without our sign-off.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX

jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
From: Sheasby, Jason <JSheasby@irell.com>
Sent: Friday, July 1, 2022 1:52 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com>; Jason Sheasby <jasonsheasby@gmail.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from jsheasby@irell.com<mailto:jsheasby@irell.com>]

_____
Counsel:

Attached are our revisions. Please give us any additional changes and your exhibits by 2:30 PM.

Thanks
JS


From: Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com>>
Date: Friday, July 1, 2022 at 12:08 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>, "jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>" <jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>>
Cc: Jared Newton <jarednewton@quinnemanuel.com<mailto:jarednewton@quinnemanuel.com>>, "#Netlist-Google [Int]" <Netlist-Google@irell.com<mailto:Netlist-Google@irell.com>>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com<mailto:qe-netlistvgoogle@quinnemanuel.com>>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel:

You have failed in your commitment to provide you revisions to the letter by noon. I assume this means you have decided not to participate in this process and we should file our portion of the letter separately. We will do so at 12:15

Thanks
JS

From: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>
Date: Friday, July 1, 2022 at 9:46 AM
To: Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com>>, "jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>" <jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>>
Cc: Jared Newton <jarednewton@quinnemanuel.com<mailto:jarednewton@quinnemanuel.com>>, "#Netlist-Google [Int]" <Netlist-Google@irell.com<mailto:Netlist-Google@irell.com>>, QE-NetlistvGoogle <qe-