

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Meet and Confer Between Counsel

**Date:** June 27, 2022
**Case:** Netlist, Inc. -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4   NETLIST, INC.,               )
                                 )
5              Plaintiff,        )
                                 )  Case No.:
6        vs.                     )  3:09-CV-05718-RS
                                 )
7   GOOGLE LLC,                  )
                                 )
8              Defendants.       )
    _____)
9
10
11
12
13         CONFIDENTIAL:  ATTORNEYS' EYES ONLY
14              TRANSCRIPT OF PROCEEDINGS
15                 CONDUCTED VIRTUALLY
16                   June 27, 2022
17                     9:02 a.m.
18
19
20
21
22  REPORTED BY:
23  Tammy Moon, CSR No. 13184, RMR, CRR
24  Appearing remotely from Carmichael, California
25
```

```
1    REMOTE APPEARANCES:

2    FOR PLAINTIFF:

3    IRELL & MANELLA LLP
     BY:  JASON G. SHEASBY, ESQ.
4    BY:  YANAN ZHAO, ESQ.
     1800 Avenue of the Stars, Ste 900
5    Los Angeles, California 90067
     310.277.1010
6    Jsheasby@irell.com
     Yzhao@irell.com
7

8    FOR DEFENDANT:

9    QUINN EMANUEL URQUHART & SULLIVAN
     BY:  JARED NEWTON, ESQ.
10   BY:  JONATHAN TSE, ESQ.
     1300 I St. NW Ste 900
11   Washington, D.C. 20005
     202.538.8000
12   Jarednewton@quinnemanuel.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           Monday, June 27, 2022, 9:02 a.m.
2           MR. SHEASBY:  This is Jason Sheasby from Irell.
3    We've -- you asked for a meet-and-confer.  Lead counsel
4    for Google is not on the call even though this was the
5    time that Google proposed.  And so I just want to know
6    if there's any possibility for a compromise.
7           MR. NEWTON:  Jared Newton from Quinn Emanuel.
8    Lead counsel from Google, David Pearlton, is traveling
9    overseas and unable to make the call today or this week,
10   so I'm acting as lead counsel on his behalf.
11          In response to Mr. Sheasby's question, we're a
12   little bit confused about exactly what you are asking
13   for.  Your letter --
14          MR. SHEASBY:  Sure.  We're asking for full,
15   complete responses to Interrogatories 1 and 2 and
16   Discovery Responses 1 and 2, not limited to what you
17   believe count as accused products but that match the
18   definition of memory module in the requests.
19          MR. NEWTON:  We're not willing to agree to
20   provide full discovery under that definition of memory
21   module, which we believe is too broad and goes beyond
22   both the accused products and any products that Netlist
23   have ever argued are substantially similar to what you
24   have accused.
25          MR. SHEASBY:  What is the scope of search that