1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br>     Plaintiff, <br>     v. <br> GOOGLE LLC, <br>     Defendant. | Case No. 3:09-CV-05718-RS <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. Richard Seeborg |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion") in connection with the parties' Joint Letter Brief. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motion to Seal |
|---|---|---|
| Joint Discovery Letter Brief | Google | GRANTED as to redacted portions at: Pages 2, 3, and 6 |
| Exhibit 5 (June 27, 2022 transcript re meet and confer) | Google | GRANTED as to redacted portions at: Pages 4:7-9, 9:8-11, 9:19-21, 10:12-15, 11:24, 12:4, and Index (pages 5-11). |
| Exhibit 6 (June 24, 2022 email thread between Netlist and Google) | Google | GRANTED as to redacted portions at: Pages 9-10 and 12 |
| Exhibit A (July 1, 2022 email thread between Netlist and Google) | Google | GRANTED as to redacted portions at: Pages 23 and 24 |

**SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
United States District Judge