# EXHIBIT A

# Redacted Version of Document Sought to be Sealed

| From: | Jonathan Tse |
|---|---|
| Sent: | Friday, July 1, 2022 9:45 AM |
| To: | Sheasby, Jason; Jason Sheasby |
| Cc: | Jared Newton; #Netlist-Google [Int]; QE-NetlistvGoogle |
| Subject: | RE: Netlist v. Google - Courtesy Copies of Dkt. 292 |

Counsel,

Again, it is improper for Netlist to impose a unilateral filing deadline or to file its letter brief unilaterally.  Google has been cooperative and abiding by the discovery procedures set out by Magistrate Judge Spero and disagree with your baseless accusation that it has engaged in any bad faith behavior.

We are planning to send you our revised portion at noon PT today and reserve all rights to make any additional revisions based on any subsequent revisions by Netlist.  You do not have our authorization to file the letter brief containing our portion without our sign-off.

Please also let us know if Netlist will seal the letter brief and corresponding exhibits in the first instance, which will allow the brief, once finalized and signed off by both parties, to be filed on the docket earlier.

Best,

Jon

**Jonathan Tse**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Friday, July 1, 2022 7:20 AM
**To:** Jonathan Tse <jonathantse@quinnemanuel.com>; Jason Sheasby <jasonsheasby@gmail.com>
**Cc:** Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-

NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
**Subject:** Re: Netlist v. Google - Courtesy Copies of Dkt. 292

**[EXTERNAL EMAIL from jsheasby@irell.com]**

Counsel:

Google's empty promises that it will get us a revision of the letter at some point today and its demand that we not make any more revisions is improper.

If we don't have you revisions by 10AM we will assume this is just a continuation of Google's bad faith behavior and we will file.

Thanks
JS

From: Jonathan Tse <jonathantse@quinnemanuel.com>
Date: Thursday, June 30, 2022 at 10:17 PM
To: "jasonsheasby@gmail.com" <jasonsheasby@gmail.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QENetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

Having reviewed your revisions, we expect to have our insert for the joint letter brief by tomorrow afternoon, which will allow the brief to be filed jointly tomorrow absent further rounds of revision. We maintain that it is improper for Netlist to impose a unilateral filing deadline before the deadline set by Magistrate Judge Spero's procedures, and it would also be improper for Netlist to file unilaterally.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>
www.quinnemanuel.com <http://www.quinnemanuel.com/>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Jason Sheasby <jasonsheasby@gmail.com>

Sent: Thursday, June 30, 2022 9:30 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-
NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from jasonsheasby@gmail.com<mailto:jasonsheasby@gmail.com>]

_____

Counsel.

We have not heard anything from you.  There is no reason for Google to operate in bad faith on this letter. You will have had a draft of our letter for 10 days tomorrow. You clearly will not agree to any of the relief we are requesting.

We ask you once again to come to your senses and participate in the process set out by the judge.

Best
JS

---

| From: | Sheasby, Jason <JSheasby@irell.com> |
|---|---|
| Sent: | Thursday, June 30, 2022 5:57 PM |
| To: | Jonathan Tse |
| Cc: | Jared Newton; #Netlist-Google [Int]; QE-NetlistvGoogle |
| Subject: | Re: Netlist v. Google - Courtesy Copies of Dkt. 292 |

**[EXTERNAL EMAIL from jsheasby@irell.com]**

Counsel.


We will be filing at 8am PT tomorrow morning.

Best
JS

On Jun 30, 2022, at 5:56 PM, Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>> wrote:

Counsel,
If Netlist files unilaterally at 8 am tomorrow morning it would be a violation of Magistrate Judge Spero's procedures and we will bring the violation to His Honor's attention. It is also improper for Netlist to impose a filing deadline of 8 am, particularly in light of the fact that Google repeatedly requested that Netlist provide an updated draft and Netlist refused. It also shows a lack of good faith that Netlist took more than 24 hours to respond to Google's insert to the joint letter brief, but is now demanding that Google provide its portion overnight. Netlist's draft section also continues to be

over the 2.5-page limit allocated to each party under Magistrate Judge Spero's procedures, which prejudices Google's ability to respond and will cause further delay in the parties' ability to submit the required 5-page brief.

