**IRELL & MANELLA LLP**
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:09-cv-05718-RS<br><br>**NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBIT A ATTACHED TO NETLIST'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO STAY (DKT. 292)** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
3:09-cv-05718-RS

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Netlist, Inc. ("Netlist") hereby brings this Administrative Motion to File Under Seal Certain Portions of Exhibit A attached to Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay (Dkt. 292) ("Proposed Sur-Reply").  Specifically, Netlist requests that this Court seal the portions of Netlist's Proposed Sur-Reply highlighted in yellow at 3:17-18.

Civil Local Rule 79-5(c) requires that an administrative motion to file under seal include an explanation of: "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Where, as here, a party seeks to seal information in connection with a non-dispositive motion, courts apply a "good cause" standard to determine whether sealing is warranted. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (holding that a moving party only needs to show "good cause" as opposed to "compelling reasons" to seal where the underlying motion is non-dispositive.).

The above-identified portions of Netlist's Proposed Sur-Reply contain sensitive, highly confidential, non-public information derived from Netlist's license agreements with third parties. Netlist has designated the license agreements as "Highly Confidential – Attorneys' Eyes Only" under the terms of the Court's Protective Order (Dkt. 47).  Netlist has third party confidentiality obligations under the terms of both agreements.  Moreover, Netlist has kept the information confidential in the normal course of business and public disclosure of such information would cause competitive harm to Netlist.  This Court has previously granted Netlist's request to file under seal information related to Netlist's license agreements with third parties. *See, e.g.*, Dkt. 266; Dkt. 271.

Netlist's requests are narrowly tailored to protect only such confidential, non-public information, and thus a less restrictive alternative to sealing said portions of the Proposed Sur-Reply would not be sufficient.

For the foregoing reasons, Netlist respectfully requests that the unredacted version of Netlist's Proposed Sur-Reply remain under seal.

Dated: July 11, 2022,                    Respectfully submitted,

                                          IRELL & MANELLA LLP

                                          By: */s/  Jason G. Sheasby*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
3:09-cv-05718-RS

|   |   |
|---|---|
| 1 |   |
| 2 | Jason G. Sheasby |
|   | jsheasby@irell.com |
| 3 | Andrew J. Strabone |
|   | astrabone@irell.com |
| 4 | Yanan Zhao (CA SBN 337864) |
|   | yzhao@irell.com |
| 5 | Michael W. Tezyan (CA SBN 334915) |
|   | mtezyan@irell.com |
| 6 | IRELL & MANELLA LLP |
| 7 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067 |
| 8 | Telephone: (310) 277-1010 |
|   | Facsimile: (310) 203-7199 |
| 9 |   |
| 10 | *Attorneys for Plaintiff Netlist, Inc.* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
3:09-cv-05718-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance. I further certify that on July 11, 2022, the unredacted version of the foregoing was served on counsel of record who have made a formal appearance.

By: */s/     Yanan Zhao*
        Yanan Zhao

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

NETLIST, INC.'S ADMIN. MOTION
TO FILE UNDER SEAL
3:09-cv-05718-RS