IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBIT A ATTACHED TO NETLIST'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ZHAO DECL. ISO NETLIST'S ADMIN.
MOTION TO FILE UNDER SEAL
3:09-cv-05718-RS

# DECLARATION OF YANAN ZHAO

I, Yanan Zhao, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

2. Pursuant to Civil Local Rule 79-5, I submit this Declaration in support of Netlist's Administrative Motion to File Under Seal Certain Portions of Exhibit A Attached to Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay (Dkt. 292) ("Proposed Sur-Reply").

3. Netlist respectfully requests that this Court seal the portions of Netlist's Proposed Sur-Reply highlighted in yellow at 3:17-18, which contain, reflect, or summarize information Netlist has previously designated as confidential according to the Stipulated Protective Order (Dkt. 47).

4. The above-identified portions of Netlist's Proposed Sur-Reply contain information that Netlist has designated as "Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order (Dkt. 47) ¶ 26. Specifically, these portions reflect, summarize, or reproduce confidential information regarding licensing agreements between Netlist and third parties. These portions of Netlist's Proposed Sur-Reply contain sensitive, highly confidential, non-public information regarding Netlist's licensees, license terms, licensing activity, and/or third-party confidential information that Netlist is obligated to protect under the licensing agreements. Moreover, I understand that Netlist considers these agreements confidential in the normal course of business and that public disclosure of such information would cause competitive harm to Netlist.

5. Netlist will file a separate motion asking the Court to consider whether to authorize Netlist to file under seal portions of Netlist's Administrative Motion for Leave to File Sur-Reply, Proposed Sur-Reply, and Exhibit 3 attached thereto highlighted in Blue, which contain, reflect, or summarize information Defendant Google LLC has designated as confidential under the stipulated protective order (Dkt. 47).

6. I declare under penalty of perjury that the foregoing is true and correct.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

ZHAO DECL. ISO NETLIST'S ADMIN.
MOTION TO FILE UNDER SEAL
3:09-cv-05718-RS

Executed on July 11, 2022, at Los Angeles, California.

By: */s/ Yanan Zhao*

Jason G. Sheasby
jsheasby@irell.com
Andrew J. Strabone
astrabone@irell.com
Yanan Zhao
yzhao@irell.com
Michael W. Tezyan
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

ZHAO DECL. ISO NETLIST'S ADMIN.
MOTION TO FILE UNDER SEAL
3:09-cv-05718-RS