Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **NETLIST INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Netlist, Inc. ("Netlist") hereby brings this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendant Google LLC's ("Google") Motion to Stay and Exhibits A and 3 attached thereto, which contain, reflect, or summarize information designated by Google as confidential under the terms of the Stipulated Protective Order (Dkt. 47).

For documents designated as confidential by another party or non-party (the "Designating Party"), Civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3).

Netlist identifies the following as containing, reflecting, or summarizing information designated as confidential by Google for which sealing is sought:

- Portions of Netlist's Administrative Motion for Leave to File Sur-Reply highlighted in Blue at 1:11-12.

- Portions of Exhibit A (Netlist's Proposed Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay) highlighted in Blue at: ii; 1:6-7; 1:10; 1:12; 1:13-24; 1:26; 1:28; 2:1-24; 3:3-6; 3:9-10; 3:19; 3:26-28; 4:14-15; 4:17-18; 5:19-20; 5:22-23; 5:25-28; 6:2-7; 6:15-16.

- Exhibit 3: a document Google produced during this Action with the starting production number GNLP-00021608, designated "Confidential – Attorneys' Eyes Only."

Netlist respectfully requests that the above-identified portions of Netlist's Administrative Motion for Leave to File Sur-Reply and Exhibits A and 3 attached thereto provisionally remain under seal. Pursuant to Civil Local Rule 79-5(f), Google bears the responsibility to establish that the above-referenced documents are sealable.

Dated: July 11, 2022

Respectfully submitted,

IRELL & MANELLA LLP
By: */s/  Jason G. Sheasby*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS

Jason G. Sheasby
jsheasby@irell.com
Andrew J. Strabone
astrabone@irell.com
Yanan Zhao
yzhao@irell.com
Michael W. Tezyan
mtezyan@irell.com

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance.  I further certify that on July 11, 2022, the unredacted version of the foregoing were served on counsel of record who have made a formal appearance.

By: */s/    Yanan Zhao*
         Yanan Zhao

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

NETLIST'S ADMIN. MOTION TO CONSIDER
GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS