Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ZHAO DECL. ISO NETLIST'S ADMIN. MOTION TO
CONSIDER GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS

# DECLARATION OF YANAN ZHAO

I, Yanan Zhao, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

2. Pursuant to Civil Local Rule 79-5, I submit this Declaration in support of Netlist's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendant Google LLC's ("Google") Motion to Stay and Exhibits A and 3 attached thereto.

3. Netlist respectfully requests that the Court seal: (1) portions of Netlist's Administrative Motion for Leave to File Sur-Reply highlighted in Blue at 1:11-12; (2) portions of Exhibit A (Netlist's Proposed Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay) highlighted in Blue at: ii; 1:6-7; 1:10; 1:12; 1:13-24; 1:26; 1:28; 2:1-24; 3:3-6; 3:9-10; 3:19; 3:26-28; 4:14-15; 4:17-18; 5:19-20; 5:22-23; 5:25-28; 6:2-7; 6:15-16; and (3) Exhibit 3 attached thereto. These portions sought to be sealed contain, reflect, or summarize information Defendant Google LLC ("Google") has previously designated as confidential according to the Stipulated Protective Order (Dkt. 47).

4. I understand that as the designating party, Google will file a declaration establishing that the materials Google designates as confidential are sealable.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022, at Los Angeles, California.

By: */s/ Yanan Zhao*

Jason G. Sheasby
jsheasby@irell.com
Andrew J. Strabone
astrabone@irell.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

ZHAO DECL. ISO NETLIST'S ADMIN. MOTION TO
CONSIDER GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yanan Zhao
yzhao@irell.com
Michael W. Tezyan
mtezyan@irell.com

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

ZHAO DECL. ISO NETLIST'S ADMIN. MOTION TO
CONSIDER GOOGLE'S SEALABLE MATERIAL
3:09-cv-05718-RS