**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **[PROPOSED] ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS

1  Before the Court is Plaintiff Netlist Inc.'s Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed in connection with Netlist's Administrative Motion for
3  Leave to File Sur-Reply in Opposition to Defendant Google LLC's ("Google") Motion to Stay and
4  Exhibits A and 3 attached thereto.

5  Having considered the Administrative Motion, supporting declaration, and other papers on
6  file, and having found the request to seal narrowly tailored to protect confidential and proprietary
7  information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Portions of Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Google's Motion to Stay (Dkt. 292) | Google | GRANTED as to portions highlighted in Blue at 1:11-12 |
| Portions of Exhibit A: Netlist's Proposed Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay (Dkt. 292) | Google | GRANTED as to portions highlighted in Blue at: ii; 1:6-7; 1:10; 1:12; 1:13-24; 1:26; 1:28; 2:1-24; 3:3-6; 3:9-10; 3:19; 3:26-28; 4:14-15; 4:17-18; 5:19-20; 5:22-23; 5:25-28; 6:2-7; 6:15-16 |
| Exhibit 3: a document Google produced with the starting production number GNLP-00021608 | Google | GRANTED as to its entirety. |

**SO ORDERED.**

Dated: _____, 2022            _____
                                    Honorable Richard Seeborg
                                    Chief United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS