1  IRELL & MANELLA LLP
   Jason G. Sheasby (CA SBN 205455)
2  jsheasby@irell.com
   Andrew J. Strabone (CA SBN 301659)
3  astrabone@irell.com
   Yanan Zhao (CA SBN 337864)
4  yzhao@irell.com
   Michael W. Tezyan (CA SBN 334915)
5  mtezyan@irell.com
   1800 Avenue of the Stars, Suite 900
6  Los Angeles, California 90067
7  Telephone: (310) 277-1010
   Facsimile:  (310) 203-7199
8
9  *Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **NETLIST, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO STAY (DKT. 292)** <br><br> (Filed Under Seal) <br><br> Hearing Date: July 14, 2022 <br> Time: 1:30 PM |

Pursuant to Civil Local Rules 7-11(a) and 7-3(d) Netlist hereby moves for leave to file a short Sur-reply in Opposition to Defendant Google LLC's ("Google") Motion to Stay (Dkt. 292). The proposed Sur-reply is attached as Exhibit A.

**ARGUMENT**

The Court may grant a party's request to file a sur-reply upon a showing of "good cause." *Telecom Asset Mgmt., LLC v. Fiberlight, LLC*, No. 14-cv-728-SI, 2017 WL 818853, at *1, n.4 (N.D. Cal. Mar. 2, 2017). Good cause exists here because Google's Reply in Support of its Motion to Stay (1) makes materially incorrect statements about the sources of the DDR4 DIMMs it uses that contradict its own discovery responses; (2) makes materially incorrect statements regarding Netlist's product supply capabilities; (3) cites to new Federal Circuit case law that it could have presented in its opening brief, and which confirms why a stay is improper; (4) ███████████████████████████████████████████████████████████████, which if true, requires Samsung to appear in this case under the clear holding of *Microsoft Corp. v. DataTern, Inc.*, 755 F.3d 899 (Fed. Cir. 2014). For these reasons, Netlist respectfully requests that the Court grant Netlist leave to file its Sur-reply in Opposition to Google's Motion to Stay (Dkt. 292).

Dated: July 11, 2022

Respectfully submitted,

IRELL & MANELLA LLP
By: */s/ Jason G. Sheasby*

Jason G. Sheasby
jsheasby@irell.com
Andrew J. Strabone
astrabone@irell.com
Yanan Zhao
yzhao@irell.com
Michael W. Tezyan
mtezyan@irell.com

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record who have made a formal appearance. I further certify that on July 11, 2022, the unredacted version of the foregoing was served on counsel of record who have made a formal appearance.

By: */s/   Yanan Zhao*
Yanan Zhao