Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:09-cv-05718-RS<br><br>**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO STAY (DKT. 292)**<br><br>Hearing Date: July 14, 2022<br>Time:　1:30 PM |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations


## DECLARATION OF JASON G. SHEASBY

I, Jason G. Sheasby, declare as follows:

I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this Declaration in support of Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Google LLC's ("Google") Motion to Stay (Dkt. 292). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify to its contents.

1. Attached as Exhibit A is a true and correct copy of Netlist's proposed Sur-Reply in Opposition to Google LLC's Motion to Stay (Dkt. 292).

2. Attached as Exhibit 1 is a true and correct copy of Netlist's DDR4 DIMMs Product Brief.

3. Attached as Exhibit 2 is a true and correct copy of a Netlist's press release titled "Netlist Unveils HybriDIMM™ Storage Class Memory Product with Key Industry Partners," dated August 9, 2016.

4. Attached as Exhibit 3 is a true and correct copy of the document produced by Google in this Action with the starting production number GNLP-00021608. Google has filed an excerpted copy of this document as Exhibit 7 attached to Google's Reply In Support of Its Motion to Stay. Dkt. 308-5.

Executed on July 11, 2022, at Los Angeles, California.

By: */s/ Jason G. Sheasby*
Jason G. Sheasby
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorney for Plaintiff Netlist, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

Sheasby Declaration ISO Netlist's Admin Motion
For Leave to File Sur-Reply
3:09-cv-05718-RS