UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 3:09-cv-05718-RS<br><br>**[PROPOSED] ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO STAY (DKT. 292)** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS

1  Before the Court is Plaintiff Netlist Inc.'s Administrative Motion for Leave to File Sur-Reply
2  in Opposition to Google LLC's Motion to Stay (Dkt. 292).
3  Having considered the Administrative Motion and other papers on file, and having found
4  that good causes exists for Netlist to file its sur-reply, the Court **ORDERS**:
5  1. Plaintiff's Administrative Motion for Leave to File Sur-Reply in Opposition to
6  Google LLC's Motion to Stay (Dkt. 292) is **GRANTED**.
7  2. The Sur-Reply attached as Exhibit A is deemed **FILED**.

**SO ORDERED.**

Dated: _____, 2022          _____
                                  Honorable Richard Seeborg
                                  Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS