# Exhibit 1

# NETLIST DDR4 DIMMs

## Product Brief



## Overview

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade. Netlist's rigorous testing process is specifically designed to ensure these modules will operate reliably in harsh, long-life computing environments and densely configured computing applications with limited airflow.

Available in registered and unbuffered with ECC or non-ECC configurations, include standard Low Profile height, Very Low Profile and Mini DIMMs. OEMs can choose Netlist industry-standard and custom modules with confidence knowing Netlist designs, manufactures, and rigorously tests each unit.

## Benefits

- Long term supply
- Locked BOM support
- High quality
- 100% system level testing
- Technical support

## Applications

- IOT computing / storage servers
- Network servers and equipment
- Industrial systems
- Ruggedized industrial servers
- Medical Equipment
- Embedded systems
- Automotive Applications

## Features

- JEDEC Standard 1.2V+/-0.06V Power Supply
- VDDQ = 1.2V+/-0.06V
- VPP = 2.5V (2.375V to 2.75V)
- VDDSPD = 2.5V +/-10%
- Operating Temperature
  - $T_{CASE}$ = -40°C to +95°C for Industrial Grade
  - $T_{CASE}$ =  0°C to +85°C for Commercial Grade
- Various JEDEC Standard Form Factors
  - RDIMM
  - ECC UDIMM
  - Non-ECC UDIMM
  - ECC SODIMM
  - Non-ECC SODIMM
  - SO-RDIMM
  - VLP RDIMM
  - VLP ECC-UDIMM
  - VLP Non-ECC UDIMM
  - VLP SO_RDIMM
  - Mini RDIMM
  - Mini ECC UDIMM
  - Mini Non-ECC UDIMM
  - Mini VLP RDIMM
  - Mini VLP ECC-UDIMM
  - Mini VLP UDIMM
- Data Transfer Rates
  - Up to PC4-3200
- 8-bit pre-fetch
- Bi-Directional Differential Data Strobe
- On Die Termination using ODT pin
- Temperature sensor with integrated SPD
- Burst Length (BL) switch on-the-fly BL8 or BC4 (Burst Chop)
- Temperature sensor with integrated
- RoHS compliant (Lead-free)
- Conformal Coating and BGA underfill are available upon request

 

Netlist, Inc.
**www.netlist.com**
175 Technology S150, Irvine, CA 92618
Phone: +1 (949) 435-0025 | E-mail: **memory@netlist.com**
© 2020, Netlist, Inc. All Rights Reserved.

The Memory Storage Company™
Storage at Memory Speeds, Memory at Storage Capacities™

# NETLIST DDR4 INDUSTRIAL DIMMs

## Product Brief



## Product Line up

*(I) : Industrial Grade

| Form Factor | Density | Organization | Max Speed | Part Number |
|---|---|---|---|---|
| RDIMM | 64GB | 8Gx72 (2Rank) | 3200MT/s | NLX8G7T44G031D32wxyz(I) |
| | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7T42G071D32wxyz(I) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7T41G071D32wxyz(I) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7T41G071D32wxyz(I) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX517T451071D32wxyz(I) |
| ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLX4G7242G071D32A0yz(I) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLX2G7241G071D32A0yz(I) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLX1G7241G071D32A0yz(I) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLX5172451071D32A0yz(I) |
| Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLX4G6441G071D32A0yz(I) |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLX2G6441G071D32A0yz(I) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLX1G6441G071D32A0yz(I) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NLX5164451071D32A0yz(I) |
| ECC SOUDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7244G071D32A0yz(I) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7242G071D32A0yz(I) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7241G071D32A0yz(I) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY5172451071D32A0yz(I) |
| Non-ECC SOUDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NLY4G6442G071D32A0yz(I) |
| | 16GB | 2Gx64 (2Rank) | 3200MT/s | NLY2G6441G071D32A0yz(I) |
| | 8GB | 1Gx64 (1Rank) | 3200MT/s | NLY1G6441G071D32A0yz(I) |
| | 4GB | 512Mx64 (1Rank) | 3200MT/s | NLY5164451071D32A0yz(I) |
| SO-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NLY4G7T42G071D32wxyz(I) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NLY2G7T41G071D32wxyz(I) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NLY1G7T41G071D32wxyz(I) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NLY517T451071D32wxyz(I) |
| VLP RDIMM | 32GB | 4Gx72 (1Rank) | 3200MT/s | NVX4G7T44G031D32wxyz(I) |
| | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7T41G071D32wxyz(I) |
| | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7T41G071D32wxyz(I) |
| | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX517T451071D32wxyz(I) |

**For sales inquiries, please contact Netlist at memory@netlist.com or visit our website at Netlist.com. For Distribution sales, please visit us at www.digikey.com/en/supplier-centers/netlist-inc.

Netlist, Inc.
www.netlist.com
175 Technology S150, Irvine, CA 92618
Phone: +1 (949) 435-0025 | E-mail: memory@netlist.com
© 2020, Netlist, Inc. All Rights Reserved.

