# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>     Plaintiff, <br><br>  v. <br><br> GOOGLE LLC, <br><br>     Defendant. | Case No. 3:09-cv-05718-RS <br><br> **ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO STAY (DKT. 292)** |

1    Before the Court is Plaintiff Netlist Inc.'s Administrative Motion for Leave to File Sur-Reply in Opposition to Google LLC's Motion to Stay (Dkt. 292).

Having considered the Administrative Motion and other papers on file, and having found that good causes exists for Netlist to file its sur-reply, the Court **ORDERS**:

1. Plaintiff's Administrative Motion for Leave to File Sur-Reply in Opposition to Google LLC's Motion to Stay (Dkt. 292) is **GRANTED**.

2. The Sur-Reply attached as Exhibit A is deemed **FILED**.

**SO ORDERED.**

Dated: __July 13__, 2022        _____
                                 Honorable Richard Seeborg
                                 Chief United States District Judge