UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE, LLC,<br><br>          Defendant. | Case No. 09-cv-05718-RS   (JCS)<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT DISCOVERY LETTER AND VACATING HEARING**<br><br>Re: Dkt. No. 315 |

In light of the STAY of this action, the Joint Discovery Letter (ECF #315) is **DENIED** without prejudice to refiling the Joint Discovery Letter when the STAY is lifted. Before refiling the Joint Discovery Letter, however, the parties shall meet and confer again regarding the dispute in order to take into account (1) any developments that will have occurred between now and the renewed Joint Discovery Letter, and (2) Judge Seeborg's order denying Netlist leave to amend its infringement contentions (ECF #324).

The discovery hearing set for July 15, 2022, at 9:30 AM is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 13, 2022

JOSEPH C. SPERO
Chief Magistrate Judge