IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:09-cv-5718-RS<br><br>**ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF NETLIST'S OPPOSITION TO GOOGLE LLC'S MOTION TO STAY AND EXHIBIT 3 ATTACHED THERETO** |

Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal Certain Portions of Netlist's Opposition to Google LLC's Motion to Stay and Exhibit 3 Attached Thereto.

Having considered the Administrative Motion, supporting declaration, and other papers on file, and having found the request to seal narrowly tailored to protect highly confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Netlist's Opposition to Motion to Stay | Netlist | GRANTED as to portions redacted in blue at 5:26-28, 10:5-9, 10:14-25, 11:1-2, and 21:14-16. |
| Exhibit 3 to Netlist's Opposition to Motion to Stay | Netlist | GRANTED in its entirety. |

**SO ORDERED.**

Dated: __July 13__, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge