Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:09-cv-05718-RS<br><br>**ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is Plaintiff Netlist Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Netlist's Opposition to Google LLC's Motion to Stay and Exhibits 5, 6, 9, 10, 15 and 16 attached thereto.

Having considered the Administrative Motion, supporting declaration, and other papers on file, and having found the request to seal narrowly tailored to protect confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Portions of Netlist's Opposition to Google LLC's Motion to Stay | Google | GRANTED as to portions identified by Google in Dkt. 311 and redacted in Dkt. 311-1. |
| Ex. 5: Google's Third Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory No. 3 | Google | GRANTED as to ~~its entirety or~~ portions otherwise designated by Google as confidential. |
| Ex. 6: Google document bearing Bates No. GNLP-00019395 | Google | GRANTED as to its entirety. |
| Ex. 9: Communications between counsel between June 6, 2022, and June 11, 2022 | Google | GRANTED as to ~~its entirety or~~ portions otherwise designated by Google as confidential. |
| Ex. 10: Google's Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Interrogatory Nos. 1 and 2 | Google | GRANTED as to ~~its entirety or~~ portions otherwise designated by Google as confidential. |
| Ex. 15: Google document bearing Bates Nos. GNLP-00017682-683 | Google | GRANTED as to its entirety. |
| Ex. 16: Google document bearing Bates Nos. GNLP-00019520-529 | Google | GRANTED as to its entirety. |

**SO ORDERED.**

Dated: __July 13__, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge