1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 3:09-CV-05718-RS<br><br>**ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STAY**<br><br>Judge: Hon. Richard Seeborg |

# ORDER

Before the Court is Google's Administrative Motion to File Under Seal its Reply in Support of its Motion to Stay ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| **Document Sought to Be Sealed** | **Party Claiming Confidentiality** | **Court's Ruling on Motions to Seal** |
|---|---|---|
| Google's Reply in Support of its Motion to Stay | Google | GRANTED as to redacted portions at:<br><br>1:10-11, 1:18-19, 2:21-22, 2:27, 3:3, 3;8, 3:10-14, 3:20-21, 3:25-27, 4:5, 4:23-25, 5:3-6, 5:8, 5:10, 5:12-14, 5:17, 5:19-20, 5:24-26, 9:24, 10:1 |
| Exhibit 7 (GNLP-00021608) | Google | GRANTED as to redacted portions at:<br><br>Entirety |

**SO ORDERED.**

DATED: July 13, 2022

HON. RICHARD SEEBORG
United States District Judge