IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
Yanan Zhao (CA SBN 337864)
yzhao@irell.com
Michael W. Tezyan (CA SBN 334915)
mtezyan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-5718-RS <br><br> **ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBIT A ATTACHED TO NETLIST'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

1   Before the Court is Plaintiff Netlist, Inc.'s Administrative Motion to File Under Seal Certain
2   Portions of Exhibit A attached to Netlist's Administrative Motion for Leave to File Sur-Reply in
3   Opposition to Defendant Google LLC's Motion to Stay (Dkt. 292) ("Proposed Sur-Reply").
4   Having considered the Administrative Motion, supporting declaration, and other papers on
5   file, and having found the request to seal narrowly tailored to protect highly confidential and
6   proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
|---|---|---|
| Netlist's Proposed Sur-Reply | Netlist | GRANTED as to portions highlighted in yellow 3:17-18. |

**SO ORDERED.**

Dated: __July 13__, 2022

_____
Honorable Richard Seeborg
Chief United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations