1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (CA Bar No. 209502)   Catlin Williams (CA Bar No. 336464)
davidperlson@quinnemanuel.com          catwilliams@quinnemanuel.com
Jonathan Tse (CA Bar No. 305468)       555 Twin Dolphin Drive, 5th Floor
jonathantse@quinnemanuel.com           Redwood Shores, CA 94065
50 California Street, 22nd Floor        Telephone: (650) 801-5000
San Francisco, CA  94111               Facsimile: (650) 801-5100
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
Sandy Shen (admitted *pro hac vice*)
sandyshen@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 | NETLIST, INC.,

18 | Plaintiff,

19 | v.

20 | GOOGLE LLC,

21 | Defendant.

Case No. 3:09-CV-05718-RS

**DECLARATION OF JONATHAN TSE IN SUPPORT OF NETLIST INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 320)**

Judge:  Hon. Richard Seeborg

22

23

24

25

26

27

28

I, Jonathan Tse, declare as follows:

1.      I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Netlist's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 320). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of confidential and proprietary business and third party information and that public disclosure could cause competitive harm.

3.      Google respectfully requests that the Court seal the following information:

| Document/Exhibit | Portions Google Seek To File Under Seal | Basis for Sealing |
|---|---|---|
| Netlist's Administrative Motion for Leave to File Sur-Reply | Redacted portions at 1:11-12. | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's internal servers and components thereof, including details related to various memory modules in those servers that Google uses internally and information related to third parties for which Google is under an obligation to protect, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining its internal servers and information related to third parties for which Google is under an obligation to protect and falls within the protected scope of the Protective Order entered in this action. See Dkt. 47 at 3, 5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their own |

| | | plans for product development and/or commercialization, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's servers and components thereof. |
|---|---|---|
| Exhibit A (Netlist's Proposed Sur-Reply in Opposition to Google's Motion to Stay) | Redacted portions at ii; 1:5-6; 1:9; 1:11-24; 1:26; 1:28; 2:1-24; 3:3-6; 3:9-10; 3:19; 3:25-27; 4:14-15; 5:18-19; 5:21-22; 5:25-27; 6:2-7; 6:14-15. | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's internal servers and components thereof, including details related to various memory modules in those servers that Google uses internally and information related to third parties for which Google is under an obligation to protect, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining its internal servers and information related to third parties for which Google is under an obligation to protect and falls within the protected scope of the Protective Order entered in this action. See Dkt. 47 at 3, 5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their own plans for product development and/or commercialization, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's servers and components thereof. |
| Exhibit 3 (GNLP-00021608) | Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's internal servers and components thereof, including details related to various memory modules in those servers that Google uses internally and information related to third parties for which |

| | | Google is under an obligation to protect, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining its internal servers and information related to third parties for which Google is under an obligation to protect and falls within the protected scope of the Protective Order entered in this action. See Dkt. 47 at 3, 5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their own plans for product development and/or commercialization, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's servers and components thereof. |
|---|---|---|

4.      Google's request is narrowly tailored in order to protect its confidential information. These redactions are limited in scope and volume. Because the proposed redactions are narrowly tailored and limited to the portions containing Google's highly-confidential or confidential information, Google requests that the portions of the aforementioned documents be redacted from any public version of those documents.

5.      Google has pared back Plaintiff's proposed redactions and does not seek to redact or file under seal any of the remaining portions of Netlist's Motion for Leave to File Sur-Reply in Opposition to Google's Motion to Stay or corresponding exhibits not indicated in the table above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in San Francisco, California on July 18, 2022.

Case No. 3:09-CV-05718-RS

DECLARATION OF JONATHAN TSE ISO NETLIST'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

DATED:  July 18, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By_____/s/ Jonathan Tse_____
Jonathan Tse

*Attorney for Defendant*

DECLARATION OF JONATHAN TSE ISO NETLIST'S MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL