UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

NETLIST, INC.,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Case No. 3:09-CV-05718-RS

**ORDER GRANTING NETLIST'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Hon. Richard Seeborg

# ORDER

Before the Court is Plaintiff Netlist Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") in connection with Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendant Google LLC's ("Google") Motion to Stay and Exhibits A and 3 attached thereto. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal |
|---|---|---|
| Portions of Netlist's Administrative Motion for Leave to File Sur-Reply in Opposition to Google's Motion to Stay (Dkt. 292) | Google | GRANTED as to portions at 1:11-12 |
| Exhibit A (Netlist's Proposed Sur-Reply in Opposition to Defendant Google LLC's Motion to Stay (Dkt. 292)) | Google | GRANTED as to portions at: ii; 1:5-6; 1:9; 1:11-24; 1:26; 1:28; 2:1-24; 3:3-6; 3:9-10; 3:19; 3:25-27; 4:14-15; 5:18-19; 5:21-22; 5:25-27; 6:2-7; 6:14-15 |
| Exhibit 3: (GNLP-00021608) | Google | GRANTED as to its entirety. |

**SO ORDERED.**

DATED: October 14, 2022

HON. RICHARD SEEBORG
United States District Judge