UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:09-cv-05718-RS-JCS<br><br>**[PROPOSED] ORDER GRANTING NETLIST, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS-JCS

Before the Court is Plaintiff Netlist Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the parties' Joint Discovery Letter Brief to Judge Spero and Exhibits 5, 6, and A attached thereto.

Having considered the Administrative Motion, supporting declaration, and other papers on file, and having found the request to seal narrowly tailored to protect confidential and proprietary information, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Designating Party | Court's Ruling on Motions to Seal |
| --- | --- | --- |
| Portions of the parties' Joint Discovery Letter Brief to Judge Spero | Google | GRANTED as to portions highlighted in blue at: pages 2, 3, and 6. |
| Ex. 5 (transcript for the June 27, 2022 meet and confer) | Google | GRANTED as to its entirety or portions otherwise designated as confidential by Google. |
| Ex. 6 (counsel email thread) | Google | GRANTED as to its entirety or portions otherwise designated as confidential by Google. |
| Exhibit A (counsel email thread) | Google | GRANTED as to its entirety or portions otherwise designated as confidential by Google. |

**SO ORDERED.**

Dated: October 17, 2022

_____
Hon. Joseph C. Spero
Chief Magistrate Judge

[Stamp: DENIED — Judge Joseph C. Spero — United States District Court, Northern District of California]

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

[PROPOSED] ORDER
CASE NO. 3:09-CV-05718-RS-JCS