QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jared Newton (admitted *pro hac vice*)
jarednewton@quinnemanuel.com
Deepa Acharya (CA Bar No. 267654)
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

IRELL & MANELLA LLP
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew J. Strabone (CA SBN 301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-CV-05718-RS <br><br> **JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER AS MODIFIED RE: STAY OF ACTION** |

Pursuant to Civil Local Rule 7-12, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, hereby stipulate and move the Court as follows:

WHEREAS, on June 3, 2022, Google filed a motion to stay this action until resolution of *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, No. 1:21-cv-01453-RGA, pending in the District of Delaware before Judge Richard G. Andrews (the "Delaware Action") (Dkt. 292);

WHEREAS, on July 13, 2022, the Court granted-in-part Google's motion to stay and ordered that "the action shall be stayed for a period of 90 days" and "[t]he stay will expire at that time unless a motion to extend the same is filed prior to its expiration" (Dkt. 325 at 17);

WHEREAS, on August 1, 2022, Judge Andrews entered an order dismissing, *inter alia*, Samsung's declaratory judgment claims against U.S. Patent No. 7,619,912 (the "'912 Patent") from the Delaware Action;

WHEREAS, on August 1, 2022, Netlist filed a complaint for infringement of the '912 Patent against Samsung in the Eastern District of Texas, *Netlist, Inc. v. Samsung Elecs. Co., Ltd. et al.*, No. 2:22-cv-00293-JRG (the "Texas Action").

NOW THEREFORE, the parties jointly stipulate and move the Court to continue the stay of this action until resolution of the Texas Action, including any appeal thereof.

IT IS SO STIPULATED.

DATED: October 4, 2022            Respectfully submitted,
                                  IRELL & MANELLA LLP


                                  By   */s/ Jason G. Sheasby*
                                       Jason G. Sheasby
                                       *Attorney for Plaintiff*
                                       Netlist, Inc.

DATED: October 4, 2022            Respectfully submitted,
                                  QUINN EMANUEL URQUHART
                                  & SULLIVAN


                                  By   */s/ David Perlson*
                                       David Perlson
                                       *Attorney for Defendant*
                                       Google LLC

CASE NO. 3:09-CV-05718-RS
JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER RE: STAY OF ACTION

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Perlson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ David Perlson*
David Perlson

**[PROPOSED] ORDER AS MODIFIED BY THE COURT**

Pursuant to the parties' stipulation, and good cause appearing therefore, it is hereby ordered that this action shall remain stayed pending resolution of *Netlist, Inc. v. Samsung Elecs. Co., Ltd., et al.*, No. 2:22-cv-00293-JRG (the "Samsung action"), including any appeal thereof. The Clerk shall administratively close this action. Within 30 days of the conclusion of the Samsung action (including any appeal thereof), the parties shall file a joint statement providing notice of the same and indicating whether this action should be reopened. If the parties fail to file a joint statement as ordered, the action will be deemed dismissed without prejudice. The Case Management Conference scheduled for November 3, 2022 is vacated.

**IT IS SO ORDERED**.

Dated: October 17, 2022

_____
Honorable Richard Seeborg
United States Chief District Judge