DORIS JOHNSON HINES (*pro hac vice*)
dori.hines@finnegan.com
CHEN ZANG (SBN 203365)
chen.zang@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

ERIK R. PUKNYS (SBN 190926)
erik.puknys@finnegan.com
JINWOO KIM (SBN 317364)
jinwoo.kim@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

JASON STACH (*pro hac vice*)
jason.stach@finnegan.com
KARA A. SPECHT (*pro hac vice*)
kara.specht@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone:     (404) 653-6400
Facsimile:     (404) 653-6444

*Attorneys for Defendant
GOOGLE LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:09-cv-05718-RS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GOOGLE LLC** <br><br> Judge:     Hon. Richard Seeborg |

Defendant Google LLC ("Google"), through its counsel, respectfully withdraws Doris Johnson Hines as counsel in the above captioned matter due to her departure from the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. Ms. Hines will no longer be participating in this case and does not require notice of the filings in this matter, and so she may be removed from all service lists, including the CM/ECF system. Other counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP will continue to represent Google in this matter.

Dated: February 22, 2023

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: /s/ Erik R. Puknys
Erik R. Puknys
*Attorneys for Defendant*
GOOGLE LLC