As we explained previously, we will provide Netlist with an estimate of when Google will provide its insert to the letter brief after we have had a chance to review the changes you just sent.

Best,

Jon

Jonathan Tse

Associate,

Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor

San Francisco, CA 94111

415-875-6426 Direct

415.875.6600 Main Office Number

415.875.6700 FAX

jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

INSERT NEW EMAIL

From: Sheasby, Jason <JSheasby@irell.com>

Sent: Thursday, June 30, 2022 5:16 PM

To: Jonathan Tse <jonathantse@quinnemanuel.com>

Cc: Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>

Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from jsheasby@irell.com<mailto:jsheasby@irell.com>]

_____

In addition, if Google choses not to participate this is the version we will file.

Thanks

JS

From: Jason Sheasby <JSheasby@irell.com>

Date: Thursday, June 30, 2022 at 4:58 PM

To: Jonathan Tse <jonathantse@quinnemanuel.com>

Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>

Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel:

We intend to file this brief at 8AM PT tomorrow morning.

Best
JS

From: Jason Sheasby <JSheasby@irell.com>
Date: Thursday, June 30, 2022 at 4:28 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel:

The brief was due two days ago.

If you want to propose a schedule for reviewing the brief and filing it today or tomorrow, please proposed

We think what is likely to happen, however, is that you will simply hold on to the brief and send it to us at the last possible moment on Tuesday. This is consistent with your past behavior in the case.

Please let us know how you want to proceed.

From: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>
Date: Thursday, June 30, 2022 at 4:23 PM
To: Jason Sheasby <JSheasby@irell.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>, "#Netlist-Google
[Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
As we stated during the June 27th meet and confer and in my June 29th, 3:12 PM PT email, the deadline to submit the letter brief is five calendar days after the meet and confer, which is Tuesday, July 5th, taking into account the weekend and holiday. That five-day deadline is explicit in Magistrate Judge Spero's discovery procedures. Dkt. 118. At this point, given Netlist's repeated refusal to provide us with an updated draft, filing today appears unrealistic. We are willing to work with Netlist to file tomorrow but as things currently stand, we do not know the degree to which Netlist is revising its portion of the letter brief or the amount of time it will take us to respond to new arguments.
Best,
Jon
Jonathan Tse Associate,
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason <JSheasby@irell.com>
Sent: Thursday, June 30, 2022 4:18 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com>
Cc: Jared Newton <jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QENetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel:

Can you please answer the questions we have asked?

Thanks
JS

From: Jason Sheasby
<JSheasby@irell.com>
Date: Thursday, June 30, 2022 at 2:04 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Jonathan:

You told us the brief was not due until tomorrow. Given your past behavior, we can only conclude that the purpose of your silence is to delay filing the brief until tomorrow.

We think the brief was due yesterday.

Can you answer the question of when you think the brief is due and when you can get a draft back to us.

Thanks
JS


On Jun 30, 2022, at 2:02 PM, Jonathan Tse

<jonathantse@quinnemanuel.com> wrote:

Counsel,

Please see our email below. Further back-and-forth is not helpful until we receive Netlist's updated draft. You are now 2 hours past your own deadline to provide us an updated draft so any delay in filing is entirely of Netlist's own making.

Best,

Jon
Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com> Sent: Thursday, June 30, 2022 1:17 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>;
#Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____
Please propose a schedule for getting this on file in a timely fashion today.

Thanks
JS


From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Thursday, June 30, 2022 at 1:15 PM

To: Jason Sheasby
<JSheasby@irell.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com<>,
"#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
We have already explained that we cannot agree to a schedule given Netlist's refusal to provide us with an updated draft. We also do not know when Netlist plans to send an updated draft, and Netlist has now gone past its own noon PT deadline. After we receive and review Netlist's updated draft, we will try to provide an estimate for when Netlist can expect our response as a courtesy.
Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com> Sent: Thursday, June 30, 2022 12:04 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>;
#Netlist-Google [Int] <Netlist-Google@irell.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____
Please propose a schedule for getting this on file in a timely fashion today.