The Memory Storage Company™
Storage at Memory Speeds, Memory at Storage Capacities™

# NETLIST DDR4 DIMMs

## Product Brief

## Product Line up

*(I) : Industrial Grade

| Form Factor | Density | Organization | Max Speed | Part Number |
|---|---|---|---|---|
| VLP ECC UDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVX4G7242G071D32A0yz(I) |
| VLP ECC UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVX2G7241G071D32A0yz(I) |
| VLP ECC UDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVX1G7241G071D32A0yz(I) |
| VLP ECC UDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVX5172451071D32A0yz(I) |
| VLP Non-ECC UDIMM | 32GB | 4Gx64 (2Rank) | 3200MT/s | NVX4G6442G071D32A0yz(I) |
| VLP Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NVX2G6441G071D32A0yz(I) |
| VLP Non-ECC UDIMM | 8GB | 1Gx64 (1Rank) | 3200MT/s | NVX1G6441G071D32A0yz(I) |
| VLP Non-ECC UDIMM | 4GB | 512Mx64 (1Rank) | 3200MT/s | NVX5164451071D32A0yz(I) |
| VLP SO-RDIMM | 32GB | 4Gx72 (2Rank) | 3200MT/s | NVY4G7T42G071D32wxyz(I) |
| VLP SO-RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NVY2G7T41G071D32wxyz(I) |
| VLP SO-RDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NVY1G7T41G071D32wxyz(I) |
| VLP SO-RDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NVY517T451071D32wxyz(I) |
| Mini RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7T41G071D32wxyz(I) |
| Mini RDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7T41G071D32wxyz(I) |
| Mini RDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NMX517T451071D32wxyz(I) |
| Mini ECC-UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NMX2G7241G071D32A0yz(I) |
| Mini ECC-UDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NMX1G7241G071D32A0yz(I) |
| Mini ECC-UDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NMX5172451071D32A0yz(I) |
| Mini Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NMX2G6441G071D32A0yz(I) |
| Mini Non-ECC UDIMM | 8GB | 1Gx64 (1Rank) | 3200MT/s | NMX1G6441G071D32A0yz(I) |
| Mini Non-ECC UDIMM | 4GB | 512Mx64 (1Rank) | 3200MT/s | NMX5164451071D32A0yz(I) |
| Mini VLP RDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7T41G071D32wxyz(I) |
| Mini VLP RDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7T41G071D32wxyz(I) |
| Mini VLP RDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX517T451071D32wxyz(I) |
| Mini VLP ECC UDIMM | 16GB | 2Gx72 (2Rank) | 3200MT/s | NUX2G7241G071D32A0yz(I) |
| Mini VLP ECC UDIMM | 8GB | 1Gx72 (1Rank) | 3200MT/s | NUX1G7241G071D32A0yz(I) |
| Mini VLP ECC UDIMM | 4GB | 512Mx72 (1Rank) | 3200MT/s | NUX5172451071D32A0yz(I) |
| Mini VLP Non-ECC UDIMM | 16GB | 2Gx64 (2Rank) | 3200MT/s | NUX2G6441G071D32A0yz(I) |
| Mini VLP Non-ECC UDIMM | 8GB | 1Gx64 (1Rank) | 3200MT/s | NUX1G6441G071D32A0yz(I) |
| Mini VLP Non-ECC UDIMM | 4GB | 512Mx64 (1Rank) | 3200MT/s | NUX5164451071D32A0yz(I) |

**For sales inquiries, please contact Netlist at memory@netlist.com or visit our website at Netlist.com. For Distribution sales, please visit us at www.digikey.com/en/supplier-centers/netlist-inc.

Netlist, Inc.
www.netlist.com
175 Technology S150, Irvine, CA 92618
Phone: +1 (949) 435-0025 | E-mail: memory@netlist.com
© 2020, Netlist, Inc. All Rights Reserved.

The Memory Storage Company™
Storage at Memory Speeds, Memory at Storage Capacities™

# NETLIST DDR4 INDUSTRIAL DIMMs

## Product Brief



## Netlist Sales Representatives

**Electronic Manufacturers' Agents | www.emasales.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Alabama, Florida, Georgia, Maryland, Mississippi, N. Carolina, S. Carolina, Tennessee, W. Virginia | 4920 Atlanta Hwy Suite 210<br>Alpharetta, GA 30004 | Phone: +1 (770) 330-1123<br>Email: info@emasales.com |

**Gillaspy Associates | www.gillaspysales.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Colorado, Southern Idaho, Montana, Wyoming, Utah | 1229 Riverglen Way<br>Berthoud, CO 80513 | Phone: +1 (303) 358-3757<br>Email: marty@gillaspysales.com |

**Universal Technology | www.ut.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| New England | 47 Manning Road<br>Billerica, MA 01821 | Phone: +1 (781) 852-8500<br>Email: sales@ut.com |

**Challenge Sales | www.challengesales.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Northern California, Northern Nevada | 2400 Camino Ramon, Suite 101<br>San Ramon, CA 94583 | Phone: +1 (925) 277-3131<br>Email: sales@challengesales.com |

**TriStar Group | www.tristargroupinc.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Texas, Oklahoma, Louisiana, Arkansas, Mexico | 5220 Spring Valley Road, Suite 190<br>Dallas, Texas 75254 | Phone: +1 (972) 392-2848<br>Email: info@tsgrep.com |

**Up-market Inc. | www.up-market.ca**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Canada | 58 Walwyn Avenue<br>Toronto, Ontario Canada | Phone: +1 (416) 918-7895<br>Email: sales@up-market.ca |

**EMY-tech | www.emy-tech.com**

| Territories Covered | Address | Contact Information |
|---|---|---|
| Israel | 75 Hapashosh St.<br>Moshav Atzmon Gush Segev.<br>D.N Misgav 2017000 Israel | Phone: +972 4 9909 130<br>Email: yoram@emy-tech.com |

If you do not see your territory covered by a sales representative, simply email us at **memory@netlist.com**