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Thursday, June 30, 2022 at 11:55 AM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>, "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
Because Netlist has refused to tell us what changes it is making to the draft, we can not predict how long it will take us to respond. As noted below, we will review your edits when you provide them and endeavor to respond as soon as practicable within Magistrate Judge Spero's procedures.
Best,
Jon
Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com>
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Thursday, June 30, 2022 11:10 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>;
#Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____
Counsel.

Please propose a schedule of exchange that allows this be be filed promptly.

Best
JS

On Jun 30, 2022, at 11:07 AM, Jonathan Tse
<jonathantse@quinnemanuel.com> wrote:

Counsel,
We do not agree to the schedule you propose, as it is prejudicial to us when you have already violated Judge Spero's procedures by providing a draft that is longer than you are permitted to file, necessitating additional time and effort on our part analyzing and responding to it. As we have always done, we will review your edits and endeavor to respond to you as soon as practicable within Magistrate Judge Spero's procedures given that you have refused to provide us with a draft that could even be submitted to the Court.
Best,
Jon
Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Wednesday, June 29, 2022 8:14 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: Jared Newton
<jarednewton@quinnemanuel.com>; #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>

Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel.

Your are unnecessarily delaying this process.

Please confirm agreement with the following schedule for tomorrow.

Netlist provides revised version within page limits at noon PT.

Google provided revisions at 2 PM.

Netlist provides revisions at 4 PM.

The brief is filed at 5 PM.

Best
JS

On Jun 29, 2022, at 3:12 PM, Jonathan Tse
<jonathantse@quinnemanuel.com> wrote:

Counsel,
Our insert for the joint letter is attached. We disagree with your suggestion that our insert was due yesterday.
Magistrate Judge Spero's procedures state that the joint letter is due five days from the parties' June 27th meet and
confer, which is Tuesday, July 5th, accounting for the weekend and holidays. Dkt. 118. We are providing our insert well
in advance of that deadline.
Please send back any revisions Netlist is making to its section of the letter so that we can revise our insert as appropriate
and propose any redactions to Netlist's section as needed. Netlist does not have our permission to file jointly until (1) we
have had an opportunity to review your revisions, and (2) Netlist has complied with the page limit requirement.
Best,
Jon
Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX jonathantse@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is
privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering
it to the intended recipient, you are hereby notified that you have received this document in error and that any review,

dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Wednesday, June 29, 2022 2:11 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>; Jared Newton
<jarednewton@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

All:

Your insert was due yesterday. If Google refuses to participate in this process in good faith, we will need to address this with the Judge. Please provide your section.

Thanks
JS

From: Jason Sheasby
<JSheasby@irell.com>
Date: Wednesday, June 29, 2022 at 10:12 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>, Jared Newton
<jarednewton@quinnemanuel.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel:

I am sure once we combine the briefs we will be able to cut them down to fit within the page limits.

Your inserts to the brief were due yesterday. You are not in compliance with the Court's procedures. We urge you to take this process seriously.

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Wednesday, June 29, 2022 at 10:09 AM
To: Jason Sheasby
<JSheasby@irell.com>, Jared Newton
<jarednewton@quinnemanuel.com>

Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com<mailto:Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

We are preparing our section of the letter brief and are aiming to provide it to you today. Because the portion Netlist sent us contains more than 2.5 pages or argument – as well as numerous typographical errors and misstatements – it has prejudiced our ability to respond. We ask again that if you have an updated version, you provide it to us to streamline this process.
Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Wednesday, June 29, 2022 9:53 AM To: Jared Newton
<jarednewton@quinnemanuel.com>;
Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel:

Can you let us know whether you intend to include an insert or whether we should apprise the Court that Google is declining to participate in the process? This is a matter of common courtesy.

Thanks
JS

From: Jason Sheasby
<JSheasby@irell.com>
Date: Wednesday, June 29, 2022 at 5:18 AM
To: Jared Newton
<jarednewton@quinnemanuel.com>, Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel:

We did not receive a draft of any insert from Google. Can you let us know whether this was an oversight or whether you will not be providing an insert? We intend to file our letter today.

Thanks
JS

From: Jared Newton
<jarednewton@quinnemanuel.com>
Date: Tuesday, June 28, 2022 at 2:56 PM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
We are trying to work cooperatively with Netlist to prepare the joint letter according to Magistrate Judge Spero's procedures. To that end, we are entitled to know which issues Netlist intends to raise. Furthermore, we should not have to address more than 2.5 pages of arguments from Netlist when the procedures limit the parties to 5 pages total. If Netlist is refusing to provide Google with an updated draft, we will assume you do not intend to substantively modify the draft you sent on June 22nd. If Netlist raises new arguments at a later time, we reserve the right to address them and seek relief from the Court as appropriate.
Best,
Jared

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Monday, June 27, 2022 8:17 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com>]

_____

Counsel:

The best way to move this forward is to provide us with your edits so we can continue to cut/narrow. Plase do so.

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Monday, June 27, 2022 at 3:59 PM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
Please confirm whether the discovery letter Netlist sent on June 22nd is the operative version that Netlist intends to submit to Magistrate Judge Spero. If Netlist has updates to the letter, please provide them so we may address the correct version in our response.
We also note that Netlist's portion of the letter brief exceeds 2.5 pages. Unless Netlist is planning to ask Magistrate Judge Spero for additional pages, please reduce your portion to 2.5 pages so the parties will have equal space.
Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Friday, June 24, 2022 5:30 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>

Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>;
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel:

Google refused our repeated requests to meet and confer on its document production. Your behavior exhibited a total lack of good faith.

Your current behavior is an improper attempt to delay the resolution of this important issue.

We intend file our letter on the timeline specified by the Courts rules. We hope you will participate, and if you would like an extra day of flexibility we are happy to provide it for final drafting steps. But it the dispute is fully clarified, is highly relevant to the motion to stay, and once the meet and confer is completed it will be ready for resolution by Judge Spero.

Thanks
JS


On Jun 24, 2022, at 5:23 PM, Jonathan Tse
<jonathantse@quinnemanuel.com> wrote:

Counsel,
Google did not ignore your requests for a meet and confer. We asked you to identify specific discovery issues, which you did not do until serving your letter. Now that we know what those issues are, we are attempting to meet and confer and resolve them in good faith without involving the court.
Regarding the timing of the letter, Magistrate Judge Spero's discovery procedures specify that a letter may be filed five calendar days after the meet and confer has occurred. Dkt. 118. Attempting to file a letter before that deadline without Google's consent would be improper.
Thank you for confirming you are available to meet and confer Monday at 9:00 am PT. We are fine with a court reporter but believe Netlist should provide it since Netlist raised this dispute.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX

jonathantse@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Thursday, June 23, 2022 8:23 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel:

You repeatedly ignored our good faith requests for a meet and confer. It was only after we sent you a draft our letter brief that you even agreed to meet and confer with us. This is part of a repeated pattern of improper behavior

We are always happy to meet and confer to avoid disputes, but please understand that we do intend to file the letter brief on the timeline set out the Court's rules. We can meet at 9AM PT. Please send an invite.
In addition, we assume you will make arrangements for the Court reporter. Please let us know if you will not do this.

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Thursday, June 23, 2022 at 5:31 PM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,
It is against Judge Spero's procedures to file a joint discovery letter without first having a meet and confer. We are available to do so on Monday, 6/27, between 9 and 11 am PT. Please confirm whether Netlist will agree to speak with us at that time.
Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Thursday, June 23, 2022 1:02 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Jonathan:

We are always happy to continue to meet and confer in order to resolve disputes without involving the Court. We do not, however, agree with what you have written below. We do intend to file the letter brief with the Court according to the timeline applicable to this case.

Thank you

JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Thursday, June 23, 2022 at 12:05 PM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

As we noted, your questions regarding the Motion to Stay were not cabined as discovery requests at all. Now you have served a discovery letter that raises specific discovery requests not mentioned in your emails. That is not in good faith and violates the very discovery procedures from Magistrate Judge Spero you reference. Now that you have actually identified what you contend to be a discovery issue, we will evaluate and respond in due course. In the interim, please confirm you will withdraw your improper and premature discovery letter. Google reserves all rights for Netlist's continued violations of the Court's procedures and rules.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Wednesday, June 22, 2022 10:53 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

Counsel:

We disagree. You are well aware of the procedures for resolving disputes in this matter. You failed to comply. Attached is the draft of the letter we intend to file with the Court. Please let us know whether you will be including a response.

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Wednesday, June 22, 2022 at 9:18 AM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

The questions in your emails were asked in the context of our motion to stay and we responded in that context. You did not mention discovery in asking your questions, much less identify any pending discovery at issue. Your current email does not mention any specific discovery either. Thus, it is unclear what discovery dispute you could even be referring to and any action taken before Magistrate Spero as you appear to threaten would be inappropriate and a violation of the very rules you cite. If and when you raise any specific discovery as to which you have a concern, we will respond in due course.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

_____

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering

it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com>
Sent: Tuesday, June 21, 2022 11:34 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com<mailto:jsheasby@irell.com>

_____
Judge Seeborg has assigned Judge Spero as a magistrate in this matter. As a result there are specific procedures for dealing with discovery disputes. We understand you are declining to participate. And will proceed accordingly.

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Tuesday, June 21, 2022 at 11:31 AM
To: Jason Sheasby
<JSheasby@irell.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292


Counsel,
We do not understand your email. We've already responded to the issues you've raised, and you seem to have ignored those responses. Furthermore, the issues are subject to the parties' briefing on Google's motion to stay and will be discussed at the July 14th hearing to the extent the Court deems them relevant. We do not see a basis for a lead-counsel meet-and-confer and it is unclear which of Judge Seeborg's procedures you are referring to.
Best,
Jon
Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com<mailto:JSheasby@irell.com>
Sent: Friday, June 17, 2022 2:53 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292


[EXTERNAL EMAIL from
jsheasby@irell.com<mailto:jsheasby@irell.com>

_____
All:


I wanted to remind Google that it is obligated to meet and confer with us. Please select a date.

JS

From: Jason Sheasby
<JSheasby@irell.com>
Date: Thursday, June 16, 2022 at 6:06 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
, QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Jonathan:

We request a lead to lead meet and confer on the subject of this exchange pursuant to Judge Seeborg's procedures.

Thanks
JS

From: Jason Sheasby
<JSheasby@irell.com>
Date: Saturday, June 11, 2022 at 9:52 AM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: "#Netlist-Google [Int]" <Netlist-Google@irell.com>
QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>

Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

Jonathan:

Thank you for your email. It does not answer any of the questions we have asked. I will repeat the questions below, which you have oddly omitted from the email chain:

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████
███████████████████████████████

██████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

Have you requested that Samsung, ██████████████████████ agree to appear in the case before Judge Seeborg? Have they declined?

Is Google agreeing to be bound by the infringement and validity determinations made as to Samsung regarding the '912 patent?

Netlist has moved to dismiss Samsung's DJ as to the '912 patent. Is Google conceding there should be no stay if that DJ is dismissed?

Is Google prepared to agree to a transfer of the instant case to Delaware so that one judge can decide all these issues?

Is Samsung willing to be bound by Judge Seeborg's ruling on intervening rights?

As to your questions to us, I will excerpt and then answer:

"Your email ███████████████████████████████████████████████████████████████████
████████████████████. Our interrogatory responses—which Netlist has had for months—clearly state that ██████
███████████████████████████████████████████████. It appears that Netlist is simply ignoring those responses, as it has never come forward with evidence or an explanation to support its assertion that ██████████████████████████████████████████. What is your basis for alleging that ██████████████████████ Samsung ██████████ for the accused products?"

The accused products as to claim 16 are DDR4 DIMMs. Google is obviously taking a narrow and serving view of Netlist's infringement contentions in order to exclude the products that it builds either directly or through vendors. This is the purpose of Google's repeated use of the term "accused." Once again, please answer the question, which did not use the term "accused" in order to prevent Google from continuing to play word games:

████████████████████████████████████████████████████████████████████████
███████████████████████████. These DDR4 DIMMs infringe claim 16. Where are these manufactured and who imports them? ███████████████████████████████████████████████

Thanks
JS

From: Jonathan Tse
<jonathantse@quinnemanuel.com>
Date: Friday, June 10, 2022 at 10:30 PM
To: Jason Sheasby
<JSheasby@irell.com>
< QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: RE: Netlist v. Google - Courtesy Copies of Dkt. 292

Counsel,

Thank you for your email. Several of the questions you raise appear unrelated to the issues central to our motion, but we've provided the following responses in an effort to address your concerns and hopefully lead to agreement that this case should be stayed.

Your email asks for agreements with suppliers, but Google has already produced them. In particular, we produced ███████████████████████████████████████████████ It is unclear to us why your email refers to ██████ ██████████, neither of whom manufacture the accused memory modules.

Your email █████████████████████████████████████████████████████████ ███████████████████. Our interrogatory responses—which Netlist has had for months—clearly state that ██████ ██████████████████████████████████████████████████████. It appears that Netlist is simply ignoring those responses, as it has never come forward with evidence or an explanation to support its assertion that ██████████████████████████████████████████ What is your basis for alleging that ████████████████████ ████████ from Samsung ██████████ for the accused products?

Your email suggests that Samsung ██████████ should join this case, or that the case should be transferred to Delaware and consolidated with the Samsung litigation. Those questions are orthogonal to the customer suit doctrine, which promotes judicial economy and reduces the burden on a customer like Google by staying its case. Those benefits would be lost if Google were forced to litigate the same issues in a different setting, especially given the fact that Netlist has no independent basis for liability—and cannot recover double damages—against Google.

Your email asks whether Google concedes there should be no stay if Samsung's declaratory judgment action is dismissed. The answer is no because Samsung is also seeking an appeal of the licensing dispute with Netlist and an IPR against claim 16 of the '912 Patent, either of which has the potential to simplify—if not dispose entirely of—this case.

Your email asks if Samsung is willing to be bound by Judge Seeborg's ruling on intervening rights. That is a question for Samsung.

Your follow-up email asks for our positions on claim construction. Claim construction issues will almost certainly be addressed in the Samsung action, and thus it would be wasteful—and lead to potentially conflicting rulings—to engage in that process here in parallel.

Best,

Jon

Jonathan Tse
Associate,

Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com>
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Sheasby, Jason
<JSheasby@irell.com<mailto:JSheasby@irell.com>
Sent: Monday, June 6, 2022 8:49 PM
To: Jonathan Tse
<jonathantse@quinnemanuel.com>
Cc: #Netlist-Google [Int] <Netlist-Google@irell.com>; QE-NetlistvGoogle <qe-netlistvgoogle@quinnemanuel.com>
Subject: Re: Netlist v. Google - Courtesy Copies of Dkt. 292

[EXTERNAL EMAIL from
jsheasby@irell.com]

_____

All.

Can you let us know what claim terms you believe need to be construed in the 912 patent. We want to understand if a separate claim construction is necessary.
Best JS

On Jun 3, 2022, at 6:22 PM, Jonathan Tse
<jonathantse@quinnemanuel.com>
wrote:

Counsel,

Please find attached courtesy copies of the as-filed, sealed versions of Google's motion to stay, filed today as Dkt. 292. Thank you.

Best,

Jon

Jonathan Tse
Associate,

Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com>
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.